**FILED**
**NOVEMBER 16, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6518**

**JUDGE GUZMAN**
**MAGISTRATE JUDGE VALDEZ**

**LI**

# EXHIBIT A



### Know More Secrets

Not affiliated with

"The Secret" movie, The Secret LLC, TS Merchandising Ltd, TS Production LLC, Prime Time Productions, TheSecret.tv, or any entity owned or controlled by Rhonda Byrne, Bob Rainone or Don Zyck.

Share this page with others...



## What Lies Behind The Secret?

Questions are stirring the imagination of reporters, talk show hosts, internet marketers, and not surprisingly millions of passionate "Secret" lovers. If you're not yet familiar, it's the controversial self-help movie (and best selling book) by Rhonda Byrne that everyone including Oprah Winfrey, Larry King, Ellen Degeneres and countless other media moguls, magazines, web sites, and newspapers are talking about.

Now in a turn of events not unlike The Da Vinchi code itself, the very person that built "The Secret" site and launched the extraordinary "Secret" internet marketing strategy, Dan Hollings, is engaging the public and the media in a survey of epic proportions.

**"Your wish is my command"**

Know More Secrets ::: Not affiliated with "The Secret" movie, The Secret LLC, TS Merchandising Ltd or TS Production LLC    Page 2 of 6

## TAKE DAN HOLLINGS' SURVEY

Pulling a line directly from the movie, Mr Hollings states, "Your wish is my command," as he contemplates what people might want to know from the internet guy behind "The Secret?"

### Well first, let's make sure everyone is clear on what "The Secret" is about.

In a nutshell, it's the "Law of Attraction" or the philosophy that *like attracts like; you attract into your life whatever you think about* (positive or negative); or *your thoughts determine your destiny*. But, that's the obvious question. There are countless teachers that can carry you as deep as you might desire to go into this philosophy; some are in *"The Secret"* movie, others edited out, and some overlooked.

All of this is the topic of countless ongoing discussions, and with everything unfolding faster than Google can spider it, one can only imagine where this might lead.

### Do you start with:

- Oprah
- Newsweek
- perhaps the curious article in the NY Times
- Self-help gurus take plagiarism battle to court
- Mum on pension the biggest secret
- or Enjoy a discussion ?

### If that's what's on the surface, what lies behind "The Secret?"

This is where many inquiring minds are now focusing their attention, and rightfully so. The movie was first conceived as a television release, to air worldwide all on the same day. It was intended or so presented by the makers as a "gift to the world." Of course, traffic would be directed to *The Secret* web

site where credit cards would be processed for those who wanted to hold in their hand, the "Great Secret of The Universe" on DVD.

But, the universe wasn't exactly cooperating back in late 2005; even though the movie makers asked and believed, television receivers never received.

Instead, independent internet strategist, Dan Hollings, was commissioned to launch "The Secret" online, using word-of-mouth and creative internet strategies on a shoestring budget. But, a shortage of money was not the only challenge. "The Secret" needed everything: a web site, a custom shopping cart, programmers, customer support, a ticket system, fulfillment, complimentary products, interactive web apps, online games, flash development, and a marketing strategy that could make this albatross soar.



## Birds of a Feather

"The Secret" had three feathers in their strategical hat: First was the trailer, compellingly crafted by director Drew Hariot (later terminated from the project. Second, they had a cadre of knowledgeable, well respected, connected, and database-rich teachers from the Law of Attraction and self-help space - each participating for free with the exception of Ester and Jerry Hicks (later removed from the movie). And finally, because they had asked, and led Mr Hollings to believe, he set about to deliver the creative internet savvy required to 'make fly' what many now believe to be the most successful marketing campaign ever launch on the web.

*Exactly how was this done? It's a question every entrepreneur and internet marketer wants to know. Can it be replicated? And if so, by whom? And if any one is to piece this mystery together, whom might it be? Do the makers and merchants*

Know More Secrets ::: Not affiliated with "The Secret" movie, The Secret LLC, TS Merchandising Ltd or TS Production LLC    Page 3 of 6

http://www.know-more-secrets.com/    11/1/2007

Know More Secrets ::: Not affiliated with "The Secret" movie, The Secret LLC, TS Merchandising Ltd or TS Production LLC    Page 4 of 6

really possess the knowledge? Will Mr. Hollings ever release his secrets?

**A Prophet with No Profits?**

Like a prophet on a journey, it started when an obscure public-domain work wattled across Rhonda Byrne's path. She set forth with the clear intention to reveal a new found "secret" to the world. With an unyielding vision the "Science of Getting Rich" was manifested – or was it? Now that "The Secret" is revealed and Secret product sales are in the millions, why might the books show virtually no profits? Is there a more insidious secret yet to be revealed? Why are talk shows now being cancelled and key guests becoming "no shows?" Maybe the makers just haven't yet watched their own movie?

Is anyone curious about what Dan Hollings is doing these days? Was his fate parenthetically the same as other key contributors? Was the last feather plucked? And if so, is there perhaps a pattern, say, a Da Vinchi code of some sort within the operation? And will the makers attract more of what they may not want to think about?

Oh, this might be a parody or just another clever marketing strategy, but more secrets are destined to be revealed. If you're waiting for the sequel, you may be disappointed. Mr Hollings invites you to participate in his survey now. Afterall, isn't it time to know more secrets?

**WHAT SECRET'S WOULD YOU WANT DAN HOLLINGS TO REVEAL?** *(Select one)*

○ *Internet Marketing Secrets by Dan Hollings*
    *(for entrepreneurs, companies, and web site owners)*

- Law of Attraction Secrets
  *(for those wanting more information about this philosophy)*
- Secrets of Dan Hollings
  *(inquiries from companies or web sites seeking private web strategy consultation)*
- Book of Secrets
  *(inquiries from serious book publishers seeking a potential hot seller)*
- Hidden Secrets
  *(inquiries from reporters, talk show hosts, media and inquiring minds)*

Comments are appreciated...

Your Primary E-Mail Address:

Your Name:

Ask and you shall receive!

*Your email will be kept secret - promise.*



Share this page with others...

