**FILED**
**NOVEMBER 16, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**JUDGE GUZMAN**
~~**MAGISTRATE JUDGE VALDEZ**~~

In the Matter of                                         Case Number: 07cv6518

TS Merchandising Ltd., a British Virgin Islands corporation,
and TS Production LLC, a Hungarian limited liability company
vs.
Dan and Loretta Hollings, Arizona residents, and Web Services,
LLC, an Arizona limited liability company

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

 Plaintiffs TS Merchandising Ltd. and TS Production LLC

| | |
|---|---|
| NAME (Type or print)<br> Brian A. Cabianca | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>     s/  Brian A. Cabianca | |
| FIRM<br> Squire, Sanders & Dempsey LLP | |
| STREET ADDRESS<br> 40 N. Central Avenue, Suite 2700 | |
| CITY/STATE/ZIP<br> Phoenix, AZ 85004-4498 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE  NUMBER<br> (602) 528-4000 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐