FILED
NOVEMBER 16, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Christopher I. Cedillo (Illinois Bar No. 6274683)
　　ccedillo@ssd.com
Squire, Sanders & Dempsey LLP
Three First National Plaza
70 W. Madison, Suite 2015
Chicago, IL 60602
Telephone: (312) 781-1123

Brian A. Cabianca (Arizona Bar No.016410) (*pro hac vice* to be filed)
　　bcabianca@ssd.com
Teresita T. Mercado (Arizona Bar No. 020578) (*pro hac vice* to be filed)
　　tmercado@ssd.com
Squire, Sanders & Dempsey LLP
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004-4498
Telephone: (602) 528-4000
Facsimile:  (602) 253-8129

Attorneys for Plaintiffs TS Production LLC and TS Merchandising Ltd.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)

| | |
|---|---|
| TS Merchandising Ltd., a British Virgin Islands corporation, and TS Production LLC, a Hungarian limited liability company,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>Dan and Loretta Hollings, Arizona residents, and Web Services, LLC, an Arizona limited liability company,<br><br>　　　　　　　Defendants. | Case No.  07 C 6518<br><br>**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF TS MERCHANDISING LTD.**<br><br>(Assigned to:<br>Judge Guzman<br>Magistrate Judge Valdez) |

　　　Pursuant to Rule 7.1, Fed. R. Civ. P., plaintiff TS Merchandising Ltd. hereby states that it is owned by AGW Idea Group, Inc. and that no publicly held corporation owns 10% or more of its stock.  A supplemental disclosure statement will be filed upon any change in the information provided herein.

RESPECTFULLY SUBMITTED this 19th day of November, 2007.

   /s/ Christopher I. Cedillo
Christopher I. Cedillo
Squire, Sanders & Dempsey LLP
70 W. Madison, Suite 2015
Chicago, IL 60602
-and-
Brian A. Cabianca (*pro hac vice* to be filed)
Teresita T. Mercado (*pro hac vice* to be filed)
Squire, Sanders & Dempsey L.L.P.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004-4498

*Attorneys for Plaintiffs TS Production LLC and TS Merchandising Ltd.*