Jessica E. DeMonte (Illinois Bar No. 6288817)
    jdemonte@ssd.com
Squire, Sanders & Dempsey LLP
Three First National Plaza
70 W. Madison, Suite 2015
Chicago, IL 60602
Telephone: (312) 781-1123

Brian A. Cabianca (Arizona Bar No.016410) (*pro hac vice* to be filed)
    bcabianca@ssd.com
Teresita T. Mercado (Arizona Bar No. 020578) (*pro hac vice* to be filed)
    tmercado@ssd.com
Christopher I. Cedillo (Illinois Bar No. 6274683)
    ccedillo@ssd.com
Squire, Sanders & Dempsey LLP
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004-4498
Telephone: (602) 528-4000
Facsimile: (602) 253-8129

Attorneys for Plaintiffs TS Production LLC
and TS Merchandising Ltd.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)

| | |
|---|---|
| TS Merchandising Ltd., a British Virgin Islands corporation, and TS Production LLC, a Hungarian limited liability company,<br><br>                Plaintiffs,<br><br>vs.<br><br>Dan and Loretta Hollings, Arizona residents, and Web Services, LLC, an Arizona limited liability company,<br><br>                Defendants. | Case No.  1:07-CV-06518<br><br>**NOTICE OF LODGING ACCEPTANCE OF SERVICE ON BEHALF OF DEFENDANTS**<br><br>(Assigned to the Hon. Ronald A. Guzman) |

     Please take notice that plaintiffs have filed an Acceptance of Service on Behalf of Defendants, which acknowledges that Lisa A. Thompson, as counsel for defendants Dan and Loretta Hollings and Web Services, LLC, received on behalf of defendants the Summons to Dan

Hollings, Summons to Loretta Hollings, Summons to Web Services, LLC, and the Complaint in the above-captioned action, and that defendants waive formal service of process and accept service of process of the Summonses and Complaint as though the same had been personally served upon each of them on this date by the Sheriff or other person duly appointed or authorized to serve process.

DATED this 20th day of December, 2007.

    s/ Christopher I. Cedillo
Brian A. Cabianca
Teresita T. Mercado
Christopher I. Cedillo
Squire, Sanders & Dempsey L.L.P.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004-4498
-and-
Jessica E. DeMonte
Squire, Sanders & Dempsey, LLP
Three First National Plaza
70 W. Madison, Suite 2015
Chicago, IL 60602

*Attorneys for Plaintiffs TS Production LLC and TS Merchandising Ltd*

I hereby certify that on December 20, 2007, I electronically transmitted the attached document to the Clerk's office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lisa C. Thompson
Thompson Law Group, P.C.
2321 E. Speedway Boulevard
Tucson, AZ 85719
Attorney for Dan and Loretta Hollings and Web Services, LLC

1  COPY of the foregoing hand delivered
2  this 20th day of December 2007, to:

3  Honorable Ronald A. Guzman
4  United States District Court
   Everett McKinley Dirksen Building
5  Room #1278
   219 S. Dearborn Street
6  Chicago, IL  60604

7

8  By:  s/ Kristi A. Miller