```
 1  Christopher I. Cedillo (Illinois Bar No. 6274683)
        ccedillo@ssd.com
 2  Squire, Sanders & Dempsey LLP
 3  Three First National Plaza
    70 W. Madison, Suite 2015
 4  Chicago, IL 60602
 5  Telephone: (312) 781-1123

 6
    Brian A. Cabianca (Arizona Bar No.016410) (pro hac vice to be filed)
 7      bcabianca@ssd.com
 8  Teresita T. Mercado (Arizona Bar No. 020578) (pro hac vice to be filed)
        tmercado@ssd.com
 9  Squire, Sanders & Dempsey LLP
10  Two Renaissance Square
    40 North Central Avenue, Suite 2700
11  Phoenix, Arizona 85004-4498
12  Telephone: (602) 528-4000
    Facsimile:  (602) 253-8129
13
14  Attorneys for Plaintiffs TS Production LLC and TS Merchandising Ltd.
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)

| | |
|---|---|
| TS Merchandising Ltd., a British Virgin Islands corporation, and TS Production LLC, a Hungarian limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> Dan and Loretta Hollings, Arizona residents, and Web Services, LLC, an Arizona limited liability company, <br><br> Defendants. | Case No. 1:07-CV-06518 <br><br> **ACCEPTANCE OF SERVICE ON BEHALF OF DEFENDANTS** <br><br> (Assigned to the Hon. Ronald A. Guzman) |

Lisa C. Thompson, as counsel for defendants Dan and Loretta Hollings and Web Services, LLC, hereby acknowledges receipt on behalf of defendants of the Summons to Dan Hollings, Summons to Loretta Hollings, Summons to Web Services, LLC, and the Complaint in the above-captioned action, and hereby waives formal service of process on behalf of the defendants in this action and accepts service of process of the Summonses and Complaint as

-2-

1 though the same had been personally served upon defendants on this date by the Sheriff or other
2 person duly appointed or authorized to serve process.
3    DATED this ___18___ day of December, 2007.

```
                                        _____
                                        Lisa C. Thompson, Esq.
                                        The Thompson Law Firm
                                        2321 E. Speedway Blvd.
                                        Tucson, Arizona 85719
                                        Phone: (520) 882-5633
                                        Fax: (520) 745-0616

                                        Counsel for Dan and Loretta Hollings
                                        and Web Services, LLC
```

13 State of Arizona    )
                      )
14 County of Pima      )

15

16    The foregoing Acceptance of Service was acknowledged before me this __18th__ day of December, 2007, by Lisa C. Thompson.

                                        _____
                                        Notary Public

20 My Commission Expires:
21 7-12-2011

OFFICIAL SEAL
JASMINE L. ROGERS
Notary Public   State of Arizona
PIMA COUNTY
My Comm Expires July 12, 2011