Jessica E. DeMonte (Illinois Bar No. 6288817)
    jdemonte@ssd.com
Squire, Sanders & Dempsey LLP
Three First National Plaza
70 W. Madison, Suite 2015
Chicago, IL 60602
Telephone: (312) 781-1123

Brian A. Cabianca (Arizona Bar No.016410) (*pro hac vice* to be filed)
    bcabianca@ssd.com
Teresita T. Mercado (Arizona Bar No. 020578) (*pro hac vice* to be filed)
    tmercado@ssd.com
Christopher I. Cedillo (Illinois Bar No. 6274683)
    ccedillo@ssd.com
Squire, Sanders & Dempsey LLP
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004-4498
Telephone: (602) 528-4000
Facsimile: (602) 253-8129

Attorneys for Plaintiffs TS Production LLC
and TS Merchandising Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)

| | |
|---|---|
| TS Merchandising Ltd., a British Virgin Islands corporation, and TS Production LLC, a Hungarian limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>Dan and Loretta Hollings, Arizona residents, and Web Services, LLC, an Arizona limited liability company,<br><br>Defendants. | Case No. 1:07-CV-06518<br><br>**CERTIFICATE OF SERVICE REGARDING NOTICE OF COURT'S LANHAM ACT MEDIATION PROGRAM**<br><br>(Assigned to the Hon. Ronald A. Guzman) |

**NOTICE IS HERBY GIVEN** that pursuant to the Court's November 27, 2007 letter, counsel for plaintiffs served copies of the materials that describe the Court's Lanham Act mediation program on December 7, 2007 to Lisa C. Thompson, counsel of record for defendants

Dan and Loretta Hollings and Web Services, LLC. A copy of the notice provided to defendants is attached hereto as Exhibit A.

DATED this 20th day of December, 2007.

          s/ Christopher I. Cedillo
Brian A. Cabianca
Teresita T. Mercado
Christopher I. Cedillo
Squire, Sanders & Dempsey L.L.P.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004-4498
-and-
Jessica E. DeMonte
Squire, Sanders & Dempsey, LLP
Three First National Plaza
70 W. Madison, Suite 2015
Chicago, IL 60602

*Attorneys for Plaintiffs TS Production LLC and TS Merchandising Ltd*

I hereby certify that on December 20, 2007, I electronically transmitted the attached document to the Clerk's office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following by U.S. First Class Mail:

Lisa C. Thompson, Esq.
Thompson Law Group, P.C.
2321 E. Speedway Boulevard
Tucson, AZ 85719
Attorney for Dan and Loretta Hollings and Web Services, LLC

Honorable Ronald A. Guzman
United States District Court
Everett McKinley Dirksen Building
Room #1278
219 S. Dearborn Street
Chicago, IL 60604


By: s/ Kristi Miller