1

Jessica E. DeMonte (Illinois Bar No. 6288817)
jdemonte@ssd.com

2

Squire, Sanders & Dempsey, LLP

3

Three First National Plaza

70 W. Madison, Suite 2015

4

Chicago, IL 60602

Telephone:    (312) 781-1123

5

6

Brian A. Cabianca (Arizona Bar No.016410) (*pro hac vice* to be filed)
bcabianca@ssd.com

7

Teresita T. Mercado (Arizona Bar No. 020578) (*pro hac vice* to be filed)
tmercado@ssd.com

8

Christopher I. Cedillo (Illinois Bar No. 6274683)

9

ccedillo@ssd.com

Squire, Sanders & Dempsey LLP

10

Two Renaissance Square

11

40 North Central Avenue, Suite 2700

Phoenix, Arizona  85004-4498

12

Telephone:    (602) 528-4000

Facsimile:    (602) 253-8129

13

14

Attorneys for Plaintiffs TS Production LLC and TS Merchandising Ltd.

15

**IN THE UNITED STATES DISTRICT COURT**

16

**FOR THE NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)**

17

18

TS Merchandising Ltd., a British Virgin Islands corporation, and TS Production LLC, a Hungarian limited liability company,

Case No.  07 C 6518

19

**AGREED UPON MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO VACATE JANUARY 16, 2008 INITIAL STATUS HEARING**

20

Plaintiffs,

21

vs.

22

23

Dan and Loretta Hollings, Arizona residents, and Web Services, LLC, an Arizona limited liability company,

(Assigned to the Hon. Ronald A. Guzman)

24

25

Defendants.

26

27

        The parties, by and through undersigned counsel, hereby request that Defendants shall

28

have through and until February 6, 2008, to answer, object or otherwise respond to Plaintiffs'

Complaint.   This brief extension is requested to allow Defendants' new counsel, who were

retained last week, an opportunity to prepare a response.  Defendants reserve all rights and defenses available pursuant to Rule 12 of the Federal Rules of Civil Procedure.

The parties also hereby request that the court vacate the initial status hearing currently scheduled for January 16, 2008, at 9:30 a.m. and reschedule the hearing to a date after the deadline for responding to the complaint.  The parties request that the court reschedule the hearing so that counsel may have an opportunity to confer and jointly prepare an initial status report to the court.

A proposed Order will be submitted to the court in accordance with its Case Management Procedures.

RESPECTFULLY SUBMITTED this 7th day of January 2008.


    /s/ Christopher I. Cedillo                    /s/ Jessica B. Couch (with permission)

Brian A. Cabianca                          Christopher E. Parker (*pro hac vice* to be filed)
Teresita T. Mercado                        Jessica B. Couch (*pro hac vice* to be filed)
Christopher I. Cedillo                     Mozley, Finlayson & Loggins LLP
Squire, Sanders & Dempsey L.L.P.           One Premier Plaza, Suite 900
40 North Central Avenue, Suite 2700        5605 Glenridge Drive
Phoenix, Arizona  85004-4498               Atlanta, Georgia   30342
-and-                                      -and-
Jessica E. DeMonte                         Robert B. Groholski
Squire, Sanders & Dempsey, LLP             (Illinois Bar No. 6272317)
Three First National Plaza                 Schwartz Cooper Chartered
70 W. Madison, Suite 2015                  180 North LaSalle Street
Chicago, IL 60602                          Suite 2700
                                           Chicago, IL 60601
Attorneys for Plaintiffs
                                           Attorneys for Defendants

I hereby certify that on January 7, 2008, I electronically transmitted the attached document to the Clerk's office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lisa C. Thompson
Thompson Law Group, P.C.
2321 E. Speedway Boulevard
Tucson, AZ 85719
-and-
Christopher E. Parker
Jessica B. Couch
Mozley, Finlayson & Loggins LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia   30342
-and-
Robert B. Groholski
Schwartz Cooper Chartered
180 North LaSalle Street
Suite 2700
Chicago, IL 60601

Attorneys for Defendants Dan and Loretta Hollings and Web Services, LLC

COPY of the foregoing and Notice of Electronic Filing
hand-delivered on the 8th day of January 2008, to:

Honorable Ronald A. Guzman
United States District Court
Everett McKinley Dirksen Building
219 S. Dearborn Street, Room 1278
Chicago, IL 60604

By: _s/ Betty Rios_____