1   Jessica E. DeMonte (Illinois Bar No. 6288817)
          jdemonte@ssd.com
2   Squire, Sanders & Dempsey, LLP
3   Three First National Plaza
    70 W. Madison, Suite 2015
4   Chicago, IL 60602
    Telephone:     (312) 781-1123
5

6   Brian A. Cabianca (Arizona Bar No.016410) (*pro hac vice* to be filed)
          bcabianca@ssd.com
7   Teresita T. Mercado (Arizona Bar No. 020578) (*pro hac vice* to be filed)
          tmercado@ssd.com
8   Christopher I. Cedillo (Illinois Bar No. 6274683)
          ccedillo@ssd.com
9   Squire, Sanders & Dempsey LLP
10  Two Renaissance Square
    40 North Central Avenue, Suite 2700
11  Phoenix, Arizona  85004-4498
12  Telephone:     (602) 528-4000
    Facsimile:     (602) 253-8129
13

14  Attorneys for Plaintiffs TS Production LLC and TS Merchandising Ltd.

15              **IN THE UNITED STATES DISTRICT COURT**

16        **FOR THE NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)**

17

| | |
|---|---|
| 18 TS Merchandising Ltd., a British Virgin Islands corporation, and TS Production LLC, a Hungarian 19 limited liability company, | Case No.  07 C 6518 |
| 20                         Plaintiffs, | **NOTICE OF PRESENTMENT OF AGREED UPON MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND TO VACATE JANUARY 16, 2008 INITIAL STATUS HEARING** |
| 21            vs. | |
| 22 23 Dan and Loretta Hollings, Arizona residents, and Web Services, LLC, an Arizona limited liability 24 company, | (Assigned to the Hon. Ronald A. Guzman) |
| 25                         Defendants. | |

26          **PLEASE TAKE NOTICE** that on January 15, 2008, at 9:30 a.m., or as soon thereafter

27  as counsel may be heard, counsel shall appear before The Honorable Ronald A. Guzman, or any

28  other judge who may be sitting in his place and stead, in Room 1219 of the Dirksen Federal

1    Building, 219 S. Dearborn, Chicago, Illinois, and shall then and there present the Agreed Upon

2    Motion to Extend Time to Respond to Complaint and to Vacate January 16, 2008 Initial Status

3    Hearing, a copy of which is hereby served upon you.

4              RESPECTFULLY SUBMITTED this 7th day of January 2008.

5

6        /s/ Christopher I. Cedillo                      /s/ Jessica B. Couch (with permission)
         Brian A. Cabianca                      Christopher E. Parker (*pro hac vice* to be filed)
7        Teresita T. Mercado                    Jessica B. Couch (*pro hac vice* to be filed)
         Christopher I. Cedillo                 Mozley, Finlayson & Loggins LLP
8        Squire, Sanders & Dempsey L.L.P.       One Premier Plaza, Suite 900
9        40 North Central Avenue, Suite 2700    5605 Glenridge Drive
         Phoenix, Arizona  85004-4498           Atlanta, Georgia   30342
10       -and-                                  -and-
11       Jessica E. DeMonte                     Robert B. Groholski
         Squire, Sanders & Dempsey, LLP         (Illinois Bar No. 6272317)
12       Three First National Plaza             Schwartz Cooper Chartered
         70 W. Madison, Suite 2015              180 North LaSalle Street
13       Chicago, IL 60602                      Suite 2700
                                                Chicago, IL 60601
14
         Attorneys for Plaintiffs
15                                              Attorneys for Defendants

16

17

18

19

20

21

22

23

24

25

26

27

28

I hereby certify that on January 7, 2008, I electronically transmitted the attached document to the Clerk's office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lisa C. Thompson
Thompson Law Group, P.C.
2321 E. Speedway Boulevard
Tucson, AZ 85719
-and-
Christopher E. Parker
Jessica B. Couch
Mozley, Finlayson & Loggins LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia   30342
-and-
Robert B. Groholski
Schwartz Cooper Chartered
180 North LaSalle Street
Suite 2700
Chicago, IL 60601

Attorney for Defendants Dan and Loretta Hollings and Web Services, LLC

COPY of the foregoing and Notice of Electronic Filing
hand-delivered on the 8th day of January 2008, to:

Honorable Ronald A. Guzman
United States District Court
Everett McKinley Dirksen Building
219 S. Dearborn Street, Room 1278
Chicago, IL 60604

By:  s/ Betty Rios