# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

TS Merchandising Ltd., et al.

                                   Plaintiff,

v.                                                            Case No.: 1:07−cv−06518
                                                                Honorable Ronald A. Guzman

Dan Hollings, et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 14, 2008:

      MINUTE entry before Judge Ronald A. Guzman :Parties' agreed motion for extension of time to file answer to Complaint [14] is granted to and including 2/6/08. Status hearing set for 1/16/08 is reset to 2/11/2008 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.