Christopher E. Parker (Georgia Bar No. 562152) (*admitted pro hac vice by order dated 1/25/08*)
    cparker@mfllaw.com
Jessica B. Couch (Georgia Bar No. 141275) *(admitted pro hac vice by order dated 1/25/08)*
    jcouch@mfllaw.com
Mozley Finlayson & Loggins LLP
One Premier Plaza
5605 Glenridge Drive, Suite 900
Atlanta, GA  30342
Telephone:   (404) 256-0700
Facsimile:   (404) 250-9355

Attorneys for Defendants Dan and Loretta Hollings and WebServices, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)

| | |
|---|---|
| TS Merchandising Ltd., a British Virgin Islands corporation, and TS Production LLC, a Hungarian limited liability company,<br><br>                Plaintiffs,<br><br>vs.<br><br>Dan and Loretta Hollings, Arizona residents, and Web Services, LLC, an Arizona limited liability company,<br><br>                Defendants. | Case No.  07 C 6518<br><br>**CERTIFICATE OF SERVICE REGARDING NOTICE OF COURT'S LANHAM ACT MEDIATION PROGRAM**<br><br>(Assigned to the Hon. Ronald A. Guzman) |

**NOTICE IS HEREBY GIVEN** that pursuant to the Court's November 27, 2007 letter, Counsel for Defendants provided copies of the materials described in the Court's letter to Defendants on January 25, 2008.

RESPECTFULLY SUBMITTED this 30th day of January 2008.

  /s/ Jessica B. Couch
Christopher E. Parker (*admitted pro hac vice by order dated 1/25/08*)
Jessica B. Couch (*admitted pro hac vice by order dated 1/25/08*)
Mozley, Finlayson & Loggins LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia   30342

467618.2 054535-41225

-2-

1 | -and-
2 | Robert B. Groholski (ARDC No. 6272317)
  | Schwartz Cooper Chartered
3 | 180 North LaSalle Street
  | Suite 2700
4 | Chicago, IL 60601

5 | Attorneys for Defendants

-2-

467618.2 054535-41225

-3-

1  I, Robert B. Groholski, an attorney, hereby certify that on January 30, 2008, I electronically
2  transmitted the foregoing document to the Clerk's office using the ECF System for filing and
   transmittal of a Notice of Electronic Filing to the following ECF registrants:
3
4  Jessica E. DeMonte
   Squire, Sanders & Dempsey, LLP
5  Three First National Plaza
   70 W. Madison, Suite 2015
6  Chicago, IL 60602
   -and-
7  Brian A. Cabianca
   Teresita T. Mercado
8  Christopher I. Cedillo
9  Squire, Sanders & Dempsey LLP
   Two Renaissance Square
10 40 North Central Avenue, Suite 2700
   Phoenix, Arizona 85004-4498
11
12 Attorneys for Plaintiffs

13 COPY of the foregoing and Notice of Electronic Filing
14 hand-delivered this 30th day of January 2008, to:

15 Honorable Ronald A. Guzman
   United States District Court
16 Everett McKinley Dirksen Building
17 219 S. Dearborn Street, Room 1278
   Chicago, IL 60604
18
   By:  s/Robert B. Groholski
19
20
21
22
23
24
25
26
27
28

-3-

467618.2 054535-41225