# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)

| | |
|---|---|
| TS Merchandising Ltd., a British Virgin Islands corporation, and TS Production LLC, a Hungarian limited liability company, | Case No. 07 C 6518 |
| Plaintiffs, | **AFFIDAVIT OF LORETTA HOLLINGS** |
| vs. | (Assigned to the Hon. Ronald A. Guzman) |
| Dan and Loretta Hollings, Arizona residents, and Web Services, LLC, an Arizona limited liability company, | |
| Defendants. | |

## AFFIDAVIT OF LORETTA HOLLINGS

Personally appeared before me, the undersigned officer duly authorized to administer oaths in the State of Arizona, Loretta Hollings, who, after first being sworn, deposes and says:

1.

I am over the age of twenty-one (21) years, of sound mind, and legally competent to give this testimony

2.

I have personal knowledge of the facts set forth in this affidavit.

3.

I am a resident of Arizona and have been since 1999.

4.

I do not own, use or possess any property in Illinois.

5.

I am not liable for income or property tax in Illinois.

6.

I do not maintain any bank accounts in Illinois.

7.

I do not maintain an office or telephone number in Illinois.

8.

I am not registered to vote in Illinois.

9.

I have not resided in Illinois over fourteen (14) years.

10.

I have never had any contact with the plaintiffs, Rhonda Byrne, Bob Rainone, or The Secret, LLC in Illinois or any other location.

11.

I have not traveled to Illinois in over six (6) years.

FURTHER AFFIANT SAYETH NOT.

_____
Loretta Hollings

SWORN TO AND SUBSCRIBED
before me this __5th__ day
of __February__, 2008.

_____
Notary Public
My Commission Expires: 12/26/2009



OFFICIAL SEAL
MIRA DE
NOTARY PUBLIC – ARIZONA
PIMA COUNTY
My Comm. Expires Dec. 26, 2009