# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)

| | |
|---|---|
| TS Merchandising Ltd., a British Virgin Islands corporation, and TS Production LLC, a Hungarian limited liability company, | Case No. 07 C 6518 |
| Plaintiffs, | **AFFIDAVIT OF DAN HOLLINGS AS MANAGING MEMBER OF WEB SERVICES, LLC** |
| vs. | |
| Dan and Loretta Hollings, Arizona residents, and Web Services, LLC, an Arizona limited liability company, | (Assigned to the Hon. Ronald A. Guzman) |
| Defendants. | |

## AFFIDAVIT OF DAN HOLLINGS AS MANAGING MEMBER OF WEBSERVICES

Personally appeared before me, the undersigned officer duly authorized to administer oaths in the State of Arizona, Dan Hollings, who, after first being sworn, deposes and says:

1.

I am over the age of twenty-one (21) years, of sound mind, and legally competent to give this testimony

2.

I have personal knowledge of the facts set forth in this affidavit.

3.

I am the Managing Member and sole owner of WebServices, LLC.

4.

WebServices, LLC is incorporated in the State of Arizona and has its principle place of business in Tucson, Arizona.

5.

In 2006, Bob Rainone instructed me to establish an LLC for the purpose of receiving payments for my services in creating and operating The Secret's Website. Pursuant to his instructions, I established WebServices, LLC.

6.

WebServices, LLC's only contacts with Illinois were the invoices which were sent to The Secret's Illinois office, pursuant to the instructions from Mr. Rainone, during the later months of my work on The Secret's website.

7.

WebServices, LLC has not had any contact with Illinois relating to the website www.know-more-secrets.com. The only conversations that WebServices has had with Ms. Byrne, Mr. Rainone or Plaintiffs relating to this website occurred while all parties were in Arizona.

8.

WebServices, LLC does not own, rent or maintain an office in Illinois.

9.

WebServices, LLC does not maintain any bank accounts in Illinois.

10.

WebServices, LLC does not have any employees in Illinois.

11.

WebServices, LLC does not conduct or solicit any business in Illinois.

12.

WebServices, LLC does not derive substantial revenue from within the State of Illinois.

13.

WebServices, LLC does not send marketing materials to Illinois.

14.

WebServices, LLC has not entered into any contract in Illinois with the plaintiffs, Rhonda Byrne, Bob Rainone or The Secret, LLC.

FURTHER AFFIANT SAYETH NOT.

_____
Dan Hollings
Managing Member of Web Services, LLC

SWORN TO AND SUBSCRIBED
before me this __5th__ day
of __February__, 2008.

_____
Notary Public
My Commission Expires: 12/26/2009

OFFICIAL SEAL
MIRA DE
NOTARY PUBLIC - ARIZONA
PIMA COUNTY
Comm. Expires Dec. 26, 2009