**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TS Merchandising Ltd., a British Virgin Islands corporation, and TS Production LLC, a Hungarian limited liability company, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 07 C 6518 |
| vs. | ) ) | Judge Guzman |
| Dan and Loretta Hollings, Arizona residents, and Web Services, LLC, an Arizona limited liability company, | ) ) ) ) | Magistrate Judge Valdez |
| Defendants. | ) ) | |

**NOTICE OF MOTION**

To:  Brian A. Cabianca                    Jessica E. DeMonte
     Teresita T. Mercado                   Squire, Sanders & Dempsey, LLP
     Christopher I Cedillo                 Three First National Plaza
     Squire, Sanders & Dempsey, LLP        70 W. Madison, Suite 2015
     Two Renaissance Square                Chicago, Illinois 60602
     40 North Central Avenue, Suite 2700
     Phoenix, Arizona 85004-4498

    **PLEASE TAKE NOTICE** that on February 11, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before The Honorable Ronald A. Guzman, or any other judge who may be sitting in his place and stead, in Room 1219 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, and shall then and there present **Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Memorandum of Law in Support**, a copy of which is hereby served upon you.

Dated: February 6, 2008                    Respectfully submitted,

                                           Dan Hollings, Loretta Hollings and
                                           WebServices, LLC

                                           By: s/Robert B. Groholski_____
                                                One of their attorneys

468884.1 054535-41225

2

Robert B. Groholski
Illinois State Bar No. 6272317
Schwartz Cooper Chartered
180 North LaSalle Street
Suite 2700
Chicago, IL 60601
312.346.1300
-and-
Christopher E. Parker *(admitted pro hac vice)*
Georgia Bar No. 512152
Jessica B. Couch *(admitted pro hac vice)*
Georgia Bar No. 141275
Mozley, Finlayson & Loggins LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342
404.256.0700