IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TS Merchandising Ltd., a British Virgin Islands corporation, and TS Production LLC, a Hungarian limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>Dan and Loretta Hollings, Arizona residents, and Web Services, LLC, an Arizona limited liability company,<br><br>Defendants. | Case No.: 07 C 6518<br><br>Judge Guzman<br><br>Magistrate Judge Valdez |

## CERTIFICATE OF SERVICE

I, Robert B. Groholski, an attorney, certify that on February 6, 2008, I electronically transmitted a copy of **Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Memorandum of Law in Support**, the **Notice of Motion** for the same, and this **Certificate of Service** to the following ECF registrants by filing said documents with the ECF system for the United States District Court for the Northern District of Illinois:

| | |
|---|---|
| Brian A. Cabianca<br>Teresita T. Mercado<br>Christopher I Cedillo<br>Squire, Sanders & Dempsey, LLP<br>Two Renaissance Square<br>40 North Central Avenue, Suite 2700<br>Phoenix, Arizona 85004-4498 | Jessica E. DeMonte<br>Squire, Sanders & Dempsey, LLP<br>Three First National Plaza<br>70 W. Madison, Suite 2015<br>Chicago, Illinois 60602 |

Dated: February 6, 2008                                         Respectfully submitted,

By: s/Robert B. Groholski

Robert B. Groholski
Illinois State Bar No. 6272317
Schwartz Cooper Chartered
180 North LaSalle Street
Suite 2700
Chicago, IL 60601
312.346.1300
-and-

468889.1 054535-41225

Christopher E. Parker *(admitted pro hac vice)*
Georgia Bar No. 512152
Jessica B. Couch *(admitted pro hac vice)*
Georgia Bar No. 141275
Mozley, Finlayson & Loggins LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342
404.256.0700

468889.1 054535-41225                                  2