IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)

| | |
|---|---|
| TS Merchandising Ltd., a British Virgin Islands corporation, and TS Production LLC, a Hungarian limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>Dan and Loretta Hollings, Arizona residents, and Web Services, LLC, an Arizona limited liability company,<br><br>Defendants. | Case No. 07 C 6518<br><br>**NOTIFICATION OF AFFILIATES FOR WEBSERVICES, LLC**<br><br>(Assigned to the Hon. Ronald A. Guzman) |

COME NOW Dan and Loretta Hollings, and WebServices, LLC, by way of special appearance without waiving any defenses relating to jurisdiction, through their counsel of record, and file this Notification of Affiliates pursuant to Rule 3.2 of the Local Rules of this Court. Defendant WebServices, LLC's sole member is Defendant Dan Hollings, and thus Dan Hollings is the sole "affiliate" of WebServices, LLC as defined by Local Rule 3.2. WebServices, LLC is privately owned and has no publicly held affiliates.

Respectfully submitted this 6th day of February, 2008.

> By: s/Robert B. Groholski
> Robert B. Groholski
> Illinois State Bar No. 6272317
> Schwartz Cooper Chartered
> 180 North LaSalle Street
> Suite 2700
> Chicago, IL 60601
> -and-
> Christopher E. Parker *(admitted pro hac vice)*
> Georgia Bar No. 512152
> Jessica B. Couch *(admitted pro hac vice)*
> Georgia Bar No. 141275
> Mozley, Finlayson & Loggins LLP
> One Premier Plaza, Suite 900
> 5605 Glenridge Drive
> Atlanta, Georgia 30342