IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TS Merchandising Ltd., a British Virgin Islands corporation, and TS Production LLC, a Hungarian limited liability company, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 07 C 6518 |
| vs. | ) ) | Judge Guzman |
| Dan and Loretta Hollings, Arizona residents, and Web Services, LLC, an Arizona limited liability company, | ) ) ) ) | Magistrate Judge Valdez |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Robert B. Groholski, an attorney, certify that on February 6, 2008, I electronically transmitted a copy of the **Notification of Affiliates for WebServices, LLC**, and this **Certificate of Service** to the following ECF registrants by filing said documents with the ECF system for the United States District Court for the Northern District of Illinois:

| | |
|---|---|
| Brian A. Cabianca | Jessica E. DeMonte |
| Teresita T. Mercado | Squire, Sanders & Dempsey, LLP |
| Christopher I Cedillo | Three First National Plaza |
| Squire, Sanders & Dempsey, LLP | 70 W. Madison, Suite 2015 |
| Two Renaissance Square | Chicago, Illinois 60602 |
| 40 North Central Avenue, Suite 2700 | |
| Phoenix, Arizona 85004-4498 | |

Dated: February 6, 2008                                   Respectfully submitted,

                                                           By: s/Robert B. Groholski

Robert B. Groholski
Illinois State Bar No. 6272317
Schwartz Cooper Chartered
180 North LaSalle Street
Suite 2700
Chicago, IL 60601
312.346.1300
-and-
Christopher E. Parker *(admitted pro hac vice)*

468912.1 054535-41225

Georgia Bar No. 512152
Jessica B. Couch *(admitted pro hac vice)*
Georgia Bar No. 141275
Mozley, Finlayson & Loggins LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342
404.256.0700