IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TS Merchandising Ltd., a British Virgin Islands corporation, and TS Production LLC, a Hungarian limited liability company, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 07 C 6518 |
| vs. | ) ) | Judge Guzman |
| Dan and Loretta Hollings, Arizona residents, and Web Services, LLC, an Arizona limited liability company, | ) ) ) ) ) | Magistrate Judge Valdez |
| Defendants. | ) | |

## NOTICE OF AGREED MOTION

To:  Brian A. Cabianca                         Jessica E. DeMonte
     Teresita T. Mercado                       Squire, Sanders & Dempsey, LLP
     Christopher I Cedillo                     Three First National Plaza
     Squire, Sanders & Dempsey, LLP            70 W. Madison, Suite 2015
     Two Renaissance Square                    Chicago, Illinois 60602
     40 North Central Avenue, Suite 2700
     Phoenix, Arizona 85004-4498

**PLEASE TAKE NOTICE** that on February 11, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before The Honorable Ronald A. Guzman, or any other judge who may be sitting in his place and stead, in Room 1219 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, and shall then and there present the parties' **Joint Agreed Motion to Vacate February 11, 2008 Status and to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss for Lack of Personal Jurisdiction**, a copy of which is hereby served upon you.

Dated: February 6, 2008                        Respectfully submitted,

                                               Dan Hollings, Loretta Hollings and
                                               WebServices, LLC

                                               By: s/Robert B. Groholski_____
                                                   One of their attorneys

469017.1 054535-41225

Robert B. Groholski
Illinois State Bar No. 6272317
Schwartz Cooper Chartered
180 North LaSalle Street
Suite 2700
Chicago, IL 60601
312.346.1300
-and-
Christopher E. Parker *(admitted pro hac vice)*
Georgia Bar No. 512152
Jessica B. Couch *(admitted pro hac vice)*
Georgia Bar No. 141275
Mozley, Finlayson & Loggins LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342
404.256.0700