**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
**Eastern Division**

TS Merchandising Ltd., et al.
                    Plaintiff,

v.                                                  Case No.: 1:07−cv−06518
                                                 Honorable Ronald A. Guzman

Dan Hollings, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 13, 2008:

      MINUTE entry before Judge Ronald A. Guzman :Status hearing held on 2/13/2008. Motion by Defendants Dan Hollings, Loretta Hollings, Web Services, LLC to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss for Lack of Personal Jurisdiction [26] is granted as stated in open Court. Discovery to continue only as to jurisdictional issues. Set deadlines as to motion by Defendants Dan Hollings, Loretta Hollings, Web Services, LLC to dismiss for lack of jurisdiction [21] : Response due by 3/31/2008. Replies due by 4/14/2008. Ruling to be by mail. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.