IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TS Merchandising Ltd., a British Virgin Islands corporation, and TS Production LLC, a Hungarian limited liability company,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>Dan and Loretta Hollings, Arizona residents, and Web Services, LLC, an Arizona limited liability company,<br><br>　　　　　Defendants. | Case No.  07 C 6518<br><br>(Assigned to the Hon. Ronald A. Guzman) |

### NOTICE TO TAKE DEPOSITION OF LORETTA HOLLINGS

**YOU ARE HEREBY NOTIFIED** that, pursuant to Rules 26 and 30, Fed. R. Civ. P., the deposition of the person whose name is stated below will be taken upon oral examination at the time and place stated below before an officer authorized by law to administer oaths.  Pursuant to Rule 30(b)(2), Fed. R. Civ. P., the method of recording the testimony shall be stenographic and sound-and-visual.

**PERSON TO BE EXAMINED:**　　Loretta Hollings

**DATE AND TIME:**　　March 12, 2008, 1:30 p.m.

**PLACE OF DEPOSITION:**　　Arizona State Bar
　　　　　　　　　　　　　　320 S. Convent Avenue
　　　　　　　　　　　　　　Tucson, Arizona 85701

　　　REQUESTS FOR REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES MUST BE MADE AT LEAST THREE JUDICIAL DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDING.

DATED this 5th day of March 2008.

        s/ Teresita T. Mercado
Brian A. Cabianca (Federal Bar No. 016410)
Teresita T. Mercado (Federal Bar No. 020578)
Christopher I. Cedillo (Illinois Bar No. 6274683)
Squire, Sanders & Dempsey L.L.P.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004-4498
-and-
Jessica E. DeMonte (Illinois Bar No. 6288817)
Squire, Sanders & Dempsey, LLP
Three First National Plaza
70 W. Madison, Suite 2015
Chicago, IL 60602

*Attorneys for TS Merchandising Ltd. and TS Production LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2008, I electronically transmitted the attached document to the Clerk's office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

 Christopher E. Parker
 Jessica B. Couch
 Mozley, Finlayson & Loggins LLP
 One Premier Plaza, Suite 900
 5605 Glenridge Drive
 Atlanta, Georgia  30342
 -and-
 Robert B. Groholski
 Schwartz Cooper Chartered
 180 North LaSalle Street, Suite 2700
 Chicago, IL 60601
 *Attorneys for Dan and Loretta Hollings and Web Services, LLC*

**COPY** of the foregoing and Notice of Electronic Filing
hand-delivered on March 6, 2008, to:

Honorable Ronald A. Guzman
United States District Court
Everett McKinley Dirksen Building
219 S. Dearborn Street, Room 1278
Chicago, IL 60604            s/ Betty Rios