IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TS Merchandising Ltd., a British Virgin Islands corporation, and TS Production LLC, a Hungarian limited liability company,<br><br>     Plaintiffs,<br><br>vs.<br><br>Dan and Loretta Hollings, Arizona residents, and Web Services, LLC, an Arizona limited liability company,<br><br>     Defendants. | Case No.  07 C 6518<br><br>Judge Ronald A. Guzman |

## NOTICE OF CLAIMS INVOLVING U.S. TRADEMARKS

  Pursuant to Local Rule LR 3.4 of the United States District Court for the Northern District of Illinois and 15 U.S.C. § 1116(c), plaintiffs TS Production LLC and TS Merchandising Ltd. hereby provide notice that an action has been brought involving the following U.S. Trademark Registrations:

| U.S. Trademark Registration No. | Trademark |
|---|---|
| 3,312,874 | THE SECRET |
| 3,392,102 | THE SECRET (and Design) |

  This action involves the following parties:

<u>Plaintiffs</u>:  TS Production LLC and TS Merchandising Ltd.
      c/o Brian A. Cabianca, Esq.
      Squire, Sanders and Dempsey L.L.P.
      40 N. Central Avenue, Suite 2700
      Phoenix, Arizona  85004-4498

|  |  |
|---|---|
| Defendants: | Dan and Loretta Hollings and Web Services LLC |
|  | c/o Christopher E. Parker, Esq. |
|  | Mozley, Finlayson & Loggins LLP |
|  | One Premier Plaza, Suite 900 |
|  | 5605 Glenridge Drive |
|  | Atlanta, Georgia   30342 |

       s/ Teresita T. Mercado       .
Brian A. Cabianca
Teresita T. Mercado
Christopher I. Cedillo
Squire, Sanders & Dempsey LLP
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004-4498
Telephone:     (602) 528-4000
Facsimile:      (602) 253-8129
-and-
Jessica E. DeMonte
Squire, Sanders & Dempsey, LLP
Three First National Plaza
70 W. Madison, Suite 2015
Chicago, IL 60602
Telephone:     (312) 781-1123

*Attorneys for TS Merchandising Ltd.*
*and TS Production LLC*

I hereby certify that on March 10, 2008, I electronically transmitted the attached document to the Clerk's office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Christopher E. Parker
Jessica B. Couch
Mozley, Finlayson & Loggins LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia   30342
-and-
Robert B. Groholski
Schwartz Cooper Chartered
180 North LaSalle Street
Suite 2700
Chicago, IL 60601
*Attorneys for Dan and Loretta Hollings and Web Services, LLC*

-2-

-3-

COPY of the foregoing and Notice of Electronic Filing
hand-delivered the 10th day of March 2008, to:

Honorable Ronald A. Guzman
United States District Court
Everett McKinley Dirksen Building
219 S. Dearborn Street, Room 1278
Chicago, IL 60604

By: s/ Betty Rios

PHOENIX/415563.2