IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)

| | |
|---|---|
| TS Merchandising Ltd., a British Virgin Islands corporation, and TS Production LLC, a Hungarian limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>Dan and Loretta Hollings, Arizona residents, and Web Services, LLC, an Arizona limited liability company,<br><br>Defendants. | Case No.  07 C 6518<br><br>**CERTIFICATE OF GOOD FAITH ATTEMPT TO RESOVLVE DISCOVERY DISPUTE**<br><br>(Assigned to the Hon. Ronald A. Guzman) |

Pursuant to Federal Rule of Civil Procedure 37 and Local Rule 37.2, I, Christopher Parker, as counsel for Defendants, hereby certify that I have, in good faith, conferred with the other affected parties in an effort to resolve this discovery dispute without court action.  Between March 14, 2008 and March 19, 2008 I engaged in written correspondence with counsel regarding the instant dispute.  On March 27, 2008 I conferred with counsel by telephone.  All of the aforementioned correspondence was done in good faith attempts to resolve the instant dispute.  However, I have been unable to reach an agreement with Counsel for Plaintiffs.  Correspondence evidencing the attempt to resolve this dispute is attached hereto as Exhibit "A".

Respectfully submitted this 27th day of March, 2008.

      /s Christopher E. Parker_____
Christopher E. Parker
Counsel for Defendants

Robert B. Groholski
Illinois State Bar No. 6272317
Schwartz Cooper Chartered
180 North LaSalle Street
Suite 2700
Chicago, IL 60601
-and-
Christopher E. Parker *(admitted pro hac vice)*
Georgia Bar No. 512152
Jessica B. Couch *(admitted pro hac vice)*
Georgia Bar No. 141275
Mozley, Finlayson & Loggins LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia   30342

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)

| | |
|---|---|
| TS Merchandising Ltd., a British Virgin Islands corporation, and TS Production LLC, a Hungarian limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>Dan and Loretta Hollings, Arizona residents, and Web Services, LLC, an Arizona limited liability company,<br><br>Defendants. | Case No. 07 C 6518<br><br>**CERTIFICATE OF SERVICE**<br><br>(Assigned to the Hon. Ronald A. Guzman) |

I hereby certify that on March 27, 2008 I electronically filed the aforementioned **CERTIFICATE OF GOOD FAITH ATTEMPT TO RESOVLVE DISCOVERY DISPUTE** using the clerk's ECF System, which system will automatically notify the following counsel of record in this case.

Jessica E. DeMonte
    jdemonte@ssd.com
Squire, Sanders & Dempsey, LLP
Three First National Plaza
70 W. Madison, Suite 2015
Chicago, IL 60602
Telephone: (312) 781-1123

Brian A. Cabianca
    bcabianca@ssd.com
Teresita T. Mercado
    tmercado@ssd.com
Christopher I. Cedillo
    ccedillo@ssd.com
Squire, Sanders & Dempsey LLP
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004-4498

Respectfully submitted this 27th day of March, 2008.

__/s Jessica B. Couch

Jessica B. Couch
Georgia State Bar No. 141275
Admitted Pro Hac Vice