## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TS Merchandising Ltd., a British Virgin Islands corporation, and TS Production LLC, a Hungarian limited liability company, ) ) ) ) ) | |
| Plaintiffs, ) ) | Case No.: 07 C 6518 |
| vs. ) ) | Judge Guzman |
| Dan and Loretta Hollings, Arizona residents, and Web Services, LLC, an Arizona limited liability company, ) ) ) ) ) | Magistrate Judge Valdez |
| Defendants. ) | |

### NOTICE OF MOTION

To:  Brian A. Cabianca                Jessica E. DeMonte
     Teresita T. Mercado              Squire, Sanders & Dempsey, LLP
     Christopher I Cedillo            Three First National Plaza
     Squire, Sanders & Dempsey, LLP   70 W. Madison, Suite 2015
     Two Renaissance Square           Chicago, Illinois 60602
     40 North Central Avenue, Suite 2700
     Phoenix, Arizona 85004-4498

**PLEASE TAKE NOTICE** that on April 3, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before The Honorable Ronald A. Guzman, or any other judge who may be sitting in his place and stead, in Room 1219 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, and shall then and there present **Defendants' Motion to Compel Deposition of Rhonda Byrne** a copy of which is hereby served upon you.

Dated:    March 27, 2008              Respectfully submitted,

                                      Dan Hollings, Loretta Hollings and
                                      WebServices, LLC

                                          By: s/Jessica B. Couch_____
                                          One of their attorneys

Robert B. Groholski
Illinois State Bar No. 6272317
Schwartz Cooper Chartered
180 North LaSalle Street
Suite 2700
Chicago, IL 60601
312.346.1300
-and-
Christopher E. Parker *(admitted pro hac vice)*
Georgia Bar No. 512152
Jessica B. Couch *(admitted pro hac vice)*
Georgia Bar No. 141275
Mozley, Finlayson & Loggins LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342
404.256.0700