IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(EASTERN DIVISION)

| | |
|---|---|
| TS Merchandising Ltd., a British Virgin Islands corporation, and TS Production LLC, a Hungarian limited liability company,<br><br>    Plaintiffs,<br><br> vs.<br><br>Dan and Loretta Hollings, Arizona residents, and Web Services, LLC, an Arizona limited liability company,<br><br>    Defendants. | Case No.  07 C 6518<br><br>Hon. Ronald A. Guzman |

## NOTICE OF AGREED MOTION

To: Christopher E. Parker    Robert B. Groholski
   Jessica B. Couch      Schwartz Cooper Chartered
   Mozley, Finlayson & Loggins LLP 180 North LaSalle Street
   One Premier Plaza, Suite 900  Suite 2700
   5605 Glenridge Drive     Chicago, IL 60601
   Atlanta, Georgia   30342

  **PLEASE TAKE NOTICE** that on April 3, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel shall appear before The Honorable Ronald A. Guzman, or any other judge who may be sitting in his place and stead, in Room 1219 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, and shall then and there present the parties' **Agreed Motion to Extend Deadlines for Briefing on Defendants' Motion to Dismiss for Lack of Personal Jurisdiction**, a copy of which is hereby served upon you.

Date: March 31, 2008           s/Christopher I. Cedillo

Brian Cabianca
Teresita T. Mercado
Christopher I. Cedillo
SQUIRE, SANDERS & DEMPSEY LLP
40 N. Central Avenue, Suite 2700
Phoenix, AZ  85004-4498
-and-

Jessica E. DeMonte
SQUIRE SANDERS & DEMPSEY LLP
Three First National Plaza
70 W. Madison, Suite 2015
Chicago, IL  60602
*Attorneys for TS Merchanding Ltd and
TS Production LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I electronically transmitted the attached document to the Clerk's office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Christopher E. Parker
Jessica B. Couch
Mozley, Finlayson & Loggins LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia   30342
-and-
Robert B. Groholski
Schwartz Cooper Chartered
180 North LaSalle Street
Suite 2700
Chicago, IL 60601

Attorneys for Defendants Dan and Loretta Hollings and Web Services, LLC

COPY of the foregoing and Notice of Electronic Filing
hand-delivered on the 1st day of April 2008, to:

Carole Gainer
   Courtoom Deputy to
Honorable Ronald A. Guzman
United States District Court
Everett McKinley Dirksen Building
219 S. Dearborn Street, Room 1218
Chicago, IL 60604

By:  s/Christopher I. Cedillo