UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

TS Merchandising Ltd., et al.
                              Plaintiff,
v.                                          Case No.: 1:07−cv−06518
                                            Honorable Ronald A. Guzman
Dan Hollings, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 1, 2008:

  MINUTE entry before Judge Honorable Ronald A. Guzman:Motion for extension of time to file briefs regarding motion by Defendants Dan Hollings, Loretta Hollings, Web Services, LLC to dismiss for lack of jurisdiction [21] [39] is granted. Response due by 4/14/2008. Reply due by 4/28/2008. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.