UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

TS Merchandising Ltd., et al.
                           Plaintiff,

v.                                                  Case No.: 1:07−cv−06518
                                                   Honorable Ronald A. Guzman

Dan Hollings, et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 3, 2008:

      MINUTE entry before Judge Honorable Ronald A. Guzman: Motion hearing held on 4/3/2008. Motion by Defendants Dan Hollings, Loretta Hollings, Web Services, LLC to compel deposition of Rhonda Byrne [35] is granted. Request for attorney's fees is denied. Briefing dates are extended as to motion by Defendants Dan Hollings, Loretta Hollings, Web Services, LLC to dismiss for lack of jurisdiction [21]: Response due 5/14/08. Reply due 5/28/08. Ruling to be by mail. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.