IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TS Merchandising Ltd., a British Virgin Islands corporation, and TS Production LLC, a Hungarian limited liability company,<br><br>                  Plaintiffs,<br><br>vs.<br><br>Dan and Loretta Hollings, Arizona residents, and Web Services, LLC, an Arizona limited liability company,<br><br>                  Defendants. | Case No. 07 C 6518<br><br>**STIPULATION OF PARTIES FOR PROTECTIVE ORDER**<br><br>Hon. Ronald A. Guzman |

      WHEREAS the parties agree that certain discovery disclosed, procured, or produced in this case may need to be kept confidential.

      NOW, THEREFORE, THE PARTIES HEREBY STIPULATE to the entry by this Court of the Protective Order in the form attached hereto as Exhibit A.


**DAN HOLLINGS**

BY: _____
     Christopher E. Parker
     His Attorney

**LORETTA HOLLINGS**

BY: _____
     Christopher E. Parker
     Her Attorney

**WEB SERVICES LLC**

By: _____

-2-

DAN HOLLINGS
Name

Its: MANAGING MEMBER

**TS PRODUCTION LLC**

By: _Christopher I. Cedillo_
CHRISTOPHER I. CEDILLO
Name

Its: ATTORNEY

**TS MERCHANDISING LTD**

By: _Christopher I. Cedillo_
CHRISTOPHER I. CEDILLO
Name

Its: ATTORNEY