<u>EXHIBIT LIST</u>

1.  Deposition of Dan Hollings, excerpts

2.  Declaration of Robert E. Rainone

     A.  Selected invoice/payment emails

3.  Deposition of Loretta Hollings, excerpts

# EXHIBIT 1

Hollings, Dan (Cedillo)
TS Merchandising v. Hollings                    March 12, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

TS Merchandising Ltd., a British            )
Virgin Islands corporation, and TS          )
Production LLC, a Hungarian                  )
limited liability company,                   )
                                             )
                                             ) No. 07 C 6518
            Plaintiffs,                       )
                                             )
      vs.                                     )
                                             )
Dan and Loretta Hollings, Arizona            )
residents, and Web Services, LLC,            )
an Arizona limited liability                 )
company,                                     )
                                             )
            Defendants.                       )
                                             )

DEPOSITION OF DAN HOLLINGS

Tucson, Arizona
March 12, 2008
8:59 a.m.

Prepared for:                    Prepared By:
MR. CHRISTOPHER I. CEDILLO       LISA J. ANDERSON, RPR
                                 Certified Reporter
                                 Certificate Number 50079
                                 CANYON STATE REPORTING
                                 2415 E. Camelback, Suite 700
(Copy)                           Phoenix, AZ 85016-4245

Canyon State Reporting

Phone: 602.277.8882

Fax: 602.277.5576

Hollings, Dan (Cedillo)

TS Merchandising v. Hollings

March 12, 2008

Page 9

| | | | |
|---|---|---|---|
| 09:05:09 | 1 | Q. | About eight years? |
| 09:05:10 | 2 | A. | Yes. |
| 09:05:16 | 3 | Q. | What's your present address? |
| 09:05:18 | 4 | A. | 6370 Via Amable, A-M-A-B-L-E. |
| 09:05:31 | 5 | Q. | And is that in Tucson? |
| 09:05:33 | 6 | A. | Yes. |
| 09:05:35 | 7 | Q. | How long have you resided there? |
| 09:05:39 | 8 | A. | Approximately -- little over six years. |
| 09:05:56 | 9 | Q. | Does anyone else reside there? |
| 09:05:58 | 10 | A. | My wife. |
| 09:06:03 | 11 | Q. | Anyone else? |
| 09:06:05 | 12 | A. | No. |
| 09:06:07 | 13 | Q. | Do you own your home? |
| 09:06:09 | 14 | A. | I do. |
| 09:06:12 | 15 | Q. | How long have you owned it? |
| 09:06:15 | 16 | A. | As long as I've lived there.  Approximately six |
| 09:06:18 | 17 | | years. |
| 09:06:35 | 18 | Q. | Do you pay a monthly mortgage? |
| 09:06:38 | 19 | A. | I do. |
| 09:06:43 | 20 | Q. | Are there any other persons listed on your |
| 09:06:46 | 21 | | mortgage as being obliged to pay? |
| 09:06:51 | 22 | A. | No. |
| 09:06:52 | 23 | Q. | Just you? |
| 09:06:53 | 24 | A. | No.  Myself and my wife. |
| 09:07:01 | 25 | Q. | Do you have any other homes? |

Hollings, Dan (Cedillo)

TS Merchandising v. Hollings

March 12, 2008

| | | | |
|---|---|---|---|
| 09:07:02 | 1 | A. | No. |
| 09:07:15 | 2 | Q. | Do you have any vehicles? |
| 09:07:17 | 3 | A. | Yes. |
| 09:07:17 | 4 | Q. | Automobiles? |
| 09:07:18 | 5 | A. | Yes. |
| 09:07:19 | 6 | Q. | How many? |
| 09:07:20 | 7 | A. | Two. |
| 09:07:27 | 8 | Q. | Are those paid for? |
| 09:07:28 | 9 | A. | Yes. |
| 09:07:29 | 10 | Q. | And to whom are they titled? |
| 09:07:36 | 11 | A. | To myself and my wife. |
| 09:07:38 | 12 | Q. | Together? |
| 09:07:40 | 13 | A. | Yes. |
| 09:07:50 | 14 | Q. | Do you have any telephones, Mr. Hollings? |
| 09:07:55 | 15 | A. | Yes. |
| 09:07:57 | 16 | Q. | Maybe I should be clear.  Any telephone numbers |
| 09:08:04 | 17 | | that you are responsible for, as opposed to the number of |
| 09:08:07 | 18 | | telephones? |
| 09:08:09 | 19 | A. | Yes. |
| 09:08:10 | 20 | Q. | How many? |
| 09:08:14 | 21 | A. | Two.  Oh, I'm sorry.  Three. |
| 09:08:23 | 22 | Q. | Three numbers? |
| 09:08:25 | 23 | A. | Uh-huh. |
| 09:08:25 | 24 | Q. | Can you tell me what those numbers are, please? |
| 09:08:27 | 25 | A. | I have a cell phone number, I have a home phone |

Hollings, Dan (Cedillo)
TS Merchandising v. Hollings
March 12, 2008

Page 12

| | | | |
|---|---|---|---|
| 09:09:42 | 1 | Q. | How long have you had that number? |
| 09:09:47 | 2 | A. | About eight years. |
| 09:09:51 | 3 | Q. | Longer than you've been in your current home? |
| 09:09:54 | 4 | A. | Yes. I think it was transferred over. |
| 09:09:57 | 5 | Q. | Okay. And who is the carrier for that number? |
| 09:10:04 | 6 | A. | It's MCI. |
| 09:10:16 | 7 | Q. | Who is the carrier for your home office number? |
| 09:10:19 | 8 | A. | It's the same. |
| 09:10:21 | 9 | Q. | And that phone number? |
| 09:10:22 | 10 | A. | 520-299-5626. |
| 09:10:36 | 11 | Q. | Who is responsible for paying the bills on those |
| 09:10:39 | 12 | | lines? |
| 09:10:41 | 13 | A. | I am. |
| 09:10:43 | 14 | Q. | Is there more than one person, meaning you, |
| 09:10:47 | 15 | | listed on the phone bills for those? How about for the |
| 09:10:56 | 16 | | home number? |
| 09:10:58 | 17 | A. | The two numbers are together on the same |
| 09:11:02 | 18 | | account. |
| 09:11:02 | 19 | Q. | Okay. |
| 09:11:03 | 20 | A. | With MCI. And it -- I can't remember who is on |
| 09:11:09 | 21 | | the bill. It's either me or my wife or both of us. I |
| 09:11:13 | 22 | | can't recall. |
| 09:11:13 | 23 | Q. | Okay. Does your wife have a cell phone? |
| 09:11:22 | 24 | A. | She has an iPhone. Same account. |
| 09:11:29 | 25 | Q. | Did she have a cell phone before the iPhone? |

Hollings, Dan (Cedillo)

TS Merchandising v. Hollings

March 12, 2008

Page 13

| 09:11:33 | 1 | A. | Let's see.  Yes. |

09:11:33   1    A.   Let's see.  Yes.

09:11:42   2    Q.   Was that also operated through MCI?

09:11:51   3    A.   No, it was always AT&T.

09:11:54   4    Q.   Oh, excuse me.  This is the cell phone that she

09:11:58   5    had before the iPhone?

09:12:00   6    A.   Yes.  And for clarity, it wasn't that she had a

09:12:04   7    cell phone, we just had a cell phone that we shared

09:12:08   8    between us.

09:12:15   9    Q.   And the carrier for that was AT&T?

09:12:19   10   A.   AT&T.

09:12:23   11   Q.   Do you recall that phone number?

09:12:28   12   A.   I believe that it was 520-360-5001.

09:13:10   13   Q.   I assume you are familiar with the movie called

09:13:14   14   The Secret?

09:13:15   15   A.   I am.

09:13:15   16   Q.   Were you engaged to provide services in relation

09:13:19   17   to that movie?

09:13:20   18   A.   I was.

09:13:22   19   Q.   When did that engagement occur?

09:13:27   20   A.   In 2005.

09:13:33   21   Q.   In September of 2005?

09:13:38   22   A.   I would have to check my records, but I believe

09:13:40   23   so.

09:13:48   24   Q.   And how long did you provide those services?

09:13:53   25   A.   For 17 months.

Hollings, Dan (Cedillo)

TS Merchandising v. Hollings

March 12, 2008

Page 14

| | | |
|---|---|---|
| 09:14:01 | 1 | Q.   So that would be approximately until February of |
| 09:14:04 | 2 | 2007? |
| 09:14:05 | 3 | A.   Correct. |
| 09:14:15 | 4 | Q.   What exactly were the nature of the services |
| 09:14:26 | 5 | that you provided? |
| 09:14:27 | 6 | A.   Internet marketing, internet strategy, web site |
| 09:14:32 | 7 | development and numerous related internet needs. |
| 09:14:46 | 8 | Q.   Can you describe some of these related internet |
| 09:14:50 | 9 | needs? |
| 09:14:51 | 10 | A.   Setting up and establishing customer support, |
| 09:14:56 | 11 | web based.  Helping to set up shopping cart services, |
| 09:15:12 | 12 | fulfillment services, programming and additional products |
| 09:15:31 | 13 | and services that were sold via the web site and |
| 09:15:42 | 14 | coordinating internet activities with the various teachers |
| 09:15:52 | 15 | that appeared in the movie. |
| 09:16:00 | 16 | Q.   Can you describe the shopping cart services? |
| 09:16:06 | 17 | A.   The Secret needed a unique shopping cart that |
| 09:16:12 | 18 | wasn't available from an off-the-shelf software program, |
| 09:16:16 | 19 | so I specced the requirements for that particular shopping |
| 09:16:21 | 20 | cart so that it could be built by programmers that were |
| 09:16:26 | 21 | paid for through the fulfillment provided. |
| 09:16:33 | 22 | Q.   And just for clarity sake, when we're speaking |
| 09:16:38 | 23 | about a shopping cart we're referring to some kind of |
| 09:16:41 | 24 | functionality on the internet; correct? |
| 09:16:43 | 25 | A.   Correct. |

Hollings, Dan (Cedillo)

TS Merchandising v. Hollings

March 12, 2008

| | | |
|---|---|---|
| 09:20:54 | 1 | Q.   Who told you about the concept of the movie? |
| 09:20:57 | 2 | A.   Rhonda Byrne. |
| 09:21:02 | 3 | Q.   Okay.  You suggested that there were products |
| 09:21:09 | 4 | available on the web site for The Secret; is that correct? |
| 09:21:11 | 5 | A.   Correct. |
| 09:21:12 | 6 | Q.   Did you receive instructions from anyone on what |
| 09:21:18 | 7 | products to make available on that site? |
| 09:21:24 | 8 | A.   No. |
| 09:21:26 | 9 | Q.   You had sole discretion to choose what products |
| 09:21:31 | 10 | to put on the web site? |
| 09:21:32 | 11 | A.   No.  I offered up suggestions to them about |
| 09:21:39 | 12 | additional products. |
| 09:21:40 | 13 | Q.   Who is "them"? |
| 09:21:41 | 14 | A.   Rhonda Byrne and Paul Harrington. |
| 09:21:53 | 15 | Q.   Did you ever offer suggestions to Bob Rainone? |
| 09:21:58 | 16 | A.   Couple of months after I came on board, Bob |
| 09:22:06 | 17 | Rainone joined the company and, at that point, I shared |
| 09:22:14 | 18 | with him the products and services that I had already |
| 09:22:17 | 19 | introduced to Rhonda and Paul. |
| 09:22:27 | 20 | Q.   How did you share those with him?  And I guess I |
| 09:22:30 | 21 | should be clearer.  I mean by what medium did you share |
| 09:22:34 | 22 | those?  Did you speak to him in person, did you send an |
| 09:22:38 | 23 | e-mail? |
| 09:22:39 | 24 |         MR. PARKER:  Counsel, with whom? |
| 09:22:41 | 25 |         MR. CEDILLO:  Excuse me? |

Phone: 602.277.8882

Fax: 602.277.5576

Hollings, Dan (Cedillo)

TS Merchandising v. Hollings

March 12, 2008

Page 18

| | | |
|---|---|---|
| 09:22:42 | 1 | MR. PARKER:  You said "with him."  Can you |
| 09:22:45 | 2 | identify the "him"? |
| 09:22:46 | 3 | MR. CEDILLO:  Bob. |
| 09:22:48 | 4 | THE WITNESS:  With Bob? |
| 09:22:49 | 5 | BY MR. CEDILLO: |
| 09:22:49 | 6 | Q.  Yes. |
| 09:22:50 | 7 | A.  Primarily e-mail. |
| 09:22:57 | 8 | Q.  Did he ever respond to your e-mails? |
| 09:22:59 | 9 | A.  Yes. |
| 09:23:00 | 10 | Q.  Did he usually respond to your e-mails? |
| 09:23:03 | 11 | A.  Define "usually." |
| 09:23:05 | 12 | Q.  However you would like. |
| 09:23:08 | 13 | A.  He usually did. |
| 09:23:17 | 14 | Q.  Did you ever phone Bob? |
| 09:23:21 | 15 | A.  Occasionally. |
| 09:23:31 | 16 | Q.  Do you know what his phone number is? |
| 09:23:33 | 17 | A.  By memory, no. |
| 09:23:35 | 18 | Q.  Okay.  Did you ever address these issues with |
| 09:23:53 | 19 | Bob in person? |
| 09:23:55 | 20 | A.  What issues? |
| 09:23:56 | 21 | Q.  You described that you discussed content, |
| 09:24:04 | 22 | products, for example, with him by e-mail, by phone |
| 09:24:09 | 23 | occasionally in the first a couple of months after you had |
| 09:24:15 | 24 | arrived and he arrived? |
| 09:24:19 | 25 | A.  Uh-huh. |

Hollings, Dan (Cedillo)
TS Merchandising v. Hollings
March 12, 2008

Page 22

| | | |
|---|---|---|
| 09:32:58 | 1 | Q.   Mr. Hollings, I'm going to show you a document |
| 09:33:06 | 2 | that I'll represent is an e-mail from you sent on Monday, |
| 09:33:12 | 3 | November 21st, 2005 at 4:53 p.m.   The Bates label is |
| 09:33:18 | 4 | TS 00010. |
| 09:33:22 | 5 | A.   Uh-huh. |
| 09:33:23 | 6 | Q.   Is that an accurate description of the document? |
| 09:33:28 | 7 | A.   Yes. |
| 09:33:28 | 8 | Q.   Can you describe the rest of it, the content? |
| 09:33:45 | 9 | A.   It's an invoice from me to The Secret LLC. |
| 09:33:55 | 10 | Q.   An invoice for services that you provided? |
| 09:33:58 | 11 | A.   Correct. |
| 09:34:03 | 12 | Q.   And you said it's addressed to The Secret LLC? |
| 09:34:07 | 13 | A.   That is correct. |
| 09:34:08 | 14 | Q.   Does it have an address on it for The Secret |
| 09:34:13 | 15 | LLC? |
| 09:34:13 | 16 | A.   Yes, it does. |
| 09:34:14 | 17 | Q.   Can you read the address, please? |
| 09:34:16 | 18 | A.   1339 West George Street, Chicago, Illinois |
| 09:34:21 | 19 | 60657. |
| 09:34:30 | 20 | Q.   Did you put this invoice together? |
| 09:34:32 | 21 | A.   Yes, I did. |
| 09:34:34 | 22 | Q.   Did you include the address for The Secret? |
| 09:34:37 | 23 | A.   Yes, I did. |
| 09:34:41 | 24 | Q.   So you knew, at least in November of 2005, that |
| 09:34:51 | 25 | the entity to whom you were sending invoices for your |

Hollings, Dan (Cedillo)

                                              March 12, 2008
                    TS Merchandising v. Hollings

| | | |
|---|---|---|
| 09:34:54 | 1 | services was located in Chicago? |
| 09:34:56 | 2 | A.    That's correct. |
| 09:35:17 | 3 | Q.    Does this document have an invoice number on it? |
| 09:35:20 | 4 | A.    Invoice 00002. |
| 09:35:28 | 5 | Q.    Does that mean it was the second invoice you |
| 09:35:31 | 6 | sent for your services? |
| 09:35:32 | 7 | A.    Possibly. |
| 09:35:53 | 8 | (Exhibit Number 2 was marked for |
| 09:35:54 | 9 | identification.) |
| 09:35:54 | 10 | BY MR. CEDILLO: |
| 09:35:54 | 11 | Q.    This is a document Bates labeled TS 00013, an |
| 09:35:59 | 12 | e-mail from Dan Hollings sent on Thursday, December 8th, |
| 09:36:04 | 13 | 2005.  Is that an accurate description of the document? |
| 09:36:07 | 14 | A.    Correct. |
| 09:36:08 | 15 | Q.    At least the headers.  Can you describe the |
| 09:36:11 | 16 | content for me? |
| 09:36:12 | 17 | A.    It's an invoice from me to The Secret LLC. |
| 09:36:19 | 18 | Q.    Does it have a number on it? |
| 09:36:21 | 19 | A.    Invoice 00003. |
| 09:36:25 | 20 | Q.    And does it have an address for The Secret LLC? |
| 09:36:30 | 21 | A.    Yes, it does. |
| 09:36:31 | 22 | Q.    What is the address? |
| 09:36:32 | 23 | A.    1339 West George Street, Chicago, Illinois |
| 09:36:38 | 24 | 60657. |
| 09:36:39 | 25 | Q.    Did you continue to send invoices for your |

Hollings, Dan (Cedillo)

TS Merchandising v. Hollings

March 12, 2008

Page 24

| 09:36:42 | 1 | services during the rest of your time working for The |
| 09:36:50 | 2 | Secret? |
| 09:36:50 | 3 | A.   Yes.  I invoiced monthly. |
| 09:36:52 | 4 | Q.   Every month? |
| 09:36:53 | 5 | A.   Every month. |
| 09:36:54 | 6 | Q.   Until approximately February 2007? |
| 09:37:00 | 7 | A.   Correct. |
| 09:37:01 | 8 | Q.   Did any of your invoices not include a Chicago |
| 09:37:04 | 9 | address for The Secret? |
| 09:37:09 | 10 | A.   The first one went to PrimeTime, Rhonda Byrne, |
| 09:37:15 | 11 | in Australia. |
| 09:37:15 | 12 | Q.   Did any of the invoices, from Invoice 00002 |
| 09:37:22 | 13 | through the last one you sent, have an address other than |
| 09:37:25 | 14 | Chicago? |
| 09:37:28 | 15 | A.   I can't recall the addresses on all of the |
| 09:37:33 | 16 | invoices. |
| 09:37:56 | 17 | (Exhibit Number 3 was marked for |
| 09:37:57 | 18 | identification.) |
| 09:37:57 | 19 | BY MR. CEDILLO: |
| 09:37:58 | 20 | Q.   This is a document Bates labeled TS 00014.  Can |
| 09:38:02 | 21 | you describe the document, please. |
| 09:38:05 | 22 | A.   It's an invoice from me to The Secret LLC. |
| 09:38:12 | 23 | Q.   Does it have a Chicago address for The Secret? |
| 09:38:14 | 24 | A.   Yes, it does. |
| 09:38:19 | 25 | Q.   It contains a line item described as |

Hollings, Dan (Cedillo)                                    March 12, 2008
                    TS Merchandising v. Hollings

| | | |
|---|---|---|
| 09:38:28 | 1 | reimbursement, semicolon, marketing costs, Google for |
| 09:38:36 | 2 | $508; is that correct? |
| 09:38:38 | 3 | A.   That's correct. |
| 09:38:38 | 4 | Q.   Is that for reimbursement of monies paid by you |
| 09:38:48 | 5 | for the Google AdWord campaign? |
| 09:38:53 | 6 | A.   That is correct. |
| 09:38:53 | 7 | Q.   So this is one example for how you sought |
| 09:38:57 | 8 | reimbursement for the Google AdWord campaign? |
| 09:39:00 | 9 | A.   Correct. |
| 09:39:00 | 10 | Q.   And you sent this invoice to The Secret LLC with |
| 09:39:13 | 11 | a Chicago address? |
| 09:39:15 | 12 | A.   Via e-mail, yes. |
| 09:39:16 | 13 | Q.   And your e-mail listed the Chicago address, |
| 09:39:19 | 14 | correct, for The Secret LLC? |
| 09:39:22 | 15 | A.   Yes.  This invoice shows the Chicago address. |
| 09:39:25 | 16 | Q.   Okay.  And you created the invoice? |
| 09:39:29 | 17 | A.   That is correct. |
| 09:39:49 | 18 | Q.   I'll ask again:  Did any of the invoices that |
| 09:39:53 | 19 | you sent for your services after the second invoice, or |
| 09:39:59 | 20 | the one that's designated as Invoice 00002, did any of |
| 09:40:11 | 21 | those following that not contain a Chicago address? |
| 09:40:16 | 22 | A.   I can't recall all of the addresses on all of |
| 09:40:18 | 23 | the invoices. |
| 09:40:23 | 24 | Q.   Okay. |
| 09:40:23 | 25 | (Exhibit Number 4 was marked for |

Hollings, Dan (Cedillo)

March 12, 2008

TS Merchandising v. Hollings

| 09:40:39 | 1 | identification.) |
| 09:40:39 | 2 | BY MR. CEDILLO: |
| 09:40:40 | 3 | Q.   This is a document Bates labeled TS 00015.  Can |
| 09:40:45 | 4 | you describe the document, please? |
| 09:40:51 | 5 | A.   It's an invoice from me to The Secret. |
| 09:40:57 | 6 | Q.   And did you draft this invoice? |
| 09:41:00 | 7 | A.   Yes. |
| 09:41:02 | 8 | Q.   Does it contain a Chicago address for The |
| 09:41:07 | 9 | Secret? |
| 09:41:07 | 10 | A.   Yes. |
| 09:41:07 | 11 | Q.   And for what month was this invoice? |
| 09:41:19 | 12 | A.   Oh, February. |
| 09:41:21 | 13 | Q.   February of? |
| 09:41:22 | 14 | A.   2006. |
| 09:41:24 | 15 | Q.   Thank you.  And like Invoice 4, this one also |
| 09:41:33 | 16 | contains a line item for reimbursement of marketing costs |
| 09:41:37 | 17 | for the Google AdWord program; correct? |
| 09:41:42 | 18 | A.   Correct. |
| 09:41:43 | 19 | Q.   So when you sought reimbursement for those you |
| 09:41:46 | 20 | sent an invoice to The Secret? |
| 09:41:50 | 21 | A.   Correct. |
| 09:41:52 | 22 | Q.   And you were paid for those? |
| 09:41:53 | 23 | A.   Correct. |
| 09:42:02 | 24 | Q.   The invoice also shows a line item for web |
| 09:42:08 | 25 | services/project management; is that correct? |

Hollings, Dan (Cedillo)
TS Merchandising v. Hollings                    March 12, 2008

Page 27

09:42:12   1      A.   Correct.

09:42:13   2      Q.   And you invoiced The Secret for $8,000 for that?

09:42:17   3      A.   Correct.

09:42:18   4      Q.   And were you paid that amount?

09:42:24   5      A.   Correct.

09:42:31   6      Q.   I'm sorry, was that -- does that mean you were

09:42:35   7   paid that amount?

09:42:36   8      A.   Yes.

09:42:37   9      Q.   Okay.

09:42:37   10          (Exhibit Number 5 was marked for

09:42:41   11   identification.)

09:42:41   12   BY MR. CEDILLO:

09:42:42   13     Q.   This is a document labeled TS 00016.  Can you

09:42:56   14   describe this document, Mr. Hollings?

09:43:00   15     A.   This is an invoice from me to The Secret.

09:43:07   16     Q.   And invoice number?

09:43:08   17     A.   00006.

09:43:18   18     Q.   You drafted this invoice?

09:43:19   19     A.   Yes.

09:43:23   20     Q.   And you included the Chicago address for The

09:43:29   21   Secret LLC; is that correct?

09:43:30   22     A.   That is correct.

09:43:31   23     Q.   Was this invoice paid?

09:43:34   24     A.   Yes.

09:43:34   25          (Exhibit Number 6 was marked for

Phone: 602.277.8882                              Fax: 602.277.5576

Hollings, Dan (Cedillo)
TS Merchandising v. Hollings
March 12, 2008

Page 28

| | | |
|---|---|---|
| 09:44:03 | 1 | identification.) |
| 09:44:03 | 2 | BY MR. CEDILLO: |
| 09:44:03 | 3 | Q.   This is a document Bates labeled 00017 and |
| 09:44:14 | 4 | 00018.  Can you describe the invoice, please?  Or excuse |
| 09:44:17 | 5 | me, can you describe the document? |
| 09:44:21 | 6 | A.   This is an invoice from me to The Secret. |
| 09:44:29 | 7 | Q.   Did you draft the invoice? |
| 09:44:35 | 8 | A.   Yes. |
| 09:44:46 | 9 | Q.   Did you include a Chicago address for The Secret |
| 09:44:49 | 10 | LLC? |
| 09:44:50 | 11 | A.   Yes. |
| 09:44:50 | 12 | Q.   Was this invoice paid? |
| 09:44:52 | 13 | A.   Yes. |
| 09:44:53 | 14 | Q.   In this document there's a line item that says, |
| 09:45:08 | 15 | "And/or commissions based of web revenues, 3/15 to 4/15." |
| 09:45:15 | 16 | Do you see that? |
| 09:45:16 | 17 | A.   I do. |
| 09:45:19 | 18 | Q.   Can you explain to me what that refers to? |
| 09:45:27 | 19 | A.   Rhonda had drafted an agreement with me to pay a |
| 09:45:31 | 20 | percentage of the sales from The Secret web site, and as |
| 09:45:45 | 21 | soon as those sales began to occur, I included this line |
| 09:45:52 | 22 | item in my invoice because it was due to be paid based on |
| 09:46:03 | 23 | my agreement with Rhonda. |
| 09:46:09 | 24 | Q.   And this was due to be paid for services that |
| 09:46:11 | 25 | you provided to The Secret? |

Hollings, Dan (Cedillo)
TS Merchandising v. Hollings
March 12, 2008

Page 30

| | | |
|---|---|---|
| 09:48:00 | 1 | to the nature of the contract, which, as I understood it, |
| 09:48:06 | 2 | it would not.  I would ask you to rephrase it.  My |
| 09:48:06 | 3 | objection is as to the form of the question because that's |
| 09:48:09 | 4 | what I understood you to be asking. |
| 09:48:11 | 5 | BY MR. CEDILLO: |
| 09:48:11 | 6 | Q.   Has there been a dispute regarding whether or |
| 09:48:14 | 7 | not you were owed those commissions? |
| 09:48:24 | 8 | A.   The dispute has been not -- my understanding of |
| 09:48:29 | 9 | the dispute hasn't been whether I'm owed the commissions, |
| 09:48:32 | 10 | the dispute is whether they feel that -- how can I word |
| 09:48:44 | 11 | it?  There is a dispute over these commissions. |
| 09:48:53 | 12 | MR. PARKER:  That's an answer. |
| 09:48:56 | 13 | BY MR. CEDILLO: |
| 09:48:56 | 14 | Q.   Okay.  And just again to clarify, these |
| 09:48:59 | 15 | commissions are related to the services you were providing |
| 09:49:02 | 16 | to The Secret? |
| 09:49:03 | 17 | THE WITNESS:  Can you ask it again? |
| 09:49:05 | 18 | MR. CEDILLO:  Can you read it back? |
| 09:49:13 | 19 | (Question read.) |
| 09:49:14 | 20 | THE WITNESS:  That is correct. |
| 09:49:14 | 21 | (Exhibit Number 7 was marked for |
| 09:49:16 | 22 | identification.) |
| 09:49:16 | 23 | BY MR. CEDILLO: |
| 09:49:43 | 24 | Q.   This is a document labeled TS 00019. |
| 09:49:47 | 25 | Mr. Hollings, can you describe this document? |

Hollings, Dan (Cedillo)
TS Merchandising v. Hollings

March 12, 2008

| | | |
|---|---|---|
| 09:50:01 | 1 | A.   This is an invoice from me to The Secret with a |
| 09:50:05 | 2 | note at the top asking them -- or reminding them that I |
| 09:50:16 | 3 | had not received the last month's payment. |
| 09:50:23 | 4 | Q.   Did you receive that payment? |
| 09:50:27 | 5 | A.   Are you referring to the past-due payment? |
| 09:50:32 | 6 | Q.   The one that you described in the e-mail at the |
| 09:50:34 | 7 | top. |
| 09:50:34 | 8 | A.   Yes, I did eventually receive it. |
| 09:50:37 | 9 | Q.   Okay.  Do you know if you received payment of |
| 09:50:41 | 10 | the invoice at the bottom on the page? |
| 09:50:48 | 11 | A.   There were many invoices that were late, so |
| 09:50:54 | 12 | without looking at my records or the next invoice I |
| 09:50:57 | 13 | couldn't say if this one was paid on time, but it was |
| 09:51:03 | 14 | paid. |
| 09:51:04 | 15 | Q.   Okay.  And this says, "Invoice 00008"; is that |
| 09:51:15 | 16 | correct? |
| 09:51:15 | 17 | A.   Correct. |
| 09:51:16 | 18 | Q.   This invoice contains a line item for |
| 09:51:21 | 19 | reimbursement, PRweb press release for $240; is that |
| 09:51:27 | 20 | correct? |
| 09:51:27 | 21 | A.   Correct. |
| 09:51:28 | 22 | Q.   Can you describe what that line item was for? |
| 09:51:33 | 23 | A.   There was a press release that was published |
| 09:51:42 | 24 | through PRweb, which I paid for, so therefore I invoiced |
| 09:51:50 | 25 | for it to be reimbursed. |

Phone: 602.277.8882

Fax: 602.277.5576

Hollings, Dan (Cedillo)
                                                    March 12, 2008
                    TS Merchandising v. Hollings

| | | |
|---|---|---|
| 09:51:54 | 1 | Q.   Were you reimbursed for it? |
| 09:51:56 | 2 | A.   Yes. |
| 09:51:57 | 3 | Q.   And you drafted this invoice? |
| 09:52:01 | 4 | A.   Yes. |
| 09:52:03 | 5 | Q.   And you included a Chicago address for The |
| 09:52:13 | 6 | Secret LLC; is that correct? |
| 09:52:15 | 7 | A.   That's correct. |
| 09:52:19 | 8 | MR. PARKER:  Counsel, just so our record is |
| 09:52:22 | 9 | clear, each of those documents you're handing him you're |
| 09:52:25 | 10 | also having the court reporter mark as an exhibit; |
| 09:52:28 | 11 | correct? |
| 09:52:28 | 12 | MR. CEDILLO:  That's correct. |
| 09:52:28 | 13 | MR. PARKER:  And just so I'm up to speed, this |
| 09:52:32 | 14 | last document, TS 00019, is Exhibit 7? |
| 09:52:40 | 15 | THE COURT REPORTER:  Yes. |
| 09:52:40 | 16 | MR. CEDILLO:  I'm glad someone is keeping track. |
| 09:52:43 | 17 | MR. PARKER:  I'm not very good at it, that's why |
| 09:52:45 | 18 | I asked. |
| 09:52:47 | 19 | MR. CEDILLO:  Thank you. |
| 09:52:48 | 20 | MR. PARKER:  Sure. |
| 09:52:48 | 21 | (Exhibit Number 8 was marked for |
| 09:53:14 | 22 | identification.) |
| 09:53:14 | 23 | BY MR. CEDILLO: |
| 09:53:15 | 24 | Q.   I'm handing you a document labeled TS 00020, |
| 09:53:22 | 25 | which I believe is Exhibit 8.  Can you describe this |

Hollings, Dan (Cedillo)

TS Merchandising v. Hollings

March 12, 2008

Page 33

09:53:31  1  document, please.

09:53:34  2      A.   This is an invoice from me to The Secret and it

09:53:37  3  has a note at the top asking when the accounting would be

09:53:44  4  done on the commissions that were due, and it also

09:53:52  5  mentions that there was a separate e-mail regarding Google

09:54:00  6  ads.

09:54:14  7      Q.   What's the invoice number?

09:54:17  8      A.   00009.

09:54:20  9      Q.   For what month?

09:54:22  10      A.   June 2006.

09:54:25  11      Q.   You prepared the invoice?

09:54:27  12      A.   Yes.

09:54:28  13      Q.   And in June of 2006, you still included a

09:54:40  14  Chicago address for The Secret LLC?

09:54:43  15      A.   Yes.

09:54:43  16      Q.   Did you have any reason at that point in time to

09:54:50  17  think that The Secret was not located in Chicago?

09:54:57  18      A.   My understanding is that 1339 West George Street

09:55:02  19  was Bob Rainone's home.

09:55:09  20      Q.   And this is where you addressed your invoices?

09:55:17  21      A.   Yes.

09:55:29  22      Q.   And this invoice was paid; correct?

09:55:32  23      A.   Yes.

09:55:33  24      Q.   I think I already asked that question, I'm

09:55:36  25  sorry.  I interrupted you.  It was paid?

Hollings, Dan (Cedillo)

TS Merchandising v. Hollings

March 12, 2008

| | | |
|---|---|---|
| 09:55:40 | 1 | A.   Yes. |
| 09:55:40 | 2 | Q.   Thank you.  I'm sorry.  I'll hand you a document |
| 09:56:12 | 3 | labeled TS 00023, which we'll mark as Exhibit 9. |
| 09:56:12 | 4 | (Exhibit Number 9 was marked for |
| 09:56:24 | 5 | identification.) |
| 09:56:24 | 6 | BY MR. CEDILLO: |
| 09:56:24 | 7 | Q.   Can you describe this document, please. |
| 09:56:29 | 8 | A.   This is an invoice from me to The Secret with a |
| 09:56:35 | 9 | note at the top saying that the Google expense report had |
| 09:56:38 | 10 | been sent separately. |
| 09:56:41 | 11 | Q.   And you drafted this invoice? |
| 09:56:43 | 12 | A.   Yes. |
| 09:56:47 | 13 | Q.   What's the date of the e-mail? |
| 09:56:54 | 14 | A.   The date of the e-mail is September 7th, 2006. |
| 09:57:04 | 15 | Q.   And so by this time, you had been working for |
| 09:57:10 | 16 | The Secret for almost a year; is that correct? |
| 09:57:14 | 17 | A.   That is correct. |
| 09:57:16 | 18 | Q.   And this invoice, like the others we've looked |
| 09:57:22 | 19 | at, you drafted? |
| 09:57:31 | 20 | A.   I'm sorry, can you repeat the last question? |
| 09:57:34 | 21 | Q.   Sure. |
| 09:57:34 | 22 | A.   Okay. |
| 09:57:35 | 23 | Q.   You drafted this invoice? |
| 09:57:43 | 24 | A.   Okay.  I'm sorry, I had a problem with the |
| 09:57:46 | 25 | previous question is why I'm having trouble with this one. |

Phone: 602.277.8882

Fax: 602.277.5576

Hollings, Dan (Cedillo)

March 12, 2008

TS Merchandising v. Hollings

Page 35

| | | |
|---|---|---|
| 09:57:48 | 1 | When you said I was working for them, I was never employed |
| 09:57:52 | 2 | by them, I was consulting for them. |
| 09:57:55 | 3 | Q.    Providing services to them? |
| 09:57:57 | 4 | A.    Yes. |
| 09:57:57 | 5 | Q.    Okay. |
| 09:57:58 | 6 | A.    So now back to this question. |
| 09:58:00 | 7 | Q.    So you had been providing services to them for |
| 09:58:04 | 8 | about a year at that point? |
| 09:58:05 | 9 | A.    Correct. |
| 09:58:06 | 10 | Q.    Okay.  And even a year later, your invoice -- |
| 09:58:17 | 11 | strike that. |
| 09:58:17 | 12 | You drafted this invoice; correct? |
| 09:58:19 | 13 | A.    Yes. |
| 09:58:20 | 14 | Q.    Like the others? |
| 09:58:21 | 15 | A.    Yes. |
| 09:58:21 | 16 | Q.    And a year later, you were still including the |
| 09:58:24 | 17 | Chicago address for The Secret LLC; is that correct? |
| 09:58:27 | 18 | A.    Yes. |
| 09:58:28 | 19 | Q.    Okay.  You stated that these invoices generally |
| 09:58:38 | 20 | were paid; is that accurate? |
| 09:58:41 | 21 | A.    Yes. |
| 09:58:46 | 22 | Q.    How were they paid to you?  For example, were |
| 09:58:59 | 23 | you sent a check, were you wired money?  How were these |
| 09:59:08 | 24 | invoices paid to you?  How did you receive the funds? |
| 09:59:11 | 25 | A.    The first invoice was wired. |

Phone: 602.277.8882

Fax: 602.277.5576

Hollings, Dan (Cedillo)
                                                    March 12, 2008
                    TS Merchandising v. Hollings

                                                         Page 36

| | | |
|---|---|---|
| 09:59:13 | 1 | Q.   Okay. |
| 09:59:14 | 2 | A.   From Australia.  And my recollection is that |
| 09:59:25 | 3 | future payments came by check. |
| 09:59:43 | 4 | Q.   Always? |
| 09:59:48 | 5 | A.   Always check. |
| 09:59:56 | 6 | Q.   Do you recall if those checks contained an |
| 10:00:01 | 7 | address for the account holder? |
| 10:00:07 | 8 | A.   I can't recall what was on the checks. |
| 10:00:10 | 9 | Q.   You cashed them? |
| 10:00:12 | 10 | A.   Yes. |
| 10:00:12 | 11 | Q.   I'm handing you a document labeled TS 00024, |
| 10:00:29 | 12 | which will be Exhibit 10. |
| 10:00:29 | 13 |       (Exhibit Number 10 was marked for |
| 10:00:35 | 14 | identification.) |
| 10:00:35 | 15 | BY MR. CEDILLO: |
| 10:00:36 | 16 | Q.   Can you describe this document, please. |
| 10:00:44 | 17 | A.   It looks like a photocopy of a handwritten |
| 10:00:51 | 18 | check. |
| 10:01:07 | 19 | Q.   Do you see in what appears to be the memo line |
| 10:01:11 | 20 | on the check some writing there? |
| 10:01:18 | 21 | A.   Yeah.  Barely, yes. |
| 10:01:22 | 22 | Q.   Can you make that out, to the best of your |
| 10:01:25 | 23 | ability? |
| 10:01:31 | 24 | A.   There's a word and then after that numbers.  The |
| 10:01:36 | 25 | number is 00006. |

Phone: 602.277.8882                              Fax: 602.277.5576

Hollings, Dan (Cedillo)
TS Merchandising v. Hollings
March 12, 2008

Page 37

| | | |
|---|---|---|
| 10:01:39 | 1 | Q.  Okay. |
| 10:01:40 | 2 | A.  I can't make out the word. |
| 10:01:42 | 3 | Q.  Okay.  Is it possible that it says I-N-V? |
| 10:01:53 | 4 | A.  It's possible, but it's also possible that it's |
| 10:01:57 | 5 | T-H-U. |
| 10:01:58 | 6 | Q.  Would that make sense if it said I-N-V? |
| 10:02:02 | 7 | MR. PARKER:  Object to the form. |
| 10:02:03 | 8 | You can answer if you can. |
| 10:02:06 | 9 | THE WITNESS:  I'm sorry, the question? |
| 10:02:07 | 10 | BY MR. CEDILLO: |
| 10:02:08 | 11 | Q.  Okay.  We'll strike the question.  What is the |
| 10:02:10 | 12 | amount of the check? |
| 10:02:14 | 13 | A.  $8,470 and no cents. |
| 10:02:22 | 14 | Q.  And the check is made out to whom? |
| 10:02:24 | 15 | A.  Dan Hollings. |
| 10:02:26 | 16 | Q.  And that would be you? |
| 10:02:28 | 17 | A.  Yes. |
| 10:02:28 | 18 | Q.  And can you read for me the entity from whom the |
| 10:02:42 | 19 | check had been made out in the top left? |
| 10:02:46 | 20 | A.  The Secret LLC. |
| 10:02:52 | 21 | Q.  Does it have an address? |
| 10:02:54 | 22 | A.  Yes. |
| 10:03:00 | 23 | Q.  Can you read the address, please? |
| 10:03:02 | 24 | A.  1339 West George Street, Chicago, Illinois.  The |
| 10:03:10 | 25 | zip code is blurred.  I think it's 60657-4101. |

Phone: 602.277.8882                                      Fax: 602.277.5576

Hollings, Dan (Cedillo)

March 12, 2008

TS Merchandising v. Hollings

Page 38

| | | |
|---|---|---|
| 10:03:19 | 1 | Q.    Okay.  Can you turn back, please, to what we |
| 10:03:22 | 2 | marked as Exhibit 5, which is also labeled TS 00016. |
| 10:03:45 | 3 | A.    Okay. |
| 10:03:47 | 4 | Q.    Do you see that this is labeled Invoice 00006? |
| 10:03:52 | 5 | A.    I see that. |
| 10:03:53 | 6 | Q.    And that the total due listed on this invoice is |
| 10:04:01 | 7 | $8,470? |
| 10:04:03 | 8 | A.    Yes. |
| 10:04:04 | 9 | Q.    And that's the same amount that this check is |
| 10:04:06 | 10 | for? |
| 10:04:08 | 11 | A.    That's true. |
| 10:04:13 | 12 | Q.    And is it true that the address listed on the |
| 10:04:16 | 13 | invoice for The Secret LLC is the same as the address |
| 10:04:20 | 14 | listed on the check paying you $8,470? |
| 10:04:37 | 15 | A.    They are the same, except that the check has the |
| 10:04:43 | 16 | 10-digit zip code. |
| 10:04:46 | 17 | Q.    But aside from the 10-digit zip code, the |
| 10:04:50 | 18 | addresses are the same? |
| 10:04:51 | 19 | A.    Correct. |
| 10:04:58 | 20 | Q.    So you were paid with a check that listed the |
| 10:05:04 | 21 | payer as being in Chicago, Illinois; is that correct? |
| 10:05:10 | 22 | A.    The check is from The Secret and the address is |
| 10:05:14 | 23 | Chicago, Illinois. |
| 10:05:19 | 24 | Q.    And you cashed this check? |
| 10:05:24 | 25 | A.    Yes. |

Hollings, Dan (Cedillo)
TS Merchandising v. Hollings

March 12, 2008

10:05:25  1        Q.   Is it possible that, over the course of your

10:05:35  2   time providing services for The Secret, that anyone else

10:05:43  3   deposited these checks?  Let me rephrase the question.

10:05:47  4   Did you generally deposit these checks into a bank?

10:05:55  5        A.   Yes, I deposited them into a bank.

10:05:58  6        Q.   So you didn't necessarily, for example,

10:06:09  7   negotiate them with another individual?

10:06:10  8        A.   No.

10:06:11  9        Q.   Okay.  Are you the only one who ever deposited

10:06:17 10   checks from The Secret LLC into a bank account?

10:06:20 11        A.   Yes.

10:06:32 12        Q.   Are you generally the only person who deposits

10:06:35 13   checks into your bank account?

10:06:36 14        A.   Yes.

10:06:45 15             MR. CEDILLO:  Would you like to take a break?

10:06:46 16             MR. PARKER:  Sure.  That's fine.

10:06:49 17             (A recess took place from 10:06 a.m. to

10:12:03 18        10:12 a.m.)

10:12:54 19   BY MR. CEDILLO:

10:13:32 20        Q.   I'm going to hand you a document labeled TS

10:13:39 21   00025, 26 and 27.  These pages which will be Exhibit

10:13:45 22   Number 11.

10:13:51 23             (Exhibit Number 11 was marked for

10:14:12 24        identification.)

10:14:12 25   BY MR. CEDILLO:

Hollings, Dan (Cedillo)

March 12, 2008

TS Merchandising v. Hollings

Page 40

| | | |
|---|---|---|
| 10:14:12 | 1 | Q.   Can you identify the documents for me, please? |
| 10:14:17 | 2 | A.   I'm sorry, was that a question to me? |
| 10:14:19 | 3 | Q.   Yes.  Can you please identify the documents? |
| 10:14:26 | 4 | Describe them however you will. |
| 10:14:28 | 5 | A.   As a set or each one individually? |
| 10:14:30 | 6 | Q.   Each one, please. |
| 10:14:33 | 7 | A.   The first one looks like a 2006 1099 |
| 10:14:44 | 8 | miscellaneous income tax form with a payer's name listed |
| 10:14:57 | 9 | as The Secret LLC and the recipient is me. |
| 10:15:04 | 10 | Q.   Does the payer's name have an address? |
| 10:15:07 | 11 | A.   Yes. |
| 10:15:09 | 12 | Q.   Is that a Chicago address? |
| 10:15:11 | 13 | A.   Yes. |
| 10:15:11 | 14 | Q.   The same address that you included on your |
| 10:15:14 | 15 | invoices to The Secret? |
| 10:15:25 | 16 | A.   Yes. |
| 10:15:31 | 17 | Q.   And the next page, TS 00026? |
| 10:15:40 | 18 | A.   This appears to be a 2007 1099 miscellaneous |
| 10:15:50 | 19 | income tax form with the payer's name listed as TS |
| 10:15:57 | 20 | Merchandising, LTD and the recipient's name is me. |
| 10:16:06 | 21 | Q.   Does the payer's name have a Chicago address? |
| 10:16:09 | 22 | A.   Yes. |
| 10:16:14 | 23 | Q.   So you had been paid by an entity located in |
| 10:16:19 | 24 | Chicago, at least according to this 1099? |
| 10:16:26 | 25 | A.   According to this 1099, a different entity this |

Hollings, Dan (Cedillo)

TS Merchandising v. Hollings

March 12, 2008

Page 41

| | | |
|---|---|---|
| 10:16:33 | 1 | time. |
| 10:16:33 | 2 | Q.   Yes, but in Chicago nevertheless; correct? |
| 10:16:36 | 3 | A.   It is in Chicago, yes. |
| 10:16:38 | 4 | Q.   Okay.  Will you turn to the next page, please, |
| 10:16:42 | 5 | TS 00027? |
| 10:16:48 | 6 | A.   Okay. |
| 10:16:50 | 7 | Q.   Can you describe this? |
| 10:16:56 | 8 | A.   This is a 2007 1099 miscellaneous tax income |
| 10:17:08 | 9 | form with the payer's name listed as TS Merchandising LTD |
| 10:17:13 | 10 | and the recipient's name is me.  My name is spelled wrong, |
| 10:17:21 | 11 | but it's me. |
| 10:17:24 | 12 | Q.   Under the name it says, "Dan Holland," |
| 10:17:30 | 13 | H-O-L-L-A-N-D; is that correct? |
| 10:17:30 | 14 | A.   It says that.  That's not how you spell my name, |
| 10:17:34 | 15 | but -- |
| 10:17:34 | 16 | Q.   Okay.  And it also says, under recipient's name, |
| 10:17:39 | 17 | "Web Services LLC"; is that correct? |
| 10:17:42 | 18 | A.   That is correct. |
| 10:17:42 | 19 | Q.   Can you identify what Web Services LLC is? |
| 10:17:47 | 20 | A.   That is my company. |
| 10:17:56 | 21 | Q.   When did you form -- did you form this company? |
| 10:17:59 | 22 | A.   I did. |
| 10:17:59 | 23 | Q.   When? |
| 10:18:03 | 24 | A.   I don't recall the date. |
| 10:18:11 | 25 | Q.   Was it in 2006?  In that year at least? |

Hollings, Dan (Cedillo)

TS Merchandising v. Hollings

March 12, 2008

Page 42

| | | |
|---|---|---|
| 10:18:19 | 1 | A.   Yes. |
| 10:18:20 | 2 | Q.   Is it approximately in September of 2006? |
| 10:18:32 | 3 | A.   I know it was toward the end of that year.  I |
| 10:18:35 | 4 | don't remember the month. |
| 10:18:35 | 5 | Q.   Okay.  Before the year 2007, TS Merchandising |
| 10:18:48 | 6 | located in Chicago had paid Web Services LLC $20,000, |
| 10:18:58 | 7 | according to this 1099; is that right? |
| 10:19:01 | 8 | A.   That's correct. |
| 10:19:04 | 9 | Q.   Why would it be paying money to Web Services |
| 10:19:18 | 10 | LLC? |
| 10:19:18 | 11 | A.   Because once I established Web Services LLC, at |
| 10:19:27 | 12 | the recommendation of The Secret, I began to invoice under |
| 10:19:33 | 13 | my company name and so therefore they paid. |
| 10:19:47 | 14 | Q.   So, if I understand correctly, Web Services LLC |
| 10:19:52 | 15 | was invoicing The Secret for your services; is that right? |
| 10:20:00 | 16 | A.   Restate that. |
| 10:20:02 | 17 | MR. CEDILLO:  Can you read back the question. |
| 10:20:13 | 18 | (Question read.) |
| 10:20:14 | 19 | THE WITNESS:  That is correct. |
| 10:20:22 | 20 | BY MR. CEDILLO: |
| 10:20:22 | 21 | Q.   And these invoices, were they sent to the same |
| 10:20:27 | 22 | address as the invoices we reviewed previously in the |
| 10:20:31 | 23 | deposition? |
| 10:20:33 | 24 | A.   No. |
| 10:20:34 | 25 | Q.   Where were they sent? |

Hollings, Dan (Cedillo)

TS Merchandising v. Hollings

March 12, 2008

Page 43

| | | |
|---|---|---|
| 10:20:38 | 1 | A.    Based on what I see here, they were sent to 1550 |
| 10:20:48 | 2 | North Cleveland Avenue, Chicago, Illinois 60010.   Whereas |
| 10:20:57 | 3 | earlier, we had 1339 West George Street, Chicago, Illinois |
| 10:21:06 | 4 | 60657. |
| 10:21:08 | 5 | Q.    Okay. |
| 10:21:08 | 6 | A.    And prior to that, we had Australia. |
| 10:21:21 | 7 | Q.    But from at least November 2005 through February |
| 10:21:38 | 8 | 2007, you were sending invoices to a Chicago address; is |
| 10:21:46 | 9 | that correct? |
| 10:21:46 | 10 | A.    I believe so. |
| 10:21:50 | 11 | Q.    And these invoices were paid? |
| 10:21:53 | 12 | A.    They were paid. |
| 10:22:06 | 13 | Q.    And they were paid by check like Exhibit 10; is |
| 10:22:13 | 14 | that right? |
| 10:22:13 | 15 | A.    I was paid by check.   Except for the first one |
| 10:22:18 | 16 | which was wired. |
| 10:22:19 | 17 | Q.    Okay.   But the others were paid by check? |
| 10:22:23 | 18 | A.    Correct. |
| 10:22:24 | 19 | Q.    Do you recall if the checks, besides Exhibit 10, |
| 10:22:37 | 20 | also contained a -- also bore a Chicago address for the |
| 10:22:41 | 21 | payer? |
| 10:22:42 | 22 | A.    I have no idea. |
| 10:22:43 | 23 | Q.    Okay.   You mentioned that you established Web |
| 10:23:06 | 24 | Services at the recommendation of someone; is that right? |
| 10:23:10 | 25 | A.    That's correct. |

Hollings, Dan (Cedillo)

TS Merchandising v. Hollings

March 12, 2008

| | | |
|---|---|---|
| 10:26:49 | 1 | A.   I likely used Dan@Hollings.name N-A-M-E. |
| 10:26:55 | 2 | Q.   Okay.  Any others? |
| 10:26:59 | 3 | A.   Unlikely. |
| 10:27:11 | 4 | Q.   So if we saw e-mails with that e-mail address in |
| 10:27:14 | 5 | the from line, they came from you? |
| 10:27:20 | 6 | MR. PARKER:  What address are you talking about? |
| 10:27:22 | 7 | BY MR. CEDILLO: |
| 10:27:23 | 8 | Q.   Dan@Hollings.name? |
| 10:27:26 | 9 | A.   That is my e-mail address. |
| 10:27:27 | 10 | Q.   Okay.  And generally, e-mails with that address |
| 10:27:34 | 11 | in the from line come from you? |
| 10:27:38 | 12 | A.   Yes, they come from me. |
| 10:27:39 | 13 | Q.   Okay.  Have you ever known them to come from |
| 10:27:46 | 14 | anyone else? |
| 10:27:47 | 15 | A.   No. |
| 10:28:01 | 16 | Q.   You mentioned earlier that you deposited checks |
| 10:28:11 | 17 | received as payment for invoices that you sent for your |
| 10:28:16 | 18 | services; is that correct? |
| 10:28:17 | 19 | A.   Yes. |
| 10:28:22 | 20 | Q.   Did you deposit them into one of the bank |
| 10:28:25 | 21 | accounts you described at the beginning of the deposition? |
| 10:28:28 | 22 | A.   Yes. |
| 10:28:30 | 23 | Q.   Do you know which one? |
| 10:28:34 | 24 | A.   I can't recall. |
| 10:28:36 | 25 | Q.   But it was either the Chase bank account or the |

Canyon State Reporting

Hollings, Dan (Cedillo)

TS Merchandising v. Hollings

March 12, 2008

Page 47

| | | |
|---|---|---|
| 10:28:41 | 1 | Bank of America account? |
| 10:28:43 | 2 | A.    Correct. |
| 10:28:43 | 3 | Q.    And these were joint accounts that you hold with |
| 10:28:50 | 4 | your wife? |
| 10:28:58 | 5 | A.    My Bank of America is joint, my Web Services LLC |
| 10:29:07 | 6 | is not. |
| 10:29:13 | 7 | Q.    So Web Services has its own bank account? |
| 10:29:19 | 8 | A.    Correct. |
| 10:29:22 | 9 | Q.    Where is that located or with what bank? |
| 10:29:26 | 10 | A.    Chase. |
| 10:29:36 | 11 | Q.    Before you created Web Services LLC, did you |
| 10:29:42 | 12 | have the Chase account? |
| 10:29:47 | 13 | A.    No. |
| 10:29:48 | 14 | Q.    So checks you received for your services to The |
| 10:29:55 | 15 | Secret before you created Web Services LLC, those would |
| 10:30:00 | 16 | have been deposited into the Bank of America account; is |
| 10:30:04 | 17 | that correct? |
| 10:30:04 | 18 | A.    I had a Chase account prior to Web Services, so |
| 10:30:20 | 19 | you would have to ask that question again for me to answer |
| 10:30:23 | 20 | it correctly. |
| 10:30:23 | 21 | Q.    Okay.  I believe you testified earlier that you |
| 10:30:50 | 22 | formed Web Services LLC at the end of 2006 approximately? |
| 10:30:54 | 23 | A.    Yes. |
| 10:31:02 | 24 | Q.    For example, Exhibit 10, which is TS 00024, |
| 10:31:09 | 25 | which is a check in the amount of $8,470, you said that |

Canyon State Reporting

Phone: 602.277.8882

Fax: 602.277.5576

Hollings, Dan (Cedillo)                                    March 12, 2008
                    TS Merchandising v. Hollings

| | | |
|---|---|---|
| 10:41:47 | 1 | Services LLC; is that correct? |
| 10:41:47 | 2 | A.   Yes. |
| 10:41:48 | 3 | Q.   Are there any other members for Web Services |
| 10:41:51 | 4 | LLC? |
| 10:41:51 | 5 | A.   No. |
| 10:41:53 | 6 | Q.   Any officers? |
| 10:41:56 | 7 | A.   No. |
| 10:41:57 | 8 | Q.   Directors? |
| 10:41:58 | 9 | A.   No. |
| 10:42:05 | 10 | Q.   Employees? |
| 10:42:06 | 11 | A.   No. |
| 10:43:06 | 12 | Q.   I'm going to take you back one more time to |
| 10:43:13 | 13 | Exhibit 11, hopefully this will be the last time, which is |
| 10:43:19 | 14 | the 1099s.  If you look at page TS 00025, do you see a |
| 10:43:31 | 15 | telephone number under the address for the payer? |
| 10:43:37 | 16 | A.   I do. |
| 10:43:51 | 17 | Q.   Do you recognize that area code as designating |
| 10:43:54 | 18 | any particular area? |
| 10:43:57 | 19 | A.   No. |
| 10:43:58 | 20 | Q.   Did you ever call anyone using that area code? |
| 10:44:05 | 21 | A.   I cannot recall. |
| 10:44:06 | 22 | Q.   Did you ever call Bob Rainone at any number |
| 10:44:14 | 23 | using that area code? |
| 10:44:15 | 24 | A.   I called Bob.  I can't recall area codes. |
| 10:44:32 | 25 | Q.   The area code is 773; is that correct? |

Canyon State Reporting

Phone: 602.277.8882                                    Fax: 602.277.5576

Hollings, Dan (Cedillo)                                    March 12, 2008
                    TS Merchandising v. Hollings

Page 54

| | | |
|---|---|---|
| 10:44:34 | 1 | A.    The area code on this document is 773. |
| 10:44:37 | 2 | Q.    Okay.  And the address for that payer is |
| 10:44:42 | 3 | Chicago, Illinois; correct? |
| 10:44:45 | 4 | A.    Correct. |
| 10:45:12 | 5 | Q.    And you mentioned that this address 1339 West |
| 10:45:16 | 6 | George Street, Chicago, Illinois 60657, you thought was |
| 10:45:21 | 7 | Bob Rainone's home address; is that right? |
| 10:45:25 | 8 | A.    I believe it was. |
| 10:45:45 | 9 | Q.    Did you ever have any other contacts with Google |
| 10:45:48 | 10 | on behalf of The Secret?  I'm sorry, strike that. |
| 10:45:58 | 11 | You described earlier administering the Google |
| 10:46:05 | 12 | AdWords program in connection with your services.  Were |
| 10:46:08 | 13 | there any other contacts with Google besides the AdWord |
| 10:46:15 | 14 | program in connection with your services for The Secret? |
| 10:46:36 | 15 | A.    Just a minute. |
| 10:46:38 | 16 | Q.    Uh-huh. |
| 10:46:43 | 17 | A.    Yes. |
| 10:46:47 | 18 | Q.    Did any of them involve claims of copyright |
| 10:46:57 | 19 | infringement of copyright to The Secret? |
| 10:47:11 | 20 | A.    I'm not sure I can answer that question, but it |
| 10:47:15 | 21 | involved unknown people were taking The Secret movie or |
| 10:47:37 | 22 | portions of The Secret movie and posting them on Google |
| 10:47:42 | 23 | video or other Google video services. |
| 10:47:50 | 24 | Q.    Uh-huh. |
| 10:47:54 | 25 | A.    And I would send requests to Google for the |

Phone: 602.277.8882                                    Fax: 602.277.5576

Hollings, Dan (Cedillo)                                March 12, 2008
                  TS Merchandising v. Hollings

10:48:00   1    removal of those videos.

10:48:02   2         Q.    Okay.  Did you have to do that often?

10:48:08   3         A.    Yes.

10:48:10   4         Q.    Can you give any estimate of how many times?

10:48:28   5         A.    It's been a while, but my guesstimate, as best I

10:48:35   6    can recall, would be perhaps 30 times.

10:48:41   7         Q.    Okay.  Did you have to follow any particular

10:48:44   8    protocol when you notified Google about these unknown

10:48:50   9    folks posting unauthorized video?

10:48:55  10         A.    Google has a procedure for that which requires

10:48:59  11    that you fax the web address of where the video is

10:49:07  12    appearing on their servers along with a few other

10:49:21  13    criteria.  There's a document on the Google site which

10:49:24  14    tells how to submit such a request and I would follow that

10:49:28  15    protocol.

10:49:29  16         Q.    Okay.  And when you contacted Google following

10:49:36  17    that protocol, you were doing it on behalf of The Secret;

10:49:41  18    is that correct?

10:49:48  19         A.    That is correct.

10:49:54  20         Q.    As part of the services that you were providing

10:49:59  21    to them; is that right?

10:50:00  22         A.    That is correct.

10:50:04  23         Q.    I'm handing to you a document labeled TS 00006,

10:50:14  24    Exhibit Number 13.

10:50:14  25               (Exhibit Number 13 was marked for

Hollings, Dan (Cedillo)
                        TS Merchandising v. Hollings
March 12, 2008

Page 56

10:50:22   1    identification.)

10:50:22   2    BY MR. CEDILLO:

10:50:23   3        Q.   I'll represent that it's an e-mail from Dan

10:50:26   4    Hollings, DHollings@mac.com sent Sunday, February 11th,

10:50:35   5    2007.  Is this representative of the kinds of faxes that

10:50:42   6    you were referring to just a moment ago?

10:50:46   7        A.   Yes.

10:51:01   8        Q.   Can you explain what it says in the note which

10:51:05   9    is the first line of the e-mail, the text of the e-mail?

10:51:10  10        A.   The note states, "This is about the sixth time

10:51:13  11    this group has reposted within a frame-set using Google to

10:51:17  12    deliver the movie to their site," and then the web address

10:51:24  13    of thescienceofgettingrich.biz is shown.

10:51:33  14        Q.   So whoever was responsible for this web site,

10:51:38  15    thescienceofgettingrich.biz, was posting certain

10:51:46  16    proprietary materials without authorization; is that an

10:51:51  17    accurate description?

10:51:57  18        A.   Yes.  I can't at this point remember exactly

10:52:01  19    what -- you know, exactly what they were posting, but it

10:52:09  20    was obviously a movie or a portion of the movie.

10:52:13  21        Q.   Okay.  And you said earlier that you sent these

10:52:20  22    notices to Google as part of the services that you

10:52:26  23    provided to The Secret; correct?

10:52:28  24        A.   Correct.

10:52:29  25        Q.   And you sent them on behalf of The Secret?

Hollings, Dan (Cedillo)
TS Merchandising v. Hollings
March 12, 2008

Page 57

| | | |
|---|---|---|
| 10:52:33 | 1 | A.   That is correct. |
| 10:52:35 | 2 | Q.   Can you read what it says at the Number 1? |
| 10:52:42 | 3 | A.   "The following video is a fully copyright |
| 10:52:45 | 4 | production of PrimeTime Productions and The Secret LLC |
| 10:52:50 | 5 | based at the following location." |
| 10:52:52 | 6 | Q.   What's the location? |
| 10:52:54 | 7 | A.   The Secret LLC, Post Office Box 578010 Chicago, |
| 10:53:01 | 8 | Illinois 60657.  And then there's a link to the video on |
| 10:53:09 | 9 | Google. |
| 10:53:10 | 10 | Q.   Okay.  So even when were you dealing with |
| 10:53:16 | 11 | Google, you represented to them that you were sending this |
| 10:53:21 | 12 | on behalf of an entity located in Chicago, Illinois? |
| 10:53:26 | 13 | A.   Yes.  This information was provided to me by |
| 10:53:30 | 14 | either Rhonda or Paul.  They were generally the people |
| 10:53:36 | 15 | that provided this.  And then I would just stick it into |
| 10:53:40 | 16 | Google's form. |
| 10:53:42 | 17 | Q.   Okay. |
| 10:53:42 | 18 | A.   Much of the wording on this is Google's form. |
| 10:53:46 | 19 | Q.   But you included The Secret LLC with the Chicago |
| 10:53:50 | 20 | address; is that right? |
| 10:53:52 | 21 | A.   Yes.  I would have copied and pasted that in, |
| 10:53:57 | 22 | yes. |
| 10:53:57 | 23 | Q.   And you did this about 30 times? |
| 10:54:02 | 24 | A.   Yeah.  30 times, I would say, is the max.  It |
| 10:54:04 | 25 | would be 30 or somewhere under there, best guess. |

Phone: 602.277.8882                                         Fax: 602.277.5576

Hollings, Dan (Cedillo)
TS Merchandising v. Hollings
March 12, 2008

Page 58

| | | |
|---|---|---|
| 10:54:20 | 1 | Q.   Did you ever send similar notices to any other |
| 10:54:24 | 2 | web sites like Google? |
| 10:54:29 | 3 | A.   Not that I recall. |
| 10:54:31 | 4 | Q.   Anything to sites like You Tube, for example? |
| 10:54:40 | 5 | A.   Not that I recall. |
| 10:54:43 | 6 | Q.   Maybe Yahoo.com? |
| 10:54:46 | 7 | A.   No. |
| 10:55:19 | 8 | MR. CEDILLO:  Why don't we take a break and I'll |
| 10:55:21 | 9 | be done in about maybe a half hour after that, if that's |
| 10:55:27 | 10 | all right? |
| 10:55:27 | 11 | MR. PARKER:  That's fine. |
| 10:55:29 | 12 | (A recess took place from 10:55 a.m. to |
| 11:02:27 | 13 | 11:02 a.m.) |
| 11:02:39 | 14 | BY MR. CEDILLO: |
| 11:02:42 | 15 | Q.   Mr. Hollings, you mentioned a while ago that the |
| 11:02:51 | 16 | Web Services account at Chase, you may have recently |
| 11:02:59 | 17 | changed it to provide access for your wife to that account |
| 11:03:03 | 18 | in case of your demise; is that correct? |
| 11:03:05 | 19 | A.   Yes. |
| 11:03:08 | 20 | Q.   So do you continue to earn money through Web |
| 11:03:23 | 21 | Services LLC, through that company? |
| 11:03:23 | 22 | A.   I do. |
| 11:03:24 | 23 | Q.   And would it be correct to say that the money |
| 11:03:26 | 24 | you make through Web Services is ultimately for the |
| 11:03:30 | 25 | benefit of your wife? |

Hollings, Dan (Cedillo)
TS Merchandising v. Hollings
March 12, 2008

Page 59

11:03:39  1      A.    That's a vague question.  I mean, it's for the
11:03:42  2    benefit of my family.  This is my livelihood.
11:03:45  3      Q.    But in the case of your demise, you would like
11:03:48  4    her to have access to the money you've earned through Web
11:03:51  5    Services.
11:03:51  6      A.    Yes.  We have a -- I don't remember the
11:03:54  7    specifics of how it's set up, but we have a will and a
11:03:57  8    trust set up which includes my wife and daughter.
11:04:00  9      Q.    Okay.  You said this is your livelihood; is that
11:04:30  10   correct?
11:04:30  11     A.    Internet strategy and internet consultation,
11:04:35  12   marketing consultation, that's what I do for a living.
11:04:38  13     Q.    The same kind of services you were providing to
11:04:41  14   The Secret?
11:04:42  15     A.    Correct.
11:04:43  16     Q.    Okay.  That's what you do to support your
11:04:48  17   family?
11:04:49  18     A.    That's what I do to support my family, yes.
11:04:53  19     Q.    Okay.  So the money you earn providing those
11:05:01  20   services pays your family's bills?
11:05:08  21     A.    Correct.
11:05:10  22     Q.    Like your mortgage?
11:05:15  23     A.    Correct.
11:05:20  24     Q.    Phone bills?
11:05:22  25     A.    Correct.

Phone: 602.277.8882                                    Fax: 602.277.5576

Hollings, Dan (Cedillo)                                    March 12, 2008
                    TS Merchandising v. Hollings

Page 60

| 11:05:48 | 1 | Q. Other household expenses? |
|---|---|---|

11:05:48   1        Q.   Other household expenses?

11:05:55   2        A.   Correct.

11:06:05   3        Q.   Does your family have other sources of income

11:06:08   4   besides the services you provide through Web Services LLC?

11:06:20   5        A.   No.

11:06:32   6        Q.   Have you ever heard of something called The

11:06:38   7   Secret Symphony?

11:06:38   8        A.   Yes.

11:06:38   9        Q.   Can you tell me what that is or was?

11:06:44  10        A.   That is a four piece -- I mean, four -- yeah,

11:06:53  11   four piece musical composition which I wrote.

11:07:07  12        Q.   And just for the record, have you changed the

11:07:20  13   name of that piece?

11:07:23  14        A.   Yes, I did change the name of it.

11:07:26  15        Q.   Okay.  And have you offered that composition for

11:07:58  16   sale?

11:07:59  17        A.   Yes.

11:08:04  18        Q.   By what medium, can you tell me?

11:08:11  19        A.   It's available for sale on CD.

11:08:15  20        Q.   Okay.  Is it accurate to say that this

11:08:29  21   composition was inspired by The Secret?

11:08:34  22        A.   I originally wrote it as a tribute to The

11:08:39  23   Secret.

11:08:39  24        Q.   Okay.  And did you write it after you became --

11:08:41  25   or rather, after you were engaged to provide web

Hollings, Dan (Cedillo)

March 12, 2008

TS Merchandising v. Hollings

Page 62

| | | |
|---|---|---|
| 11:10:53 | 1 | allegations relating to this CD, but I don't see how that |
| 11:10:57 | 2 | question gets to any jurisdictional issue.  You can ask |
| 11:11:01 | 3 | him where he sent them, which you've done.  But the |
| 11:11:04 | 4 | purpose behind it, I fail to see how it's relevant to the |
| 11:11:15 | 5 | inquiry we're here for today. |
| 11:11:15 | 6 | MR. CEDILLO:  Okay.  Can you repeat the last |
| 11:11:24 | 7 | question. |
| 11:11:33 | 8 | (Question read.) |
| 11:11:34 | 9 | MR. PARKER:  Same objection.  Absent some tie |
| 11:11:41 | 10 | into any of the jurisdictional issues, I'm going to |
| 11:11:45 | 11 | instruct him not to answer. |
| 11:12:04 | 12 | BY MR. CEDILLO: |
| 11:12:05 | 13 | Q.  You're confident that you never sent any CDs to |
| 11:12:09 | 14 | Chicago? |
| 11:12:10 | 15 | A.  I'm absolutely sure of that. |
| 11:12:30 | 16 | Q.  Did you ever travel to Chicago in connection |
| 11:12:33 | 17 | with your work for The Secret? |
| 11:12:37 | 18 | A.  One time. |
| 11:12:43 | 19 | Q.  Approximately when? |
| 11:12:52 | 20 | A.  Very near the end of my consultation with The |
| 11:13:00 | 21 | Secret.  I believe in December of 2006. |
| 11:13:21 | 22 | Q.  And what about your work for The Secret brought |
| 11:13:24 | 23 | you there? |
| 11:13:26 | 24 | A.  Bob Rainone had requested I come for a meeting |
| 11:13:38 | 25 | there that he was orchestrating. |

Hollings, Dan (Cedillo)                              March 12, 2008
                    TS Merchandising v. Hollings

                                                         Page 63

11:13:43  1      Q.   What was the meeting about?

11:13:55  2      A.   Future plans of where The Secret would be going

11:14:02  3   in the coming year, what they would be doing.

11:14:08  4      Q.   Why did you need to be there?

11:14:16  5      A.   You would have to ask Bob Rainone that.

11:14:19  6      Q.   Why did you go?

11:14:20  7      A.   Pardon me?

11:14:21  8      Q.   Why did you go?

11:14:24  9      A.   Because I was providing services for them as a

11:14:27 10   client and expected to continue to provide services and

11:14:33 11   Bob said that we would be talking about things that we

11:14:38 12   would be doing in the coming year, so it behooved me to

11:14:46 13   accept his invitation.

11:14:48 14      Q.   So it was related to the work that you had been

11:14:52 15   doing for The Secret?

11:14:53 16      A.   Yes, it was related to work for The Secret.

11:14:59 17      Q.   Did you, in fact, draft an agenda for that

11:15:09 18   meeting in December of 2006 in Chicago?

11:15:13 19      A.   I think I sent an e-mail suggesting some topics

11:15:18 20   and things that I would like to see included in the

11:15:26 21   agenda, but I believe that Bob actually drafted the

11:15:30 22   agenda.

11:15:36 23      Q.   But you made your suggestions?

11:15:39 24      A.   Yes, I made suggestions.

11:15:49 25      Q.   Did you object when Bob told you that you needed

Phone: 602.277.8882
                                        Fax: 602.277.5576

Hollings, Dan (Cedillo)                                    March 12, 2008
                    TS Merchandising v. Hollings

                                                              Page 64

11:15:54   1    to come to Chicago for this meeting as distinguished from
11:16:02   2    somewhere else?
11:16:03   3        A.   Actually, I did, yes.
11:16:05   4        Q.   But you went anyway?
11:16:07   5        A.   I went anyway.
11:16:22   6        Q.   No one forced you to go, did they?
11:16:27   7            MR. PARKER:  Object to the form.
11:16:29   8            You can answer it, if you can.
11:16:40   9            THE WITNESS:  That's an unusual question.  I
11:16:50  10    felt obligated to go in order to provide services for the
11:16:55  11    client.
11:16:57  12    BY MR. CEDILLO:
11:16:58  13        Q.   And ultimately, it would be to your benefit if
11:17:01  14    you went; correct?
11:17:05  15            MR. PARKER:  Same objection.
11:17:08  16            THE WITNESS:  There was nothing covered in the
11:17:10  17    meeting that couldn't have been done by telephone or
11:17:13  18    e-mail.
11:17:15  19    BY MR. CEDILLO:
11:17:15  20        Q.   But you went anyway?
11:17:16  21        A.   I went anyway.
11:18:14  22        Q.   Just to wrap up, you named three cell phone
11:18:21  23    numbers at the beginning of the deposition.
11:18:28  24            MR. PARKER:  Cell phone or phone numbers?
11:18:30  25            MR. CEDILLO:  I'm sorry.  Thank you.

                    Canyon State Reporting

EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(EASTERN DIVISION)**

| | |
|---|---|
| TS Merchandising Ltd., a British Virgin Islands corporation, and TS Production LLC, a Hungarian limited liability company, | Case No. 07 C 6518 |
| Plaintiffs, | Hon. Ronald A. Guzman |
| vs. | |
| Dan and Loretta Hollings, Arizona residents, and Web Services, LLC, an Arizona limited liability company, | |
| Defendants. | |

**DECLARATION OF ROBERT E. RAINONE, JR., IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS FOR LACK OF JURISDICTION**

I, Robert E. Rainone, Jr., hereby submit this declaration in support of plaintiffs' response to defendants' motion to dismiss for lack of jurisdiction (Dkt. No. 21), and declare as follows:

1.      I am presently a managing director of plaintiff TS Production LLC and have personal knowledge of the facts herein. I have resided in Chicago, Illinois for approximately 16 years, and I presently reside in Chicago, Illinois.

2.      From approximately October 2005 through the date of this declaration, I have served as Chief Executive Officer of The Secret LLC (now known as TS RER LLC), which was an affiliate of plaintiff TS Merchandising Ltd. I was president of TS Merchandising Ltd. and was its primary operational executive from October 2005 through December 2006. The principal place of business for both entities is Chicago, Illinois.

3.      From October 2005 through December 2006, I was responsible for overseeing distribution operations relating to the movie *The Secret*, including the use of the Web site located at <www.thesecret.tv> and other Internet-based means for disseminating information concerning *The Secret*.

4.    In connection with his work on the Web site at <www.thesecret.tv> and other Internet-based activities on behalf of *The Secret*, defendant Dan Hollings made and received dozens of telephone calls to and from TS Merchandising representatives, including myself, located in Chicago, Illinois.

5.    In connection with his work on the Web site at <www.thesecret.tv> and other Internet-based activities on behalf of *The Secret*, defendant Hollings also regularly sent over 1500 emails to TS Merchandising representatives, including myself, in Chicago, Illinois, throughout his tenure.

6.    Furthermore, in connection with the services he was engaged to provide on behalf of *The Secret*, Hollings traveled to Chicago, Illinois in December 2006 to meet with TS Merchandising representatives, including myself, and others to discuss his engagement and Website operations going forward.

7.    During his engagement, Hollings regularly invoiced The Secret LLC and subsequently TS Merchandising for his services.  Both entities were located in Chicago, Illinois, and Hollings' invoices were sent to them there.

8.    The Secret LLC and subsequently TS Merchandising paid Hollings invoices, some of which were issued in his own name, and others of which were issued in the name of Defendant Web Services LLC.  These invoices were paid by check.  These checks and the 1099 forms summarizing the payments made to Hollings or Web Services came from Chicago, Illinois and bore the Chicago, Illinois address of the entity paying his invoices.  Copies of selected invoices and the checks paying them are attached to this declaration as Exhibit A.

I declare under penalty of perjury, that to the best of my knowledge and recollection, the foregoing is true and correct.

_5-14-08_____
Date

_____
Robert E. Rainone

-2-

# EXHIBIT A

**Bob Rainone**

**From:**    Dan Hollings [dan@hollings.name]
**Sent:**    Monday, November 21, 2005 5:53 PM
**To:**      bob@rainone.org; Bob Rainone
**Subject:** Invoice 00002 from Dan Hollings

**Dan Hollings**
6370 Via Amable
Tucson, AZ 85750
520 299 5626

# Invoice 00002

**The Secret LLC**                                  **21 Nov 2005**
1339 W. George Street
Chicago, IL 60657
773-296-9066

| Description | Price | Total |
|---|---|---|
| Web Services / Project Management | $8,000.00 | $8,000.00 |
| | **Subtotal:** | **$8,000.00** |
| | **Total Due:** | **$8,000.00** |

Invoice Terms: **Due 06 Dec 2005 (NET 15)**
*All amounts are in U.S. Dollar.*

**Invoices summary page**

This invoice was created with Blinksale, the easiest way to send invoices online.

11/21/2005

Posting Date:      2005-12-23
Sequence #:        720686235
Account #:         **REDACTED**
Routing Transit: 07100001
Amount #:          $8000.00
Check/Serial #:  000000001006
Bank #:            111
Tran Code:         000000
IRD:               4
ItemType:          P
BOFD:              000000000



Page 1 of 1

**Bob Rainone**

**From:**    Dan Hollings [dan@hollings.name]
**Sent:**    Thursday, December 08, 2005 12:44 PM
**To:**      bob@rainone.org; Bob Rainone
**Subject:** Invoice 00003 from Dan Hollings

**Dan Hollings**
6370 Via Amable
Tucson, AZ 85750
520 299 5626

## Invoice 00003

**The Secret LLC**
1339 W. George Street                                    **08 Dec 2005**
Chicago, IL 60657
773-296-9066

| Description | Price | Total |
|---|---|---|
| Web Services / Project Management | $8,000.00 | $8,000.00 |

|  |  |
|---|---|
| **Subtotal:** | **$8,000.00** |
| **Total Due:** | **$8,000.00** |

THE SECRET LLC                                                                    1006

Dan Hollings

| Date | Type | Reference | | Original Amt. | | 12/18/2005 | | Payment |
|---|---|---|---|---|---|---|---|---|
| 12/08/200 | Bill | Inv# 00003 | | 8,000.00 | Balance Due 8,000.00 | Discount | | 8,000.00 |
| | | | | | | Check Amount | | 8,000.00 ✓ |

Bank One Checking

8,000.00

THE DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com

Posting Date:    2006-02-08
Sequence #:      120590475
Account #:       **REDACTED**
Routing Transit: 07100001
Amount #:        $8508.00
Check/Serial #:  000000001014
Bank #:          111
Tran Code:       000000
IRD:             4
ItemType:        P
BOFD:            000000000



REDACTED

1 0 1 4

TC HOLDINGS LLC

Dan Hollings

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 01/08/200 | Bill | Inv# 4 | 8,508.00 | 8,508.00 | 2/2/2006 | 8,508.00 |

Check Amount    8,508.00

Chase Checking    8,508.00

DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com

Page 1 of 1

**Bob Rainone**

**From:** Dan Hollings [dan@hollings.name]
**Sent:** Sunday, January 08, 2006 6:38 PM
**To:** Bob Rainone; dan@hollings.name
**Subject:** Invoice 00004 from Dan Hollings

**Dan Hollings**
6370 Via Amable
Tucson, AZ 85750
520 299 5626

## Invoice 00004

**The Secret LLC**
1339 W. George Street                                **08 Jan 2006**
Chicago, IL 60657
773-296-9066

| Description | Price | Total |
|---|---|---|
| Web Services / Project Management | $8,000.00 | $8,000.00 |
| Reimbursement; Marketing Costs (Google) | $508.00 | $508.00 |

| | | |
|---|---|---|
| **Subtotal:** | **$8,508.00** | |
| **Total Due:** | **$8,508.00** | |

Invoice Terms: **Due 08 Jan 2006 (Immediate)**
*All amounts are in U.S. Dollar.*

**Invoices summary page**

This invoice was created with Blinksale, the easiest way to send invoices online.

1/27/2006

Page 1 of 1

Posting Date:      2006-03-14
Sequence #:        220048138
Account #:         **REDACTED**
Routing Transit: 07100001
Amount #:          $8487.00
Check/Serial #:  000000001019
Bank #:            111
Tran Code:         000000
IRD:               4
ItemType:          P
BOFD:              000000000



1 0 1 9

THE SECRET LAB

Dan Hollings

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 02/08/200 | Bill | Inv #00005 | 8,487.00 | 8,487.00 | | 8,487.00 |
| 2/8/2006 | | | | | Check Amount | 8,487.00 |

Chase Checking

8,487.00

DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com

**Bob Rainone**

**From:** Dan Hollings [dan@hollings.name]
**Sent:** Wednesday, February 08, 2006 10:40 AM
**To:** Bob Rainone; dan@hollings.name
**Subject:** Invoice 00005 from Dan Hollings

**Dan Hollings**
6370 Via Amable
Tucson, AZ 85750
520 299 5626

# Invoice 00005

**The Secret LLC**                                              **08 Feb 2006**
1339 W. George Street
Chicago, IL 60657
773-296-9066

| Description | Price | Total |
|---|---|---|
| Web Services / Project Management | $8,000.00 | $8,000.00 |
| Reimbursement; Marketing Costs (Google) | $487.00 | $487.00 |

| | | |
|---|---|---|
| **Subtotal:** | **$8,487.00** |
| **Total Due:** | **$8,487.00** |

Invoice Terms: **Due 23 Feb 2006 (NET 15)**
*All amounts are in U.S. Dollar.*

**Invoices summary page**

This invoice was created with Blinksale, the easiest way to send invoices online.

3/6/2006





Page 1 of 1

**Bob Rainone**

| | |
|---|---|
| **From:** | Dan Hollings [dan@hollings.name] |
| **Sent:** | Thursday, March 09, 2006 9:32 AM |
| **To:** | Bob Rainone; dan@hollings.name |
| **Subject:** | Invoice 00006 from Dan Hollings |

**Dan Hollings**
6370 Via Amable
Tucson, AZ 85750
520 299 5626

# Invoice 00006

**The Secret LLC**                                     **09 Mar 2006**
1339 W. George Street
Chicago, IL 60657
773-296-9066

| Description | Price | Total |
|---|---|---|
| Web Services / Project Management | $8,000.00 | $8,000.00 |
| Reimbursement; Marketing Costs (Google) | $470.00 | $470.00 |
| **Subtotal:** | | **$8,470.00** |
| **Total Due:** | | **$8,470.00** |

Invoice Terms: **Due 09 Mar 2006 (Immediate)**
*All amounts are in U.S. Dollar.*

**Invoices summary page**

This invoice was created with Blinksale, the easiest way to send invoices online.

3/9/2006

The Secret LLC

**1004**

Dan Hollings

| Date | Type | Reference | Original Amt. | Balance Due | 5/8/2006 Discount | Payment |
|------|------|-----------|---------------|-------------|-------------------|---------|
| 04/08/200 | Bill | Inv# 00007H | 8,502.00 | 8,502.00 | | 8,502.00 |

Check Amount 8,502.00

Diamond Bank

8,502.00

LMP12   MP CHECK

**Robert Rainone**

| | |
|---|---|
| **From:** | Dan Hollings [dan@hollings.name] |
| **Sent:** | Sunday, April 09, 2006 2:45 PM |
| **To:** | Bob Rainone; dan@hollings.name |
| **Subject:** | Invoice 00007H from Dan Hollings |

**Dan Hollings**
6370 Via Amable
Tucson, AZ 85750
520 299 5626

# Invoice 00007H

**The Secret LLC**                                              **08 Apr 2006**
1339 W. George Street
Chicago, IL 60657
773-296-9066

| Description | Price | Total |
|---|---|---|
| Web Services / Project Management | $8,000.00 | $8,000.00 |
| AND/OR commissions based of web revenues (3/15 - 4/15) | $0.00 | $0.00 |
| Reimbursement; Marketing Costs (Google) | $502.00 | $502.00 |
| **Subtotal:** | | **$8,502.00** |
| **Total Due:** | | **$8,502.00** |

Invoice Terms: **Due 23 Apr 2006 (NET 15)**
*All amounts are in U.S. Dollar.*

**Invoices summary page**



Serial 1007   Amount 0000009544.00   Date 06-06-2006

REDACTED



**The Secret LLC**

1007

Dan Hollings

| Date | Type | Reference | | Original Amt. | Balance Due | 5/13/2006 Discount | Payment |
|------|------|-----------|--|---------------|-------------|---------|---------|
| 05/08/200 | Bill | Inv#: 00008 | | 9,544.00 | 9,544.00 | | 9,544.00 |

Check Amount 9,544.00

Diamond Bank

9,544.00

LMP12    M/P CHECK

54N050

**Robert Rainone**

**From:**    Dan Hollings [dan@hollings.name]
**Sent:**    Monday, May 08, 2006 10:36 AM
**To:**      Bob Rainone; Dan Hollings
**Subject:** Invoice 00008 from Dan Hollings


Bob:

This is my invoice for 4/15 through 5/15. Also, I have not received last months check (4/15 - 4/15), can you perhaps expedite that? Thanks.

Dan


                                         Dan Hollings
                                         6370 Via Amable
                                         Tucson, AZ 85750
                                         **Phone:** 520 299 5626
                                         **Fax:** 520 299 5626


**Invoice 00008**

The Secret LLC                                          **08 May 2006**
1339 W. George Street                           Due 23 May 2006 (NET 15)
Chicago, IL 60657
**Phone:** 773-296-9066


| Qty | Description | Price | Total |
|-----|-------------|-------|-------|
| 1.0 Service | Web Services / Project Management | $8,000.00 | $8,000.00 |
| 1.0 Service | AND/OR commissions based of web revenues (4/15 - 5/15) | $0.00 | $0.00 |
| 1.0 Service | Reimbursement; Marketing Costs (Google) | $532.00 | $532.00 |
| 1.0 Service | Reimbursement; PRweb Press Release | $240.00 | $240.00 |
| | **Subtotal:** | | $8,772.00 |
| | **Total Due:** | | $8,772.00 |


Click here to view, print, or forward this invoice online from your client invoice page.
You may also link this invoice to a Blinksale account. **This invoice was created with Blinksale, the easiest way to send invoices online.**


5/9/2006

Page 1 of 1

Posting Date:      2006-07-05
Sequence #:        520329235
Account #:         **REDACTED**
Routing Transit:   07100001
Amount #:          $9684.02
Check/Serial #:    000000001029
Bank #:            111
Tran Code:         000000
IRD:               0
ItemType:          P
BOFD:              000000000

1029

**THE SECRET LLC**
1339 WEST GEORGE STREET
CHICAGO, IL 60657

JPMORGAN CHASE BANK, N.A.
CHICAGO, ILLINOIS 60670
2-1-710

6/30/2006

PAY TO THE
ORDER OF    Dan Hollings                                    $ **9,684.02

_Nine Thousand Six Hundred Eighty-Four and 02/100**********************************_ DOLLARS

Dan Hollings
6370 Via Amable
Tucson, AZ 85750

MEMO

REDACTED



1029

TRI-STORES LLC

Dan Hollings

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 6/12/2006 | Bill | Inv# 00009 | 9,684.02 | 9,684.02 | | 9,684.02 |
| | | | | 6/30/2006 | | |
| | | | | Check Amount | | 9,684.02 |

Check Amount    9,684.02

Chase Checking

DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com

**Robert Rainone**

**From:**    Dan Hollings [dan@hollings.name]
**Sent:**    Monday, June 12, 2006 1:25 PM
**To:**      Bob Rainone; Dan Hollings
**Subject:** Invoice 00009 from Dan Hollings

Bob:

Just curious as to when the accounting will be done on commissions. Also, I copied
you separately on the most recent Google ad invoice I paid.

Thanks,
Dan

*Dan Hollings*
*6370 Via Amable*
*Tucson, AZ 85750*
**Phone:** 520 299 5626
**Fax:** 520 299 5626

**Invoice 00009**

The Secret LLC                                      **12 Jun 2006**
*1339 W. George Street*                   Due 27 Jun 2006 (NET 15)
*Chicago, IL 60657*
**Phone:** 773-296-9066

| Qty | Description | Price | Total |
|-----|-------------|-------|-------|
| 1.0 Service | Web Services / Project Management | $8,000.00 | $8,000.00 |
| 1.0 Service | AND/OR commissions based of web revenues (thru 6/15) | $0.00 | $0.00 |
| 1.0 Service | Reimbursement; Marketing Costs (Google) | $1,684.02 | $1,684.02 |
| | **Subtotal:** | | $9,684.02 |
| | **Total Due:** | | $9,684.02 |

Click here to view, print, or forward this invoice online from your client invoice page.
You may also link this invoice to a Blinksale account. **This invoice was created
with Blinksale, the easiest way to send invoices online.**

6/28/2006



*071000301*
08/01/2006
6115358791

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

The Secret LLC                                              DIAMOND BANK                1014
1119 W. George Street                                       CHICAGO, IL 60618-1399
Chicago, IL 60657                                           871162710

                                                                            7/06/2006

PAY TO THE
ORDER OF   Dan Hollings                                          $ **10,164.30

Ten Thousand One Hundred Sixty-Four and 30/100*************************** DOLLARS

           Dan Hollings
           6370 Via Amable
           Tucson, AZ 85750

MEMO

                                                                AUTHORIZED SIGNATURE

⑈001014⑈ ⑆271071101⑆                              ⑈000 10 16430⑈

                                                                REDACTED

⑈00 1014⑈      ⑆271071101⑆          REDACTED              ⑈000 10 16430⑈

Serial 1014    Amount 0000010164.30   Date 08-01-2006

REDACTED



↓Do not endorse or write below this line.↓

**The Secret LLC**

1014

Dan Hollings

| Date | Type | Reference | Original Amt. | Balance Due | 7/26/2006 Discount | Payment |
|------|------|-----------|---------------|-------------|--------------------|---------|
| 7/12/2006 | Bill | Inv# 10 | 10,164.30 | 10,164.30 | | 10,164.30 |
| | | | | | Check Amount | 10,164.30 |

Diamond Bank

10,164.30

LMP12     M P CHECK

Page 1 of 1

**Robert Rainone**

**From:**    Dan Hollings [do-not-reply-invoices@danhollings.blinksale.com]
**Sent:**    Wednesday, July 12, 2006 2:33 PM
**To:**    Bob Rainone; Dan Hollings
**Subject:** Invoice 00010 from Dan Hollings

Bob:

I sent the Google report separately. If you want me to cut this or leave it as-is, just let me know. It is producing admirable results.

Dan

*Dan Hollings*
*6370 Via Amable*
*Tucson, AZ 85750*
**Phone:** 520 299 5626
**Fax:** 520 299 5626

**Invoice 00010**

The Secret LLC                                  **12 Jun 2006**
*1339 W. George Street*                  Due 27 Jun 2006 (NET 15)
*Chicago, IL 60657*
**Phone:** 773-296-9066

| Qty | Description | Price | Total |
|---|---|---|---|
| 1.0 Service | Web Services / Project Management | $8,000.00 | $8,000.00 |
| 1.0 Service | AND/OR commissions based of web revenues (thru 7/15) | $0.00 | $0.00 |
| 1.0 Service | Reimbursement; Marketing Costs (Google) | $2,164.30 | $2,164.30 |
| | **Subtotal:** | | $10,164.30 |
| | **Total Due:** | | $10,164.30 |

Click here to view, print, or forward this invoice online from your client invoice page. You may also link this invoice to a Blinksale account. **This invoice was created with Blinksale, the easiest way to send invoices online.**

7/12/2006

Page 1 of 1

Posting Date:      2006-08-30
Sequence #:        6210822670
Account #:         **REDACTED**
Routing Transit:   07100001
Amount #:          $10982.08
Check/Serial #:    000000001036
Bank #:            111
Tran Code:         000000
IRD:               0
ItemType:          E
BOFD:              000000000

1036

**THE SECRET LLC**
1339 WEST GEORGE STREET
CHICAGO, IL 60657

JPMORGAN CHASE BANK, N.A.
CHICAGO, ILLINOIS 60670
2-1-710

8/23/2006

PAY TO THE
ORDER OF    Dan Hollings                                              $  **10,982.08

Ten Thousand Nine Hundred Eighty-Two and 08/100************************************    DOLLARS

Dan Hollings
6370 Via Amable
Tucson, AZ 85750

MEMO

"001036"  ":071000013":                          "000L098 208"

**REDACTED**

AUG 27 06

0037
2 0 6 4 8

BANK OF AMERICA NA TPE
P 1221017064 E3293 94 P17
06/29/06
3250847777

1 0 3 6

THE SECRET LLC

Dan Hollings

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 8/10/2006 | Bill | Inv# 12 | 10,982.08 | 10,982.08 | 8/23/2006 | 10,982.08 |
| | | | | Check Amount | | 10,982.08 |

Chase Checking

10,982.08

DELUXE BUSINESS FORMS 1 • 800-328-0304  www.deluxeforms.com

Page 1 of 1

**Robert Rainone**

| | |
|---|---|
| **From:** | Dan Hollings [do-not-reply-invoices@danhollings.blinksale.com] |
| **Sent:** | Thursday, August 10, 2006 1:11 PM |
| **To:** | Bob Rainone; Dan Hollings |
| **Subject:** | Invoice 00012 from Dan Hollings |

Bob:

i sent the Google summary separate. Dan

**Dan Hollings**
*6370 Via Arnable*
*Tucson, AZ 85750*
**Phone:** 520 299 5626
**Fax:** 520 299 5626

**Invoice 00012**

The Secret LLC                                    **12 Aug 2006**
*1339 W. George Street*                  Due 27 Aug 2006 (NET 15)
*Chicago, IL 60657*
**Phone:** 773-296-9066

| Qty | Description | Price | Total |
|---|---|---|---|
| 1.0 Service | Web Services / Project Management | $8,000.00 | $8,000.00 |
| 1.0 Service | AND/OR commissions based on 10% of web THE SECRET site web revenues (from launch thru 8/15) | $0.00 | $0.00 |
| 1.0 Service | Reimbursement; Marketing Costs (Google) | $2,982.08 | $2,982.08 |
| | **Subtotal:** | | $10,982.10 |
| | **Total Due:** | | $10,982.08 |

Click here to view, print, or forward this invoice online from your client invoice page.
You may also link this invoice to a Blinksale account. **This invoice was created
with Blinksale, the easiest way to send invoices online.**

8/23/2006



Serial 1018    Amount 0000009694.92    Date 10-03-2006

REDACTED





The Secret LLC

Dan Hollings

1018

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 9/7/2006 | Bill | Inv 13 | 9,694.92 | 9,694.92 | | 9,694.92 |

9/26/2006

Check Amount    9,694.92

9,694.92

Diamond Bank

LMP12    M/P CHECK

Page 1 of 1

**Robert Rainone**

**From:**    Dan Hollings [do-not-reply-invoices@danhollings.blinksale.com]
**Sent:**    Thursday, September 07, 2006 3:59 PM
**To:**    Bob Rainone; Dan Hollings
**Subject:** Invoice 00013 from Dan Hollings

Google expense report sent separately

Dan Hollings
*6370 Via Amable*
*Tucson, AZ 85750*
**Phone:** 520 299 5626
**Fax:** 520 299 5626

## Invoice 00013

The Secret LLC
*1339 W. George Street*
*Chicago, IL 60657*
**Phone:** 773-296-9066

**12 Aug 2006**
Due 27 Aug 2006 (NET 15)

| Qty | Description | Price | Total |
|---|---|---|---|
| 1.0 Service | Web Services / Project Management | $8,000.00 | $8,000.00 |
| 1.0 Service | AND/OR commissions based on 10% of THE SECRET site web revenues (from launch thru 9/15) | $0.00 | $0.00 |
| 1.0 Service | Reimbursement; Marketing Costs (Google) | $1,694.92 | $1,694.92 |
| | **Subtotal:** | | $9,694.92 |
| | **Total Due:** | | $9,694.92 |

**Invoice Notes**
Google expense report sent separately.

Click here to view, print, or forward this invoice online from your client invoice page.
You may also link this invoice to a Blinksale account. **This invoice was created with Blinksale, the easiest way to send invoices online.**

9/7/2006

Page 1 of 1

Posting Date:      2006-11-01
Sequence #:        1320100989
Account #:         **REDACTED**
Routing Transit:   07100001
Amount #:          $8000.00
Check/Serial #:    000000001048
Bank #:            111
Tran Code:         000000
IRD:               0
ItemType:          P
BOFD:              000000000

1048

**THE SECRET LLC**
1339 WEST GEORGE STREET
CHICAGO, IL 60657

JPMORGAN CHASE BANK, N.A.
CHICAGO, ILLINOIS 60670
2-1-710

10/20/2006

PAY TO THE
ORDER OF    Web Services LLC                              $  **8,000.00

Eight Thousand and 00/100********************************************     DOLLARS

Dan Hollings
6370 Via Amable
Tucson, AZ 85750

MEMO

**REDACTED**

⑈001048⑈ ⑈071000013⑈                              ⑈0000800000⑈

074909962
1320100989

JPMORGAN CHASE BANK, NA
FORT WORTH, TX 1838288o
▶111901331◀
5140080520

Posting Date:     2006-11-01
Sequence #:       1320097711
Account #:        708711304
Routing Transit: **REDACTED**
Amount #:         $50000.00
Check/Serial #:  000000001016
Bank #:           111
Tran Code:        000000
IRD:              0
ItemType:         P
BOFD:             000000000



Web Services LLC

Commission Advance $50,000

Commission structure currently under review, and advance being given until calculation finalized.

Proposed to be 10% of net profit before tax on the web site sales. An allocation of overhead to be included in the calculation of net profit.

1016

FS MERCHANDISING LTD.

Web Services LLC

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| | | | | | 10/26/2006 | |
| 10/26/2006 | Bill | commission advance | 50,000.00 | 50,000.00 | | 50,000.00 |
| | | | | | Check Amount | 50,000.00 |

Chase - Checking

50,000.00

DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com

Page 1 of 1

Posting Date:      2006-11-24
Sequence #:        720447853
Account #:         **REDACTED**
Routing Transit:   07100001
Amount #:          $12100.00
Check/Serial #:    000000001063
Bank #:            111
Tran Code:         000000
IRD:               0
ItemType:          P
BOFD:              000000000

1063

**THE SECRET LLC**
1339 WEST GEORGE STREET
CHICAGO, IL 60657

JPMORGAN CHASE BANK, N.A.
CHICAGO, ILLINOIS 60670
2-1-710

11/10/2006

PAY TO THE
ORDER OF   Web Services LLC                                        $  **12,100.00

Twelve Thousand One Hundred and 00/100************************************************ DOLLARS

Dan Hollings
6370 Via Amable
Tucson, AZ 85750

MEMO

⑆0001063⑆ ⑈071000013⑈                    REDACTED              ⑆000121000⑆

0749o9962
0720447853

REDACTED

Page 1 of 1

Posting Date:      2006-12-26
Sequence #:        5120842701
Account #:         **REDACTED**
Routing Transit: 07100001
Amount #:          $16000.00
Check/Serial #:  000000001079
Bank #:            111
Tran Code:         000000
IRD:               0
ItemType:          P
BOFD:              000000000

1079

**THE SECRET LLC**
1339 WEST GEORGE STREET
CHICAGO, IL 60657

JPMORGAN CHASE BANK, N.A.
CHICAGO, ILLINOIS 60670
2-1-710

12/15/2006

PAY TO THE
ORDER OF      Web Services LLC                                                     $  **16,000.00

Sixteen Thousand and 00/100****************************************************************** DOLLARS

Dan Hollings
6370 Via Amable
Tucson, AZ 85750

MEMO

⑈00 l079⑈  ⑈07 l0000 l3⑈

**REDACTED**

000 l600000⑈

12/26/2006
074909962
5120842701

12/20/2006
11190 l331
5440303332

JPMORGAN CHASE BANK, N.A.
> 111901331 < POSITION
12/20/2006  974007240 5 6620
04      0000000713231520 640369



1 0 7 9

**Web Services LLC**

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 12/8/2006 | Bill | Inv 00016 | 8,000.00 | 8,000.00 | | 8,000.00 |
| 12/15/2006 | Bill | Bonus | 8,000.00 | 8,000.00 | | 8,000.00 |
| | | | | | Check Amount | 16,000.00 |

12/15/2006

16,000.00

Chase Checking

DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com

Page 1 of 1

## Don Zyck

**From:**  Dan Hollings www.DanHollings.com [dhollings@mac.com]
**Sent:**  Thursday, December 07, 2006 6:10 PM
**To:**  Don Zyck
**Subject:** Don, sorry if the date was wrong :-)

Don:   My invoice sent recently should have been dated for DECEMBER (ooops!)


Please make check payable: Web Services LLC



## Web Services LLC

Managing member: Dan Hollings
6370 Via Amable
Tucson, AZ 85750
**Phone:** 520 299 5626
**Fax:** 520 299 5626

## Invoice 00016

                                                       **06 Dec 2006**
                                         Due 06 Dec 2006 (Due Upon Receipt)

### The Secret LLC

1339 W. George Street
Chicago, IL 60657
**Phone:** 773-296-9066

| Qty | Description | Price | Total |
|---|---|---|---|
| 1.0 Service | Web Services / Project Management | $8,000.00 | $8,000.00 |
| 1.0 Service | AND/OR commissions based on 10% of THE SECRET site web revenues (from launch thru 12/15) minus advances. | $0.00 | $0.00 |
| | **Subtotal:** | | $8,000.00 |
| | **Total Due:** | | $8,000.00 |

**Invoice Notes**
Please make check payable: Web Services LLC
Click here to view, print, or forward this invoice online from your client invoice page.
You may also link this invoice to a Blinksale account. **This invoice was created with Blinksale, the easiest way to send invoices online.**

12/7/2006

Page 1 of 1

Posting Date:    2007-01-29
Sequence #:      6520220570
Account #:       **REDACTED**
Routing Transit: 07100001
Amount #:        $20000.00
Check/Serial #:  000000001144
Bank #:          111
Tran Code:       000000
IRD:             0
ItemType:        P
BOFD:            000000000



TS MERCHANDISING LTD.                                                                          1144

Web Services LLC

| Date | Type | Reference | Original Amt. | Balance Due | 1/19/2007 Discount | Payment |
|------|------|-----------|---------------|-------------|---------|---------|
| 1/19/2007 | Bill | Inv#00017 | 20,000.00 | 20,000.00 | | 20,000.00 |
| | | | | | Check Amount | 20,000.00 |

Chase - Checking                                                                    20,000.00

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

Phone: (773) 281-7777 x110

| Qty | Description | Price | Total |
|-----|-------------|-------|-------|
| 1.0 Service | Web Services / Project Management | $8,000.00 | $8,000.00 |
| 1.0 Service | Customer Support Service via Matt Holsonback and team. | $12,000.00 | $12,000.00 |
| 1.0 Service | AND/OR commissions based on 10% of THE SECRET site web revenues (from launch thru 01/15/2007) minus advances. | $0.00 | $0.00 |

| | | |
|---|---|---|
| **Subtotal:** | | $20,000.00 |
| **Total Due:** | | $20,000.00 |

**Invoice Notes**

Please make check payable: Web Services LLC

This invoice replaces an earlier invoice for same time period.

Click here to view, print, or forward this invoice online from your client invoice page. You may also link this invoice to a Blinksale account. **This invoice was created with Blinksale, the easiest way to send invoices online.**

1/19/2007

Page 1 of 1

Don:

This invoice replaces the earlier invoice for same time period.

Thanks.



**Web Services LLC**
*Managing member: Dan Hollings*
*6370 Via Amable*
*Tucson, AZ 85750*
**Phone:** 520 299 5626
**Fax:** 520 299 5626

### Invoice 00017

**TS Merchandising Ltd**                                      **08 Jan 2006**
*2950 N Lincoln Ave*                         Due 08 Jan 2006 (Due Upon Receipt)
*Chicago, IL 60657*
**Phone:** (773) 281-7777 x110

| Qty | Description | Price | Total |
|---|---|---|---|
| 1.0 Service | Web Services / Project Management | $8,000.00 | $8,000.00 |
| 1.0 Service | Customer Support Service via Matt Holsonback and team. | $12,000.00 | $12,000.00 |
| 1.0 Service | AND/OR commissions based on 10% of THE SECRET site web revenues (from launch thru 01/15/2007) minus advances. | $0.00 | $0.00 |

| | | |
|---|---|---|
| **Subtotal:** | | $20,000.00 |
| **Total Due:** | | $20,000.00 |

**Invoice Notes**

Please make check payable: Web Services LLC

This invoice replaces an earlier invoice for same time period.

Click here to view, print, or forward this invoice online from your client invoice page. You may also link this invoice to a Blinksale account. **This invoice was created with Blinksale, the easiest way to send invoices online.**

1/19/2007

Page 1 of 1

Posting Date:     2007-03-05
Sequence #:       5020125143
Account #:        **REDACTED**
Routing Transit:  07100001
Amount #:         $8000.00
Check/Serial #:   000000001214
Bank #:           111
Tran Code:        000000
IRD:              0
ItemType:         P
BOFD:             000000000



## Invoice 00018

2950 N Lincoln Ave
Chicago, IL 60657
USA
Phone: (773) 281-7777 x110

**08 Feb 200**

| Qty | Description | Price | Total |
|---|---|---|---|
| 1.0 Service | Web Services / Project Management | $8,000.00 | $8,000.00 |
| 1.0 Service | Customer Support Service via Matt Holsonback and team. | $18,000.00 | $18,000.00 |
| 1.0 Service | AND/OR commissions based on 10% of THE SECRET web revenues (from launch thru 02/15/2007) minus advances. | $0.00 | $0.00 |

Subtotal: $26,000.00

**Total Due:** $26,000.00

**Invoice Notes**
Please make check payable: Web Services LLC

TS MERCHANDISING LTD.                                                    1214
    Dan Hollings
                                                          2/27/2007
    Date        Type    Reference            Original Amt.     Balance Due    Discount              Payment
    2/27/2007   Bill    inv#00018               8,000.00         8,000.00                           8,000.00
                                                                              Check Amount          8,000.00

Chase - Checking                                                                            8,000.00

DELUXE BUSINESS FORMS  1-800-328-0304  www.deluxeforms.com

**Buckley, Michelle M.**

| | |
|---|---|
| **From:** | Dan Hollings www.DanHollings.com [dhollings@mac.com] |
| **Sent:** | Tuesday, February 27, 2007 1:04 PM |
| **To:** | Don Zyck |
| **Subject:** | Re: Has this been sent? Invoice 00018 |

Thanks - I always invoice around the 8th of each month.  If you don't receive it just let me know.  But I do appreciate you overnighting.

Dan


On Feb 27, 2007, at 9:11 AM, Don Zyck wrote:

> No, was going to ask you about this, had not seen it yet this month.  Will put in overnight mail tonight,


**Don Zyck**

The Secret

Prime Time US, Inc

TS Merchandising Ltd

773 281 7777 ext 102


**From:** Dan Hollings www.DanHollings.com [mailto:dhollings@mac.com]
**Sent:** Tuesday, February 27, 2007 9:48 AM
**To:** Don Zyck
**Subject:** Has this been sent? Invoice 00018


**Invoice 00018**

08 Feb 200

2950 N Lincoln Ave

Chicago IL 60057

USA

Phone: 773 281 7777 ext 102

| Qty | Description | Price | Total |
|---|---|---|---|
| 1.0 Service | Web Services  Project Management | $8,000.00 | $8,000.00 |
| 1.0 Service | Customer Support Service via Matt Holsonback and team. | $18,000.00 | $18,000.00 |
| 1.0 Service | AND OR commissions based on 10% of THE SECRET web revenues (from launch thru 02.15.2007) minus advances | $0.00 | $0.00 |

| | Subtotal: | | $26,000.00 |
|---|---|---|---|
| | **Total Due:** | | $26,000.00 |

**Invoice Notes**

Please make check payable: Web Services LLC

3/25/2008

## Buckley, Michelle M.

| | |
|---|---|
| **From:** | Dan Hollings www.DanHollings.com [dhollings@mac.com] |
| **Sent:** | Tuesday, February 27, 2007 8:48 AM |
| **To:** | Don Zyck |
| **Subject:** | Has this been sent? Invoice 00018 |

## Invoice 00018

2950 N Lincoln Ave
Chicago, IL 60657
USA
**Phone:** (773) 281-7777 x110

08 Feb 200

| Qty | Description | Price | Total |
|---|---|---|---|
| 1.0 Service | Web Services / Project Management | $8,000.00 | $8,000.00 |
| 1.0 Service | Customer Support Service via Matt Hofsonback and team. | $18,000.00 | $18,000.00 |
| 1.0 Service | AND/OR commissions based on 10% of THE SECRET web revenues (from launch thru 02/15/2007) minus advances. | $0.00 | $0.00 |
| | **Subtotal:** | | $26,000.00 |
| | **Total Due:** | | $26,000.00 |

**Invoice Notes**
Please make check payable: Web Services LLC

EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

TS Merchandising Ltd., a British          )
Virgin Islands corporation, and TS        )
Production LLC, a Hungarian               )
limited liability company,                )
                                          ) No. 07 C 6518
            Plaintiffs,                    )
                                          )
        vs.                               )
                                          )
Dan and Loretta Hollings, Arizona         )
residents, and Web Services, LLC,         )
an Arizona limited liability              )
company,                                  )
                                          )
            Defendants.                    )
                                          )


DEPOSITION OF LORETTA HOLLINGS


                Tucson, Arizona
                March 12, 2008
                1:36 p.m.


Prepared for:                    Prepared By:
MR. CHRISTOPHER I. CEDILLO       LISA J. ANDERSON, RPR
                                 Certified Reporter
                                 Certificate Number 50079
                                 CANYON STATE REPORTING
                                 2415 E. Camelback, Suite 700
(Copy)                           Phoenix, AZ 85016-4245

Hollings, Loretta (Cedillo)
TS Merchandising v. Hollings

March 12, 2008

Page 9

| | | |
|---|---|---|
| 01:43:17 | 1 | Q.   Okay.  Do you know how often he puts money into |
| 01:43:20 | 2 | your joint accounts? |
| 01:43:22 | 3 | A.   I don't know that either. |
| 01:43:33 | 4 | Q.   Is there anyone else putting money into your |
| 01:43:36 | 5 | joint accounts besides Mr. Hollings? |
| 01:43:38 | 6 | A.   I don't believe so. |
| 01:43:43 | 7 | MR. PARKER:  I'm sure she would allow you to. |
| 01:43:47 | 8 | BY MR. CEDILLO: |
| 01:43:54 | 9 | Q.   Back to the broader question.  Does -- between |
| 01:44:02 | 10 | you and your husband, does one or the other, say, handle |
| 01:44:08 | 11 | actual payment of bills? |
| 01:44:10 | 12 | A.   He does. |
| 01:44:10 | 13 | Q.   He does? |
| 01:44:11 | 14 | A.   Uh-huh. |
| 01:44:16 | 15 | Q.   So, for example, I understand that Mr. Hollings |
| 01:44:24 | 16 | and his company might have -- there's a home office phone |
| 01:44:31 | 17 | and a home phone and a cell phone at one time.  If those |
| 01:44:39 | 18 | bills needed to be paid, who writes the check or perhaps |
| 01:44:45 | 19 | clicks the pay this bill on the computer? |
| 01:44:51 | 20 | A.   He does. |
| 01:44:52 | 21 | Q.   He does? |
| 01:44:53 | 22 | A.   Yes. |
| 01:44:53 | 23 | Q.   Do you have your own cell phone? |
| 01:45:03 | 24 | A.   Yes, I do. |
| 01:45:08 | 25 | Q.   And does that connect to your own number as |

Canyon State Reporting

Hollings, Loretta (Cedillo)
TS Merchandising v. Hollings

March 12, 2008

Page 10

01:45:16  1    distinct from, for example, Mr. Hollings' own cell phone

01:45:20  2    number?

01:45:21  3        A.    Yes.  It's distinct.

01:45:25  4        Q.    And how does that cell phone bill get paid?

01:45:28  5        A.    He pays for that.

01:45:29  6        Q.    Okay.  I understand that Mr. Hollings drove you

01:45:54  7    here today; is that correct?

01:45:56  8        A.    Yes, he did.

01:45:57  9        Q.    Do you have your own car?

01:45:59 10        A.    We own two cars jointly.

01:46:02 11        Q.    Okay.  You have two cars and you said you own

01:46:06 12    them jointly?

01:46:06 13        A.    Yes, uh-huh.

01:46:31 14        Q.    The insurance for those cars, do you know how

01:46:36 15    those get paid?

01:46:38 16        A.    Progressive is the insurance company and I think

01:46:41 17    he -- well, he pays for that through his automatic bill

01:46:46 18    payment.

01:46:46 19        Q.    Okay.  How long have you been married to

01:47:02 20    Mr. Hollings?

01:47:02 21        A.    Almost 25 years.

01:47:12 22        Q.    Have you always lived in Arizona -- well, since

01:47:14 23    you've been married, have you always lived in Arizona?

01:47:17 24        A.    We haven't always lived in Arizona.  We've lived

01:47:20 25    in Arizona now for about eight and a half years; and

Canyon State Reporting

Phone: 602.277.8882                          Fax: 602.277.5576

Hollings, Loretta (Cedillo)
March 12, 2008
TS Merchandising v. Hollings

Page 11

| | | |
|---|---|---|
| 01:47:23 | 1 | before that, we lived in Jacksonville, Florida, and we |
| 01:47:27 | 2 | were there for, oh, about a year and a half. Not that |
| 01:47:31 | 3 | long. And before that, we lived in Mobile, Alabama for |
| 01:47:38 | 4 | probably about five, five and a half years. |
| 01:47:56 | 5 | Q.   At the end of the year, do you file joint tax |
| 01:48:00 | 6 | returns or individual, do you know? |
| 01:48:03 | 7 | A.   Jointly. |
| 01:48:15 | 8 | Q.   And the income that would be listed on those tax |
| 01:48:20 | 9 | returns, generally the majority of it would be from |
| 01:48:24 | 10 | Mr. Hollings' work; is that correct? |
| 01:48:25 | 11 | A.   That is correct. |
| 01:48:27 | 12 | Q.   Can you make a guess as to what percentage of |
| 01:48:35 | 13 | income listed on those tax returns would be due to |
| 01:48:39 | 14 | Mr. Hollings' earnings? |
| 01:48:42 | 15 | A.   Probably 99 percent. |
| 01:48:43 | 16 | Q.   Okay.  Are you familiar with a company called |
| 01:49:05 | 17 | Web Services LLC? |
| 01:49:07 | 18 | A.   Yes.  I understand that's his business account. |
| 01:49:12 | 19 | Q.   Okay.  And are you -- your husband is the |
| 01:49:23 | 20 | managing member of that company.  Are you a member of that |
| 01:49:25 | 21 | company? |
| 01:49:26 | 22 | A.   No. |
| 01:49:28 | 23 | Q.   Are you a director? |
| 01:49:30 | 24 | A.   No. |
| 01:49:32 | 25 | Q.   Have you ever been an employee of that company? |