Exhibit B
Deposition of Rhonda Byrne

```
                              050608.TXT
21      the following year, there are many, many business
22      structural changes, so...
23         Q    Just so I'm clear, then, at the time you
24      began the project that became known as THE SECRET --
25         A    Uh-huh.


                                                          28




 1         Q    -- you were putting that together through
 2      your company Prime Time Productions?
 3         A    Yes.  To the best of my knowledge, yes.
 4         Q    Where -- at that time where was Prime Time
 5      Productions based?
 6         A    Australia.
 7         Q    And that's where you lived at the time as
 8      well, correct?
 9         A    Yes.
10         Q    And you're not sure if Prime Time
11      Productions still exists?
12         A    I'm not sure if it still exists in an
13      entity of what it first was because there have been
14      many structural changes.  So I think it would, but I'm
15      not too sure.
16         Q    Who keeps track of that type of stuff for
17      you?
18         A    All of the business people do.  Bob
19      Rainone and all of the people associated with Bob and
20      also all -- yeah, all the business people.
21         Q    Okay.  You've indicated you were the
22      creator of THE SECRET.  Are there other contributors
                              Page 27
```

050608.TXT

1   with them?
2        A    They're both in the United States. And
3   where they were at the time, I can't be sure.
4        Q    How did you come to know that?
5        A    I actually met them on a cruise ship at a
6   seminar.
7        Q    After the cruise ship, how did you
8   communicate with Bob and Marcy?
9        A    I think -- I don't really recall, but I
10  think it would have been E-mails and phone calls.
11       Q    And after this cruise where you met them --
12  at that time you were still based in Australia,
13  correct?
14       A    Yes.
15       Q    Do you recall when you first had any
16  communications with Mr. Hollings?
17       A    From my recollection, Marcy had suggested
18  to connect Dan in a phone call. That's it. But I
19  don't remember if that was the first time at all.
20  That's vaguely something I have in my memory.
21       Q    Just so I'm clear, your best recollection
22  is the first communications you had with Mr. Hollings
23  were in a phone call?
24       A    But I can't be sure, yes.
25       Q    And at that time you were still in

33

1   Australia?

050608.TXT

2   A   I'm not too sure if I was in Australia or
3   in the United States.
4   Q   Okay.
5   A   I'm not too sure.
6   Q   Do you know where Mr. Hollings was?
7   A   I don't know absolutely. I would assume he
8   was in the United States, but I don't know absolutely.
9   I didn't ask him.
10  Q   At any point in time in your relationship
11  with Mr. Hollings, did you gain an understanding of
12  where he was located in the United States?
13  A   I think I probably did, but I don't recall.
14  I don't recall where he was in the United States.
15  Q   That was not significant to your dealings,
16  was it?
17  A   No -- well, it's just that those areas --
18  those areas were not the areas that I was focused on,
19  and so I just don't retain that information.
20  Q   That's fine. That's fine.
21      Do you recall what your purpose in these
22  initial communications with Mr. Hollings was?
23  A   Well, initially it was out of respect to
24  Marcy because Marcy suggested it. She said, "I think
25  it would be a good idea to speak." And so it was out

34

1   of respect to Marcy. So that was how that happened.
2   Q   What do you recall about why Marcy thought
3   it would be a good idea for you to speak to

Page 32

050608.TXT

46

```
1    director of the film.
2        Q    Okay.
3        A    And if I recall, I used it for a little
4    while. Most of the time, I used executive producer,
5    so...
6        Q    Okay. I know we just took a break.
7    Sometimes during breaks, witnesses tend to recall
8    things that they've been asked about.
9        A    Uh-huh.
10       Q    Is there anything that you've told me about
11   thus far that you feel you need to modify or change in
12   your testimony?
13       A    I don't -- I don't think so. When I took
14   the break, I was just trying to recollect where our --
15   where the product- -- where the production offices
16   were in September 2005, but I wasn't successful in
17   doing that. That was really what I was focused on.
18       Q    Okay. I was just trying to give you the
19   opportunity if there was something.
20       A    Thank you.
21       Q    I believe you also have in front of you
22   what the reporter has marked as Exhibit 2 to your
23   deposition. If you would look at that, please.
24            Again, I believe this is a copy of an
25   E-mail from yourself to Mr. Hollings, and it has a
```

47

```
1   date of September 24, 2005.
2           Do you recognize the document as a
3   communication you sent to Mr. Hollings on that date?
4       A   I don't recollect specifically this E-mail.
5   It's because I write hundreds in a day.  But it
6   appears to be an E-mail -- it appears to be an E-mail
7   written by me.
8       Q   Okay.  And I had asked you before about an
9   E-mail address.  At the very top of the first page of
10  Exhibit 2, I believe it's the same address I gave to
11  you:  rhondab@primetime.com.au.
12      A   Yes, it is the same address.
13      Q   That is an address you recall using in
14  September of 2005?
15      A   Well, it is an address I used.  I assume I
16  would have been using it at that time.
17      Q   Do you have any understanding as to whether
18  the suffix, the last two digits on there, .au, are a
19  designator indicating that it is an Australian E-mail
20  address?
21      A   My understanding is that .au says it's
22  Australian.
23      Q   Is this a document that you looked at in
24  preparation for your deposition today?
25      A   Not that I recall at all, no.  I don't
```

48

050608.TXT

6    THE WITNESS: I'm so sorry. I'm not clear on
7    your question.
8    BY MR. PARKER:
9    Q    Do you recall having some conversations
10   with Dan Hollings about his involvement to provide
11   technical assistance with THE SECRET? Just let me
12   break it down.
13   A    Okay. Yes, I would have had initial
14   contact discussions with Dan. That's my recollection,
15   uh-huh.
16   Q    And do you recall that some of those may
17   have occurred prior to Mr. Rainone's involvement in
18   THE SECRET?
19   A    I can't remember.
20   Q    Do you have any reason to believe that you
21   may not have independently of Mr. Rainone communicated
22   with Mr. Hollings about THE SECRET?
23   A    I didn't understand that question.
24   Q    Do you have any reason to believe that you
25   did not have conver- -- that's not going to help you

52

1    out. Let me try it again, okay?
2         Do you have any recollection of having
3    conversations with Dan Hollings about his involvement
4    in THE SECRET that did not involve or include
5    Mr. Rainone?
6    A    My recollection is that they completely
7    included Bob Rainone.

Page 49

☐

☐

**Prime Time Productions**

1st Floor, 132 Gwynne Street,

Richmond 3121 Victoria Australia

Mobile +61 412 339 426

Phone +61 3 9427 1911

Fax +61 3 9425 9339

☐

> -----Original Message-----
> **From:** Dan Hollings www.DanHollings.com [mailto:dhollings@mac.com]
> **Sent:** Monday, 26 September 2005 1:02 PM
> **To:** Rhonda Byrne
> **Subject:** Re: THE SECRET
>
> Thanks Rhonda. ☐ This is acceptable and generous; I shall look forward to exceeding your expectations. ☐ I trust that the proposed budget is ☐ acceptable too? ☐ There are a few "unknowns" but it is at least accurate from the what we know now about the needs of the project.
>
> Let me know what details you need. ☐☐
>
> Dan Hollings
>
> 520-299-5626
>
> 6370 E. Via Amable
>
> Tucson, AZ 85750
>
> SS# 420784550
>
>
> On Sep 25, 2005, at 7:43 PM, Rhonda Byrne wrote:
>
> Hello Dan,

We are still working out the basic heads of agreement with PI, which is all going along really well, and I anticipate we will have that all down within the next day or two. In the meantime, I want to proceed with finalising things with you, so you know where you are.

I am happy to pay you US$8,000 per month to broadcast plus a share in 10% of gross margins of all revenues from The Secret website. The revenues you will receive from this, in fact will exceed the Nine Network's revenues, as they have 10% of Prime Time's net profits, which will come after your share.

If you are fine with this, I will have a simple agreement drawn up that reflects it. The only other thing that I am thinking I would want to include is that when you reach a particular platform of receiving revenues – that your monthly fee is offset against that. So for example, when you are receiving US$100,000 a month, it seems unrealistic to be paying you your monthly fee on top of that. So I want to set a figure that we both feel comfortable with. I am sure there is a set formula for doing this, so I will check on that in the meantime.

Let me know if you are fine with this, and we can proceed.

Regards,

Rhonda Byrne

DIRECTOR

<image001.jpg>

**Prime Time Productions**

3rd Floor, 627 Chapel Street

South Yarra Victoria 3141

Australia

Mobile +61 412 339 426

Phone +61 3 9827 9855

Fax +61 3 9827 9655

-----Original Message-----
**From:** Dan Hollings www.DanHollings.com [mailto:dhollings@mac.com]
**Sent:** Sunday, 25 September 2005 2:01 PM
**To:** Rhonda Byrne
**Subject:** Re: THE SECRET

On Sep 24, 2005, at 8:12 PM, Rhonda Byrne wrote:

Hi Dan,

The great news is Marcy and I have just been on Yahoo, and the confusion has now turned into clarity for us both, so we can move forward in just defining that clarity in our agreement.

Great.

I wanted you to know that all is well, and our intention is to proceed on the way Bob presented the proposal with The Secret and PI, and we will define the value brought to both in our agreement.

I will be back to you today or tomorrow on percentages – I am very excited about all of this. My team will have finished reformatting the trailer for the website by tomorrow morning, which also includes the finished logo and animation of The Secret.

Thank you for your help on this Dan

Rhonda

All good. Very good.

Oh, and your letter "The Secret Update" was very exciting. Well written.

Thanks,

Dan

09-24-05
Rhonda to Dar

**From:** Rhonda Byrne <rhondab@primetime.com.au>
**Date:** September 24, 2005 4:46:51 PM MST
**To:** dhollings@mac.com
**Cc:** dhollings@mac.com
**Subject: THE SECRET**
**Return-Path:** <rhondab@primetime.com.au>
**Received:** from mac.com (smtpin22-en2 [10.13.11.252]) by ms51.mac.com (iPlanet Messaging Server 5.2 Patch 2 (built Jul 14 2004)) with ESMTP id <0INC007N8HYBV5@ms51.mac.com> for dhollings@mac.com; Sat, 24 Sep 2005 16:44:35 -0700 (PDT)
**Received:** from prime-srv1.primetime.com.au (mail.primetime.com.au [220.245.63.118]) by mac.com (Xserve/smtpin22/MantshX 4.0) with ESMTP id j8ONiVrm010587 for <dhollings@mac.com>; Sat, 24 Sep 2005 16:44:32 -0700 (PDT)
**Message-Id:** <7907F6754893184CAC7CCDBB4EAC6A421F2D9E@mail.primetime.com.au>
**Mime-Version:** 1.0
**X-Mimeole:** Produced By Microsoft Exchange V6.0.6556.0
**Content-Type:** multipart/mixed; boundary="----_=_NextPart_001_01C5C162.3C985860"
**Content-Class:** urn:content-classes:message
**Thread-Topic:** THE SECRET
**Thread-Index:** AcXBXx3r8KQAXGjUSIGEDBIxIpIqJg==
**X-Ms-Has-Attach:** yes
**Original-Recipient:** rfc822;dhollings@mac.com

Hello Dan,

I have attached a letter which I created for all the teachers and publicists, which gives an update on all the news with The Secret. It will give you a sense of everything that is happening in all areas of The Secret, and I know it will excite you to read it.

Everything is really clear for me on your role with the website, and I am working on getting clear with Marcy and Bob's roles with the website, and in particular with the blending of The Secret and Powerful Intentions as they have proposed. My intention is to make a decision within the next 24 hours on that. With that in mind, I would appreciate any feedback from you, as you have managed to give me clarity on how a website is constructed, when I had no knowledge, so perhaps in your words I will understand more clearly.

Once I am clear on Bob and Marcy's roles and PI's place in the whole picture, I will be able to set down the percentage share of revenues. My intention is to share in the abundance of The Secret, which I am doing in all areas, and that includes revenues in the website for you, and that is a given.

I am very mindful in forming alliances with all parties on The Secret, that the clarity of The Secret is maintained and not muddied with things that are not specifically the teachings of The Secret. I know that Powerful Intentions is aligned with the teachings of The Secret, and I know The Secret can bring millions of people and add to creating a massive online community. I am still trying to get clarity on the benefits for The Secret

Ex. 2
BYRNE
5/6/04

in the blending that is being proposed with PI, and Bob and Marcy are continuing to try to give me clarity on that, so I would really appreciate your thoughts Dan.

I also asked in my response to the proposal, if you could all define who is carrying the action workload in creating the site, which I understand is yourself, and I would like clarity on that. If you can come back to me today Dan, I would really appreciate it. If you want to chat through it rather than write it, then let me know and I will give you a buzz.

Thanks
Rhonda

*Dear*

*THE SECRET – AN UPDATE*
*It is so exciting to put this update together on The Secret for you, and the reason for the delay has been that we have been so busy catching everything that the Universe is bringing to The Secret!!! There are so many wonderful things happening and here is a summary of how the Universe moves everything when you ask. Everything without exception has come through using the secret to make The Secret.*

*I have always known that the premiere of The Secret would broadcast around the world in a 24 hour period. Never been done! A big request! But not for the Universe!*

*NEWS ON THE BROADCAST AROUND THE WORLD*
*After meeting with the Nine Network in Australia this week, and the huge team that now make up The Secret tour-de-force, we have decided to move the broadcast of the premiere to the beginning of February 2006 to allow time to put into effect the most amazing pre launch campaign ever! I want the world to stop and watch The Secret as it broadcasts, reaching everybody, and for this to happen "the world" must know The Secret is coming!*

*I am really excited about extending the lead up to broadcast, because I know we have the time to bring everything together; to line up all the broadcasters, to build the momentum across all media, to co-ordinate with all the teachers, and in so doing create the most amazing lead up to The Secret that the world has ever seen. The world will be watching as The Secret broadcasts to the far corners of the planet, bringing joy to millions upon millions of people.*

*KEEPING THE SECRET A SECRET UNTIL THE WORLDWIDE BROADCAST*
*We are keeping The Secret a secret, as a way of building mass interest and attracting the world to this event. The Secret premiere television event will be the clearest and most magnificent release of this knowledge through the greatest teachers on the planet, and it is our intention that world audiences receive The Secret in its purest and clearest form through the broadcast of the special.*

*THE LEAD UP CAMPAIGN TO BROADCAST*
*The worldwide promotional campaign is also focused on The Secret being released to the world at the one time and with the major strategy being keeping The Secret, a secret until broadcast.*

*We are launching the lead up campaign through the internet in the upcoming week and our intention is to make The Secret viral throughout the world across the web........then will come cell phones, streaming teasers and messages (through cell phone deals in territories around the world). Cell phones and the internet will then overlap with the broadcast of teasers/promos by all the networks.*

*THE PROMOS/TEASERS FOR ON AIR*
*All of the promos/teasers are being created by Prime Time and supplied to the networks as part of the sale of The Secret. (Another first, but we*

*have the power of intention with us!!!). There will be 10 to 15 teasers created and supplied as part of the deal, and every one of them will be fantastic. We are creating these in such a way that they will build huge momentum right up to broadcast of The Secret. All of these teasers will be utilised and coordinated on the internet and cell phones as well as on air.*

### PUBLICITY
*We are creating a worldwide publicity network with all publicity departments in all networks around the world, who will be handling all press, radio and television publicity, and all of this will flow from the internet, cell phones and on air promos by the networks.*

### INTERNATIONAL TELEVISION DISTRIBUTION
*The Universe brought to me a US company Rive Gauche to handle the international television distribution of The Secret. They are wonderful! They are currently sending out dvds of the history teaser to all broadcasters around the world in preparation for the International Television Market which is held in France October 17th to 21st. The market is where all programs are bought and sold. The response has been fantastic, and Rive Gauche are setting up meetings for me with all the major territories beginning in Paris and London on October 10th through to October 21st in Cannes. TF1 in France (the biggest network) want the first chance to license The Secret. They have seen the history teaser and are jumping up and down. Meetings have been scheduled in Europe with Fox and ABC Network from the US, ITV (biggest network in London), and all other major territories.*

*Rive Gauche are also handling the rights for cell phone companies, dvds and home video, and we have attracted huge interest on the retail rights for dvd's for the US, from multi billionaire Ted Field who owns amongst many other companies, Anderson News Group, Radar Films and all the Walmart stores.*

*We are now doing all we can to attract interest from cell phone companies so we can utilise them in the lead up campaign, as well as ongoing post broadcast, with messages from The Secret. We will also be streaming 30 or 60 second pieces from The Secret premiere to cell phones in countries where television is not as accessible.*

### A WORLDWIDE WEBSITE
*The Secret website is currently being constructed by a brilliant team of people across the United States and Australia. The Secret website is being carefully built to handle the huge traffic from around the world. It will reflect the joy of "the secret" and amongst many things, information on all of the teachers featured in the two hour premiere event. We will be connecting with each of you in regards to your information on the site.*

*I will be in touch next week with full details on the pre launch site, which will be running teasers from now until broadcast. It will feature the history teaser initially (others teasers will follow) and we want to get as many people to experience it and then spread the word far and wide and create worldwide interest and anticipation.*

*With all of these things taking place, you will understand why it became clear to schedule the premiere for February 2006. (this is the earliest time for the beginning of new sweep of ratings for the networks after November).*

*One of the wonderful aspects of rescheduling, is it allows us to close the gap on the series from the broadcast of the premiere, so that the series follows on air just a few weeks after the broadcast of the two hour premiere of The Secret. The series consists of 5 one hours, and it will be focused on specific subjects such as The Secret and money, health, relationships, happiness, achieving etc. While we can only fit a certain number of teachers in the two hour premiere, our intention is to bring all teachers into the series. To continue the production of the series requires funding so we are focused on attracting investment funding, so we can keep the huge team working over Christmas and New Year.*

**US CORPORTION TO HANDLE LICENSING**
*I have attracted a team of people who will handle The Secret branding/licensing with corporations, for products that are totally in line with The Secret. My vision of this is to create products that are in people's experience every day, and so the power of these products is as tools, to keep The Secret in the forefront of people's minds. The list of ideas I have for these products is infinite, and if you are interested in learning more on this just ask.*

**PUBLISHING**
*I have been approached by the biggest publisher in Europe re publishing rights to The Secret. (Jack Canfield, I will speak to you before I meet with them). I am also meeting with ACP (biggest magazine publisher) in Australia re The Secret magazine, which I want to see follow the series on a worldwide basis, so that The Secret continues to have a presence in people's lives. I also see The Secret magazine as being an ongoing outlet for all the teachers.*

**A NUMBER ONE SONG**
*I set an intention some time ago that The Secret will create a number one song, which will continue to inspire people around the world every time they hear it. Mark Victor Hansen brought Paul Williams (songwriter) to us when filming The Secret, so I planted the seed with Paul. Also in the last 24 hours Bono was handed the history teaser of The Secret. The Universe is taking care of the details!*

**THE PRODUCTION OF THE SECRET**
*I cannot even find the words to describe how brilliant the production of The Secret is coming together. We are currently in the middle of 3 weeks of drama, which is filming your stories and metaphors, and bringing them to life on the screen with you. The Secret is filled with knowledge, emotion, joy, laughter and the greatest wisdom ever collected on screen.*

*A separate team is also working on the special edition dvd of each teacher featured, and these will begin filtering through to each of you, in line with the completion of the series.*

**WHAT WE ARE WANTING.........**
*I will be contacting you next week with the details of the pre launch site which will be up and going. Our team have rebuilt the history teaser especially for the internet, so the text can be read easily. Any help that*

*you can give to spread the word and have people experience the teasers on the pre launch site, will help us realise our vision of taking The Secret viral across the web.*

*If you have connections to cell phone companies for us to speak with, songwriters, publicity people, corporations, or know of any likely areas of investment funding, then just let us know. If the Universe moves you with an inspirational thought, then it is perfect!!! Other than that, the Universe has it handled.*

*Thank you so much for the wonderful support you have brought to The Secret. I love you all. I am the fortunate one who is able to look at your faces on screen in the edit, with tears in my eyes, as The Secret brings together the greatest teachers on the planet!!!! You will be so proud!!!*

*With love and appreciation,*
*Rhonda*


*Rhonda Byrne*
*Director*
*Prime Time Productions*
*Level 1/132 Gwynne Street,*
*Richmond, 3121, Victoria, Australia.*

*Telephone:  +613 9427 1911*
*Fax:        +613 9425 9399*
*Cell:       +614 12 339 426*