Exhibit C
Deposition of Loretta Hollings

1  Q.  And can you describe your knowledge of that
2  work.
3  A.  I know that he was basically involved in
4  marketing it or promoting it and that's about it.
5  Q.  Okay.  Do you know if he earned any income from
6  those efforts?
7  A.  Yes, he did.
8  Q.  Did you ever see any invoices that he might have
9  issued for his work on that?
10  A.  No, I did not.
11  Q.  Did you ever see any checks that he might have
12  received in payment for work for The Secret?
13  A.  No, I did not.
14  Q.  Did you ever deposit any checks that might have
15  come in for his work on The Secret?
16  A.  No.
17  Q.  I'm going to ask this pretty general, so if you
18  can answer it, great; if not, I'll rephrase.  But who
19  generally handles the financial matters between you and
20  your husband?
21  A.  My husband.  He does.
22  Q.  Do you ever make deposits into bank accounts?
23  A.  Only into my account.
24  Q.  And what account is that?
25  A.  It has my name on it, Loretta Hollings.  I have

```
47:23   1  before that, we lived in Jacksonville, Florida, and we
47:27   2  were there for, oh, about a year and a half.  Not that
47:31   3  long.  And before that, we lived in Mobile, Alabama for
47:38   4  probably about five, five and a half years.
47:56   5       Q.   At the end of the year, do you file joint tax
48:00   6  returns or individual, do you know?
48:03   7       A.   Jointly.
48:15   8       Q.   And the income that would be listed on those tax
48:20   9  returns, generally the majority of it would be from
48:24  10  Mr. Hollings' work; is that correct?
48:25  11       A.   That is correct.
48:27  12       Q.   Can you make a guess as to what percentage of
48:35  13  income listed on those tax returns would be due to
48:39  14  Mr. Hollings' earnings?
48:42  15       A.   Probably 99 percent.
48:43  16       Q.   Okay.  Are you familiar with a company called
49:05  17  Web Services LLC?
49:07  18       A.   Yes.  I understand that's his business account.
49:12  19       Q.   Okay.  And are you -- your husband is the
49:23  20  managing member of that company.  Are you a member of that
49:25  21  company?
49:26  22       A.   No.
49:28  23       Q.   Are you a director?
49:30  24       A.   No.
49:32  25       Q.   Have you ever been an employee of that company?
```

1    A.    No, I have not.

2    Q.    Okay.  When was the last time you visited
3 Illinois, Mrs. Hollings?

4    A.    When we were in Jacksonville, Florida.  So that
5 would have been about nine, nine and a half years ago.

6    Q.    Do you recall what took you there on that
7 occasion?

8    A.    My husband had a business trip and I visited
9 some relatives there while he was there.

10        MR. CEDILLO:  I think I have no further
11 questions.

12        MR. PARKER:  Okay.  Read and sign.

13        (Deposition proceedings concluded at 1:51 p.m.)

                              _____
                              LORETTA HOLLINGS