IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(EASTERN DIVISION)

| | |
|---|---|
| TS Merchandising Ltd., a British Virgin Islands corporation, and TS Production LLC, a Hungarian limited liability company,<br><br>             Plaintiffs,<br><br>      vs.<br><br>Dan and Loretta Hollings, Arizona residents, and Web Services, LLC, an Arizona limited liability company,<br><br>             Defendants. | Case No.  07 C 6518<br><br>Hon. Ronald A. Guzman |

## NOTICE OF MOTION

To:   Christopher E. Parker               Robert B. Groholski
      Jessica B. Couch                    Schwartz Cooper Chartered
      Mozley, Finlayson & Loggins LLP     180 North LaSalle Street
      One Premier Plaza, Suite 900        Suite 2700
      5605 Glenridge Drive                Chicago, IL 60601
      Atlanta, Georgia   30342

**PLEASE TAKE NOTICE** that on July 3, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel shall appear before The Honorable Ronald A. Guzman, or any other judge who may be sitting in his place and stead, in Room 1219 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, and shall then and there present the Plaintiffs' **Motion for Protective Order**, a copy of which is hereby served upon you.

Date:   June 26, 2008                     s/Christopher I. Cedillo


Brian Cabianca
Teresita T. Mercado
Christopher I. Cedillo
SQUIRE, SANDERS & DEMPSEY LLP
40 N. Central Avenue, Suite 2700
Phoenix, AZ  85004-4498
-and-
Jessica E. DeMonte
SQUIRE SANDERS & DEMPSEY LLP

Three First National Plaza
70 W. Madison, Suite 2015
Chicago, IL  60602
*Attorneys for TS Merchanding Ltd and*
*TS Production LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2008, I electronically transmitted the attached document and the Motion for Protective Order to the Clerk's office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Christopher E. Parker
Jessica B. Couch
Mozley, Finlayson & Loggins LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia   30342
-and-
Robert B. Groholski
Schwartz Cooper Chartered
180 North LaSalle Street
Suite 2700
Chicago, IL 60601

Attorneys for Defendants Dan and Loretta Hollings and Web Services, LLC

COPY of the foregoing and Notice of Electronic Filing
sent by FedEx on the 26th day of June 2008, to:

Carole Gainer
   Courtoom Deputy to
Honorable Ronald A. Guzman
United States District Court
Everett McKinley Dirksen Building
219 S. Dearborn Street, Room 1218
Chicago, IL 60604

By:  s/Christopher I. Cedillo