<u>Exhibit List</u>

Exhibit A – Proposed Protective Order
Exhibit B – Declaration of Christopher I. Cedillo
Exhibit C – Email sent by Defendant Dan Hollings on March 22, 2007
Exhibit D – April 26, 2008 New York Times article discussing the subject matter of this
        litigation
Exhibit E – Printout of the Web page <www.know-more-secrets.com> on November 1, 2007
Exhibit F – Printout of the Web page <www.know-more-secrets.com> on April 30, 2008
Exhibit G – Printout  of the Web posting at <www.webraw.com/quixtar/dan.html> on August 29,
        2007
Exhibit H – Printout of the press release posted at <www.prweb.com/printer.php?prid=222106>.

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

TS Merchandising Ltd., a British Virgin Islands
corporation, and TS Production LLC, a Hungarian
limited liability company,

              Plaintiffs,

    vs.

Dan and Loretta Hollings, Arizona residents, and
Web Services, LLC, an Arizona limited liability
company,

              Defendants.

Case No.  07 C 6518

**PROTECTIVE ORDER REGARDING USE
AND DISSEMINATION OF INFORMATION**

Hon. Ronald A. Guzman

The Court has considered the parties' Stipulation for Protective Order, and it appearing that there is good cause for an Order requiring limitations on the use and/or dissemination of documents and information that may be disclosed during discovery, **IT IS HEREBY ORDERED:**

### 1.    Documents to be Used Solely for This Action

All documents, data, materials and information contained therein, which shall be produced by the Parties during pre-trial discovery ("Documents"), including, but not limited to transcripts, videotapes, and recordings of depositions, shall be used solely for the prosecution or defense of the claims in this action.  Use and/or dissemination of such Documents by the Parties to the press or for any other business, commercial, competitive, personal or other purpose is strictly prohibited.

### 2.    Rights Of The Parties.

Nothing herein shall impose any restrictions on the use and/or dissemination by a party of material obtained by such party by means independent of discovery from the adverse party in this action, whether or not such material is also obtained through discovery in this action. Furthermore, nothing herein shall prevent the use and/or dissemination of Documents introduced at trial in this action.

This Protective Order shall be without prejudice to the right of the parties to:

(1)    present a motion to the Court for a separate protective order or provision in the

Protective Order as to any particular document, thing, material, testimony or information, including restrictions differing from those as specified herein;

    (2)    make a future application for modification of the Protective Order, including modifications specific to any particular documents, information or things, and challenges to any particular use and/or dissemination of particular documents, information or things;

    (3)    assert privilege (including but not limited to trade secret privilege) and decline to produce any documents or information on that basis;

    (4)    file Documents with the Court as necessary for the prosecution or defense of claims in this action.

The Protective Order shall survive the final termination of this action, to the extent that Documents are not or do not become known to the public, and the Court shall retain jurisdiction to resolve any dispute concerning the use and/or dissemination of Documents disclosed during pre-trial discovery.

SO ORDERED this _____ day of _____, 20_____.

_____
The Honorable Ronald A. Guzman

EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### (EASTERN DIVISION)

TS Merchandising Ltd., a British Virgin Islands
corporation, and TS Production LLC, a Hungarian
limited liability company,

                    Plaintiffs,

    vs.

Dan and Loretta Hollings, Arizona residents, and
Web Services, LLC, an Arizona limited liability
company,

                  Defendants.

Case No.  07 C 6518

Hon. Ronald A. Guzman

## DECLARATION OF CHRISTOPHER I. CEDILLO, IN SUPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

I, Christopher I. Cedillo, hereby submit this declaration in support of the Plaintiffs' Motion for Protective Order, and declare as follows:

1.    I am an adult over the age of 18 and am counsel to the Plaintiffs TS Production LLC and TS Merchandising Ltd.  I have personal knowledge of the facts contained in this declaration and, if called to testify, could and would competently testify thereto.

2.    Exhibit C attached to the Motion for Protective Order is a true and correct copy of an email sent by Defendant Dan Hollings on March 22, 2007.

3.    Exhibit D attached to the Motion for Protective Order is a true and correct printout of an April 26, 2008 New York Times article discussing the subject matter of this litigation.

4.    Exhibit E attached to the Motion for Protective Order is a true and correct printout of the Web page at <www.know-more-secrets.com> on November 1, 2007.

5.    Exhibit F attached to the Motion for Protective Order is a true and correct printout of the Web page at <www.know-more-secrets.com> on April 30, 2008.

6.      Exhibit G attached to the Motion for Protective Order is a true and correct printout of the Web posting at <www.webraw.com/quixtar/dan.html> on August 29, 2007.

7.      Exhibit H attached to the Motion for Protective Order is a true and correct printout of the press release posted at <www.prweb.com/printer.php?prid=222106>.


I declare under penalty of perjury, that to the best of my knowledge and recollection, the foregoing is true and correct.

6/20/08 _____
             Date

s/Christopher I. Cedillo_____
Christopher I. Cedillo

EXHIBIT C

**From:** Robert Rainone [rrainone@thesecret.tv]
**Sent:** Thursday, March 22, 2007 5:42 PM
**To:** Gardiner, Michael B.; Cabianca, Brian A.
**Cc:** Ketler, Suzanne K.; 'Rhonda Byrne'
**Subject:** FW: Dan Hollings Terminated by The Secret

-----Original Message-----
From: Mike Dooley [mailto:med@tut.com]
Sent: Thursday, March 22, 2007 7:26 PM
To: rrainone@thesecret.tv
Subject: FW: Dan Hollings Terminated by The Secret

-----Original Message-----
From: Dan Hollings www.DanHollings.com [mailto:dhollings@mac.com]
Sent: 03/22/2007 7:13 PM
To: Dan Hollings
Subject: Dan Hollings Terminated by The Secret

Hello,

I doubt you'll be seeing this story on the cover of Newsweek or in
the NY Times, but with the way things have been going, who's to say:

    "Dan Hollings, the internet strategist
    behind The Secret ... terminated ...
    what lies behind The Secret?"

I apologize for the off-humor, but things are so positive in my life,
I find it curious that the makers of "The Secret" now seem determined
to amplify this sort of thing.

It's been official for several weeks that I'm no longer serving as a
consultant to "The Secret" and I'm no longer overseeing any of their
internet service, support, development or marketing.   My
communication today is in confidence and intended to clarify why I've
distanced myself from the makers of "The Secret" and how this may or
may not effect you.

1

Yes, litigation is underway, thus it is prudent that I be succinct. With great respect for my client base, my other projects, and my relationships; I'm compelled to communicate the minimum I feel you should know.  I have significant respect for each teacher who has contributed credibility, content, databases, and relationships to the Secret" project.  But foremost, my compassion goes out for all those that have invested time, money and good will in the intentions of this project; not the least of whom are the public.

I need not justify my contributions to "The Secret" project, that part is rather well known; instead, I'll explain from my perspective why I'm initiating legal actions against the makers or creators of "The Secret."  At the core of my departure is a philosophical difference in professional business practices and very specifically, a breech of contactual payment obligations set forth in writing between myself and "The Secret" that were never fully met.

My services were successfully rendered during an 18 month tenure; I was paid a modest monthly consulting fee with an agreement for a percentage of revenues after launch. I've made resolution attempts regularly for the past year yet despite significant sales revenues, "The Secret" ultimately (and recently) now claims their gross margins are so small, that they owe me nothing.  The solution?  They terminate me.

I fully recognize the impact my departure may have and the resulting publicity that may be spawned. Media requests have started finding their way to me - I'm engaging a media consultant to help me control this - but thus far, I've not entertained any such requests.  I shall continue my endeavor to navigate a resolution that steers clear of tarnishing the larger intent of the project.  However at this point, having tried all reasonable avenues and I'm left with few options.

I now move forward understanding the makers seemingly have no intent meet their written obligations or will insist on using accounting practices which skew margins to obfuscate payment obligations. These type practices typically attract an energy quite different from that expressed and encouraged in "The Secret" movie or book; I'm frankly baffled.

In any event, I thank those teachers and my many relations that have made galliant attempts to intervene toward a positive resolution thus far.  The disappointing news is, "The Secret" isn't listening and no one seems to be able to mitigate this in the best interest of all involved.

I'm now compelled to apologize in advance should any steps I need to take effect you or your business as it might relate to your association with "The Secret" or the makers behind the project. This was never my intent.

I literally mortgaged my home to stay in this project, leveraged many of my good contacts to provide talent, services & manpower on the come, and orchestrated to the best of my ability a successful internet strategy while supporting personally every need and request that crossed my desk.

I'm requesting no action from you as a result of this email.  It is merely a private communication so you know a little about my side of the story.  Certainly, there is another side, but perhaps that will be revealed in the sequel?

door (or should I say email and phone) is open, as always.

Enjoy!
Dan Hollings
520-299-5626

2

# EXHIBIT D



HOME PAGE  MY TIMES  TODAY'S PAPER  VIDEO  MOST POPULAR  TIMES TOPICS

My Account  Welcome, cic050  Log Out  Help

The New York Times

Arts

Ameriprise

WORLD  U.S.  N.Y / REGION  BUSINESS  TECHNOLOGY  SCIENCE  HEALTH  SPORTS  OPINION  ARTS  STYLE  TRAVEL  JOBS  REAL ESTATE  AUTOS

ART & DESIGN  BOOKS  DANCE  MOVIES  MUSIC  TELEVISION  THEATER



# The Word Is Out on Legal Tussles Among Creators of 'The Secret'

By ALLEN SALKIN
Published: April 26, 2008

The secret does not seem to have brought happiness to some of those involved in the creation of "The Secret." But perhaps high-priced lawyers will help.



Sundance Channel/The New York Times
Rhonda Byrne, author of the best-seller "The Secret."

This popular straight-to-video movie, and the best-selling self-help book based on it, promise that adherents to its philosophy will receive "unlimited happiness, love, health and prosperity," according to the official Web site, thesecret.tv. All they need do is follow "the law of attraction," an ancient principle that holds that the universe will make your wishes come true if only you really, truly believe in them. Following that creed before the movie's release in 2006, Rhonda Byrne, the project's creator, held parties celebrating its success, envisioning worldwide acclaim.

Nasty legal squabbling is most likely not what Ms. Byrne wished for. But it has nevertheless come to her: the director of the movie and the developer of the "Secret" Web site are separately claiming she has reneged on promises of a cut of the project's profits.



Michael Buckner/Getty Images
Drew Heriot, the director of the film version of "The Secret."

On Monday the movie's director, Drew Heriot, filed a copyright suit in United States District Court for the Northern District of Illinois, Eastern Division, against Ms. Byrne and her production company. The suit claims that Mr. Heriot is the co-author of the screenplay and the book and is therefore entitled to up to half of what his lawyers estimate as $300 million in "Secret" revenue.

Originally scheduled to have its premiere on Australian television, "The Secret" turned into a Web and publishing phenomenon. At one point the "Secret" Web site was selling as many as five movies a minute (either as downloads or DVDs), according to legal papers. The book version has spent 66 weeks on The New York Times's Advice best seller list, mostly near the top. Oprah Winfrey devoted two shows to it.

The suit alleges that Mr. Heriot worked on the screenplay, conducted most of the interviews for the film and supervised its editing and postproduction. The book, much of

**Related**

A trailer and additional information about "The Secret"

E-MAIL
PRINT
REPRINTS
SAVE
SHARE

ARTICLE TOOLS SPONSORED BY
SUNDANCE FILM FESTIVAL 2007

More Articles in Arts »

**Great Getaways - Travel Deals by E-Mail**
Sign up for travel offers from NYTimes.com's premier advertisers. See Sample
christopher_cedillo@hotmail.co...
Change E-mail Address | Privacy Policy


EARN YOUR
Master's Degree Online
IN
15 MONTHS
Colorado Technical University
LEARN MORE

**MOST POPULAR**

E-MAILED  BLOGGED  SEARCHED

1.  Elite Korean Schools, Forging Ivy League Skills
2.  Battle in Brooklyn | A Principal's Rise and Fall: Critics Cost Muslim Educator Her Dream School
3.  Young Gay Rites
4.  Bicycle-Sharing Program to Be First of Kind in U.S.
5.  William Kristol: Hillary Gets No Respect
6.  Paul Krugman: Bush Made Permanent
7.  Op-Ed Contributor: Bowling 1, Health Care 0
8.  Study Suggests Math Teachers Scrap Balls and Slices
9.  Dental Clinics, Meeting a Need With No Dentist
10. Frank Rich: How McCain Lost in Pennsylvania

Go to Complete List »


The New York Times  HEALTH
nytimes.com/health

Strategic spending on organic foods
Also in Health
When big business eats organic

it a transcription of the movie, is based on documents Mr. Heriot created, the suit alleges.

Because he was an independent contractor and not an employee of Ms. Byrne's production company, Mr. Heriot retained rights to his creations, and Ms. Byrne promised him a percentage of profits, the suit argues.

Mr. Heriot wanted to make it clear that the problem wasn't his lack of faith in the ancient mysteries. "To all who have been inspired by 'The Secret,' " he said in a prepared statement sent by e-mail through his law firm, "please know that I am not suing the universal principles of 'The Secret.' Rather, I am suing the corporate principals behind 'The Secret,' who promised at the outset that profits would be shared, and who have not kept faith with 'The Secret' 's tenets of gratitude and integrity."

Karina Carretero, a spokeswoman for TS Production L.L.C., the company Ms. Byrne and Robert E. Rainone Jr., an investor, had registered in Hungary, said the organization would not comment for this article. " 'The Secret' chooses not to participate in media interviews," she said in an e-mail message.

The legal wrangling over the project began in July 2007, when TS Production applied for the United States copyright to the "Secret" movie and spinoffs. The next month Mr. Heriot applied for copyright to "The Secret," claiming authorship of the movie and the screenplay.

Soon after that, TS Production filed suit in the Australian courts. Both Mr. Heriot and Ms. Byrne are Australian, and they began working on projects together around 2000. That's when Ms. Byrne, then a television producer, contracted with Mr. Heriot's production company for his services as an editor on "Australia Behaving Badly," a "Candid Camera"-style series.

In the Australian courts, TS Production has asked to be declared owner of all copyrights to the book and movie "The Secret."

Mr. Heriot, the court papers argue, "directed the film under the terms of his employment under a contract of service" with Ms. Byrne's company and is not entitled to any copyrights.

After filing suit in the United States, Mr. Heriot's lawyers filed a motion in the Federal Court of Australia, Victoria District Registry, notifying it that he had started litigation in the United States, the country where the copyright registrations had been filed, and asking it to postpone or dismiss its version of the case on jurisdictional grounds.

In its various forms, "The Secret" makes life look simple. "Ask, believe, receive," the movie instructs. Legal fights are not always so straightforward. Ms. Byrne herself is scheduled to be deposed May 6 in Los Angeles in a separate case involving Dan Hollings, who helped develop the "Secret" Web site.

In that case, TS Production and a related company, TS Merchandising, charge that Mr. Hollings has tried to profit illegally from his association with the project by releasing two CDs, "The Secret Symphony" and "Journey to the Secret: Stone, Strings & Udu." Using his expertise in search-engine optimization, the suit charges, Mr. Hollings drove Internet traffic to the Amazon.com Web pages where his CDs were for sale and to his own "Secret" look-alike site, know-more-secrets.com.

Mr. Hollings's lawyer Christopher E. Parker said in a telephone interview that Ms. Byrne and Mr. Rainone filed the lawsuit against Mr. Hollings only after an attempted mediation over compensation related to the official "Secret" Web site failed.

"Dan was promised a percentage of the profits that came as a result of the Web site," Mr.

An omnivore defends real food
Five easy ways to go organic

ADVERTISEMENTS

In a world of second opinions, get the facts first

Arts & more.
50% off Times delivery

Watch A.O. Scott's video reviews of movies

All the news that's fit to personalize.



The New York Times
**Small Business**



The New York Times
nytimes.com/health
ALL THE NEWS THAT'S FIT TO CLICK

Parker said. "As soon as the movie started to sell, they fired him."

In mediation, Mr. Hollings had been offered a six-figure settlement but rejected it because he is owed 10 times that, Mr. Parker said.

In the lawsuit against Mr. Hollings, the TS principals argue that his actions continue to interfere with their business, and they ask the court to declare that they owe him nothing more.

The battle over proceeds seems a far cry from the munificent spirit Ms. Byrne espoused as her movie was first entering the self-help pantheon. In an interview conducted for The Times on the beach in Santa Monica in February 2007, she recalled how she had mortgaged everything she owned to finance the movie because she wanted to give the knowledge it contained to the world. Success was never about profit, she said, but about the journey of discovering what she was intended to do with her life.

"One of the big things in discovering the secret," she said, "was discovering me."

More Articles in Arts »

Need to know more? 50% off home delivery of The Times.

Ads by Google                                                                    what's this? »

**2008 Honda Fit Pictures**
Get pictures and info on the Honda Fit at the Official Web Site
www.honda.com

**1 Trick to Lose Belly Fat**
Can You Spot These Mistakes That Keep You From a Flat Stomach?
TruthAboutAbs.com

**Photron High Speed Camera**
Stop the action - slow motion video Visit our high speed video gallery
www.photron.com

**Tips**
To find reference information about the words used in this article, double-click on any word, phrase or name. A new window will open with a dictionary definition or encyclopedia entry.

**Past Coverage**
Shaking Riches Out of the Cosmos (February 25, 2007)

**Related Searches**
Byrne, Rhonda                        Add Alert
Motion Pictures                      Add Alert
Amazon.com Inc                       Add Alert

**INSIDE NYTIMES.COM**

U.S. »



An Ex-Mayor Now Free to Speak His Mind

OPINION »

## Stanley Fish: Much Ado

In the 2008 elections, a lethal and despicable form of "McCarthyism" and "Swiftboating" has emerged.

N.Y. / REGION »



After Crane Accident, Some Fear Opportunism

MOVIES »

Legal Tussles Among Creators of 'The Secret'

OPINION »



Jimmy Carter: Pariah Diplomacy

ARTS »



Grand Theft Auto Takes On New York

Home   World   U.S.   N.Y. / Region   Business   Technology   Science   Health   Sports   Opinion   Arts   Style   Travel   Jobs   Real Estate   Automobiles   Back to Top

Copyright 2008 The New York Times Company   Privacy Policy   Search   Corrections   RSS   First Look   Help   Contact Us   Work for Us   Site Map

# EXHIBIT E

## Know More Secrets

### Not affiliated with

"The Secret" movie, The Secret LLC, TS Merchandising Ltd, TS Production LLC, Prime Time Productions, TheSecret.tv, or any entity owned or controlled by Rhonda Byrne, Bob Rainone or Don Zyck.



## What's going on now?

## It's no longer a Secret :~)

### Hi folks!

Big bad Dan here, the guy that tried to bamboozle the universe and make off with hundreds of millions of dollars by writing my own original music and marketing it online.

If you've read the New York Times Article: *The Word Is Out on Legal Tussles Among Creators of 'The Secret'* and are curious about all the fuss over my music, why not hop over to my music site Danmando.com and see (or hear) for yourself this terrible secret thing I've been accused of.

Oh and this site, this one page site you're looking at now (*know-more-secrets.com*)... great design heh? Does it remind you of any other popular look-alike sites you've seen?

This page and domain was set-up on 04-Mar-07 AFTER 17 months as an independent internet marketing consultant on The Secret and AFTER promised compensation for my services never materialized.

I'm pretty good at internet marketing, but I'm still trying to figure out how I drove traffic to this page (and domain) which didn't even exist during my tenure with The Secret. If anyone knows how I did this, please HELP; that would be a powerful strategy worth millions.

I guess there are still some secrets the universe has yet to reveal; a few of which might be flushed out on May 6 in Los Angeles or the many secret hearings that follow. I'm pretty sure that all this secret stuff will be rather public; and in my opinion, the more public the better. That is, unless there are some secrets some people don't want the public to know... hmmm?

Yes, yes, there's a little sarcasm here, but when the universe delivers weird stuff on your doorstep... well, what's a mere mortal to do?

## Comments?

Comments are appreciated...

Your Primary E-Mail Address:

Your Name:

Submit

Your email will be kept secret - promise.

# EXHIBIT F

### Know More Secrets

Not affiliated with

"The Secret" movie, The Secret LLC, TS Merchandising Ltd, TS Production LLC, Prime Time Productions, TheSecret.tv, or any entity owned or controlled by Rhonda Byrne, Bob Rainone or Don Zyck.



Share this page with others...



## What Lies Behind The Secret?

Questions are stirring the imagination of reporters, talk show hosts, internet marketers, and not surprisingly millions of passionate "Secret" lovers. If you're not yet familiar, it's the controversial self-help movie (and best selling book) by Rhonda Byrne that everyone including Oprah Winfrey, Larry King, Ellen Degeneres and countless other media moguls, magazines, web sites, and newspapers are talking about.

Now in a turn of events not unlike The The Da Vinci code itself, the very person that built "The Secret" site and launched the extraordinary "Secret" internet marketing strategy, Dan Hollings, is engaging the public and the media in a survey of epic proportions.

### "Your wish is my command"

Know More Secrets ::: Not affiliated with "The Secret" movie, The Secret LLC, TS Merchandising Ltd or TS Production LLC          Page 2 of 6

## TAKE DAN HOLLINGS' SURVEY

Pulling a line directly from the movie, Mr. Hollings states, "Your wish is my command," as he contemplates what people might want to know from the internet guy behind "The Secret?"

**Well first, let's make sure everyone is clear on what "The Secret" is about.**

In a nutshell, it's the "Law of Attraction" or the philosophy that *like attracts like; you attract into your life whatever you think about* (positive or negative); or *your thoughts determine your destiny*. But, that's the obvious question. There are countless teachers that can carry you as deep as you might desire to go into this philosophy; some are in *"The Secret"* movie, others edited out, and some overlooked.

All of this is the topic of countless ongoing discussions, and with everything unfolding faster than Google can spider it, one can only imagine where this might lead.

**Do you start with:**

- Oprah
- Newsweek
- perhaps the curious article in the NY Times
- Self-help gurus take plagiarism battle to court
- Mum on pension the biggest secret
- or Enjoy a discussion ?

**If that's what's on the surface, what lies behind "The Secret?"**

This is where many inquiring minds are now focusing their attention, and rightfully so. The movie was first conceived as a television release, to air worldwide all on the same day. It was intended or so presented by the makers as a "gift to the world." Of course, traffic would be directed to *The Secret* web

11/1/2007

site where credit cards would be processed for those who wanted to hold in their hand, the "Great Secret of The Universe" on DVD.

But, the universe wasn't exactly cooperating back in late 2005; even though the movie makers asked and believed, television receivers never received.



Instead, independent internet strategist, Dan Hollings, was commissioned to launch "The Secret" online, using word-of-mouth and creative internet strategies on a shoestring budget. But, a shortage of money was not the only challenge. "The Secret" needed everything; a web site, a custom shopping cart, programmers, customer support, a ticket system, fulfillment, complimentary products, interactive web apps, online games, flash development, and a marketing strategy that could make this albatross soar.

## Birds of a Feather

"The Secret" had three feathers in their strategical hat: First was the trailer, compellingly crafted by director Drew Harriot (later terminated from the project. Second, they had a cadre of knowledgeable, well respected, connected, and database-rich teachers from the Law of Attraction and self-help space - each participating for free with the exception of Ester and Jerry Hicks (later removed from the movie). And finally, because they had asked, and led Mr Hollings to believe, he set about to deliver the creative internet savvy required to 'make fly' what many now believe to be the most successful marketing campaign ever launch on the web.

Exactly how was this done? It's a question every entrepreneur and internet marketer wants to know. Can it be replicated? And if so, by whom? And if any one is to piece this mystery together, whom might it be? Do the makers and merchants

Know More Secrets ::: Not affiliated with "The Secret" movie, The Secret LLC, TS Merchandising Ltd or TS Production LLC    Page 4 of 6

really possess the knowledge? Will Mr. Hollings ever release his secrets?

## A Prophet with No Profits?

Like a prophet on a journey, it started when an obscure public-domain work wattled across Rhonda Byrne's path. She set forth with the clear intention to reveal a new found "secret" to the world. With an unyielding vision the "Science of Getting Rich" was manifested - or was it? Now that "The Secret" is revealed and Secret product sales are in the millions, why might the books show virtually no profits? Is there a more insidious secret yet to be revealed? Why are talk shows now being cancelled and key guests becoming "no shows?" Maybe the makers just haven't yet watched their own movie?

Is anyone curious about what Dan Hollings is doing these days? Was his fate parenthetically the same as other key contributors? Was the last feather plucked? And if so, is there perhaps a pattern; say, a Da Vinci code of some sort within the operation? And will the makers attract more of what they may not want to think about?

Oh, this might be a parody or just another clever marketing strategy, but more secrets are destined to be revealed. If you're waiting for the sequel, you may be disappointed. Mr Hollings invites you to participate in his survey now. Afterall, isn't it time to know more secrets?

## WHAT SECRET'S WOULD YOU WANT DAN HOLLINGS TO REVEAL? (Select one)

⊂  Internet Marketing Secrets by Dan Hollings
    (for entrepreneurs, companies, and web site owners)

Know More Secrets ::: Not affiliated with "The Secret" movie, The Secret LLC, TS Merchandising Ltd or TS Production LLC    Page 5 of 6

- *Law of Attraction Secrets*
  *(for those wanting more information about this philosophy)*
- *Secrets of Dan Hollings*
  *(inquires from companies or web sites seeking private web strategy consultation)*
- *Book of Secrets*
  *(inquires from serious book publishers seeking a potential hot seller)*
- *Hidden Secrets*
  *(inquires from reporters, talk show hosts, media and inquiring minds)*

*Comments are appreciated...*

*Your Primary E-Mail Address:*

*Your Name:*

**Ask and you shall receive!**

*Your email will be kept secret - promise.*



**Share this page with others...**

Know More Secrets ::: Not affiliated with "The Secret" movie, The Secret LLC, TS Merchandising Ltd or TS Production LLC



# EXHIBIT G

My response to "Speaking of Scoundrels..."
Dan Hollings

---

There are many ways people can spam. One is by sending unsolicited emails to recipients by email, another is to flood a blog with unrelated, bogus, or advertisement-like comments; and yet another is to flood the web with non-sense or duplicate content with the intent to skew search results (Google Bombing). However, the most insidious of all forms of spam is when false or misleading content is posted purposely to suggest or assume falsely, information about a person or their business without an attempt to seek out the truth. Such is the case here.

Eric, you have my email (in fact, you've posted it here without my permission), I've extended many kind emails to you in the past, and yet you made no attempt to address this 'concern' you have with me in a direct business manner. I'm ok with your post and your comments because my track record speaks for itself and your derogative comments are more funny than truthful, but none-the-less, your approach is that of spamming; and it's my reputation you've targeted.

Over the years, a few other blogs or sites have attempted to spam the reputation of Dan Hollings and his web development or consulting services, and without exception all such attempts have fallen short. Most such posts were retracted or an apology made public. We'll all see what Mr. Janssen decides to do; but for now, let's take a look at some facts...

First. Multi-blogging is a new phenomena that allows people, entrepreneurs, businesses and organizations to manage multiple blogs each targeted or personalized to a specific readership. The idea was not invented by me, but he has created software to assist legitimate publishers and bloggers multi-blog. It follows the identical logic that a personalized newsletter follows. It is rules based and has capabilities much like common mail merge programs.

The idea grew from my personal challenge in consulting, training, and helping the many people that learn internet marketing strategies from my trainings, conference calls, eBooks, and articles. I started a blog (as it was the "thing" to do - everybody loves blogs) with the intent to post free tips and ideas to help people attempting to make a buck online. I expected to make very little off the blog itself (except the pocket change from ads - just as Eric Janssen's blog does). Rather, it would serve to introduce people to my style of training, in the hopes those that if people learned something from my blog they might later attend one of my seminars, university classes, or use one of the several web-based services I offer. Training and web development is my profession, pure and simple.

I quickly realized that my audiences were often not attracted to my "one-size-fits-all-stretch-pants" blog. Why? Well, I consult and train many diverse audiences: some are entrepreneurs, some are network marketers, some are woman, some men, some site owners, some bloggers etc etc. All different, but ALL seeking internet marketing strategies like I teach.

An Avon consultant would not read my blog if it talked about MLM, a guy would not read my blog if it was focusing on woman in business, and a representative with Shaklee would not read a blog offering tips for Natures Sunshine reps. It was all a challenge of "personalizing" and targeting my training content to my audience.

The solution proved to be a web-based publishing software I created and developed to meet the challenge. I figured if newsletter programs can "personalize" and target a newsletter to the recipient, why not provide similar capability to my blog audience?

To equate this with what Quixtar did in their blatant Google Bombing example is unfounded. Especially from you Eric, you know the details of this better than most. You know my content is not garbage. You know (or should know) it offers value. It educates and entertains by blog audience in a very personalized way.

TS 00153

8/29/2007

In fact, I feel that what I've created with Blog-zilla improves my content. It is rather insulting to a blog reader to address them in a 'generic, global, or no-name' fashion when with a bit of effort and creativity on the publisher part, I can be personal, direct and relative. You see Eric, I 'bothered' to be a better blog publisher than the guy next door. That's innovation and it's what has made the web a better place.

You point to a few of my blogs (thank you, by-the-way) as examples of blogs with "similar" content. Well yes, it's somewhat similar, but an analysis with a duplicate content checker shows that my blogs range from 25% to 60% DIFFERENT when compared one against another. That means that I'm teaching similar concepts to different people and that I'm doing a great deal of personalization and targeting at the same time. I invite anyone to read the tips offered, I even provide different tips to each audience, each week I post. Different examples, different pictures, even different bullet points. And I address the blog reader by their named affiliation or profession.

Eric, please, this is NOT what Quixtar did, you know it, I know it, and anyone that bothers to compare will know it.

Next, you seem to have a problem with me earning a living practicing my profession? What gives? Can I not sell software I create and develop to other legitimate publishers, bloggers, writers, entrepreneurs and businesses? Please explain why you feel I should not?

I invite anyone interested to READ the description of Blog-zilla again and note the ANTI-SPAM notice "Spammers Beware" clearly published on the site.

In addition, please review our strict ANTI-DUPLICATION, ANTI-SCRAPE, ANTI-CONTENT STEALING policy. Blog-zilla is NOT a spam or thieving tool. Blog-zilla has ZERO cabability to "harvesting content from various sites"... that is absolutely the OPOSITE of Blog-zilla's philosophy (and capability). Blog-zilla also can NOT be used to create wastelands of blog-farms. Blog-zilla can add an RSS feed to original content to enhance that content, but Blog-zilla users can NOT post RSS only as a substitute for original content. There are systems out there that do all this "evil" stuff. Blog-zilla is not one of them.

All Blog-zilla users go through a qualification survey to eliminate potential spammers. Blog-zilla takes only original content and personalizes that original content for target audiences. Much like a quality email management system personalizes each email to its targeted reader. Blog-zilla hates spammers. All users are also taught how to use the system for honest high quality content purposes. System abusers will be terminated if discovered abusing Blogizilla's capabilities.

Please read Blog-zilla's policy and philosophy in our license agreement and rules.

http://blog-zilla.com/blog-zilla_policy.html

Every user is screened, spammers are eliminated, and Blog-zilla users are taught proper blogging concepts. Original and authorized content only.

A few highlights of the Blog-zilla user policy:

*** You may not use Blog-zilla in any manner which jeopardizes it's functionality or reflects negatively upon it's reputation as a legitimate multi-blogging tool for ORIGINAL or AUTHORIZED content. If someone else holds the content copyright, do not use Blog-zilla to post or manipulate that content without permission.

*** Blog-zilla is not a content scraper, content duplicator, or content stealing system. If any attempt to use Blog-zilla as such is detected, you're history.

*** Blog-zilla may be used in conjunction with contextual ads (like Adsense), paid ads, banners, affiliate programs and other e-commerce endeavors, but only if you follow strictly the policies of the ad

or affiliate provider.

*** Blog-zilla can be used to post RSS feeds to multiple blogs, but if you are not also posting other quality content, your account can be terminated.

If you would like to look at the quality of content Blog-zilla is capable of posting, go to: 100 Blogs by Blog-zilla Multi-blogger Dan Hollings

These are quality articles written to sincerely help their target audience:

http://www.blog-zilla.com/100_marketing_tip_blogs.html

Blog-zilla in the news:

http://www.prweb.com/releases/2005/7/prweb260055.php

Blog-zilla has a long waiting list currently and is screening all subscribers. Screening consists of an indepth survey on what the potential subscriber plans to use Blog-zilla for and where their content is from. Next, if accepted, each subscriber goes into a trial period (cost is $1) and while users evaluate Blog-zilla, Blog-zilla evaluates the subscriber by monitoring their posts and observing their participation in weekly conference call training classes. The classes are key so as to teach people how to use Blog-zilla constructively and how be "good internet citizens" that is, how to give true value and quality targeted content to your audience.

Sorry for such a long post. I only want readers to know, Blog-zilla wears a white hat :-) Spammers, cheats and bottom feeders are NOT welcomed at Blog-zilla.com

Eric? I'd love to hear from you.

Readers? Let Eric and I know what you think? Who's doing the spamming?

Two final notes.

1) I'm under a strict non-disclosure regarding the BWW settlement which ensued after I filed charges of copyright infringement and several other counts several years ago and fought a long hard battle. The story is out there and it takes little effort to do some searches and click some links. You can read it as it is, or read into it like many do. I can say this. I did the honorable thing and I fought for many people that got hurt in that situation. Eric Scheibeler released info about that story back in March of 2005. I cannot say any more.

BWW settlement story: http://prweb.com/releases/2005/3/prweb222106.htm

2) I built LGTWO for a client (Eric Scheibeler) and grew to know and respect Mr Scheibeler a lot. I built the word sponsor system for free in an attempt to help raise funds for victims in similar situations as Eric Scheibeler and his family found themselves after years with Amway/Quixtar. LGTWO

Eric Scheibeler was greatly disappointed that other similar topic sites and like minded people (including Eric Janssen) did not do more to offer support for this effort. Instead, support was lacluster and criticle. In fact, Eric Janssen was given the unique sponsorship of word #1 in Scheibeler's LGTWO "Merchants of Deception" online book, yet not even a thanks was ever received. Guess it was just too "link-laden" as Janssen states. Go figure.

Janssen's #1 word:

8/29/2007

http://letsgetthewordout.com/quixtar-amway-ebook/1-theft-by-deception/1-1.html

Mr. Janssen, I'm sorry about your rising blood pressure, sincerely. But "there's a simple, four-letter word that describes your posted comments ~ DUMB!

You're spamming my reputation for the benefit of a bit of negative 'spin' and notoriety. You attempt to link my reputation and activities to those like the Google bombing by Quixtar and to porn sites. Give us all a break Mr. Eric; the only garbage I see is the garbage in your post. Who's spamming who?

Dan Hollings

http://www.webraw.com/quixtar/dan.html

TS 00156

8/29/2007

# EXHIBIT H



**PRWeb**
PRESS RELEASE
N E W S W I R E

## Amway Quixtar Kingpin Settles Lawsuit to Avoid Multi-Million Dollar Charges of Fraud, Copyright Infringement and Theft of Trade Secrets

*Maybe Dateline NBC got it right? It's a "dirty little secret" and once again, it's the public that's left in the dark about how the almighty dollar is made in this network marketing opportunity.*

(PRWEB) March 29, 2005 -- In what looked to be a damaging courtroom battle between one of Amway Quixtar's top distributors and a small internet development company based in Arizona, parties reached a settlement this week ending a three year lawsuit. Originally filed in July of 2002 as a federal case CIVIL DOCKET#: 02-CV-367 in U.S. District Court of Arizona (Tucson) and later amended in April 2004, this multiple count complaint alleges behind the scene business deceptions of the highest order.

This comes on the heels of a Dateline NBC undercover investigation that revealed a "hidden tools business" operated by some of the same high ranking distributors or independent business owners (IBOs) as cited in this federal case. It seems that while professing to the public that riches can be made selling Amway or Quixtar products, a select few high ranking and wealthy IBOs rake in millions selling "tools" like books, tapes, seminars and web sites to their downline members.

One of these tools, according to the complaint, was a member web site (called an IBO site) that was sold to thousands of members for anywhere from $10.50 to $14.95 a month. Such IBO sites are supposed to serve as an "online business card" helping existing members recruit new members into the Quixtar business opportunity. The technology behind this web site replication system was developed by an Arizona based company who held a federal copyright on the proprietary web software.

In a plot that could easily serve as the basis of a high-tech crime novel, court documents reveal a well orchestrated plan to steal the profitable IBO web site system, rake in millions of dollars in profit, and drive the rightful owner out of business. "In the world of multi-level marketing (MLM)" states former federal auditor, Eric Scheibeler who has reviewed the public records, "you just don't see these type cases make it into the public eye. We have allegations here of high-tech theft, fraud, millions of dollars, and even a clandestine affair. I'm not surprised there was a settlement."

In the end, one wonders who the losers are in such a case. The kingpins are still selling the tools, Amway and Quixtar are still selling their products, the attorneys got their fees and an unknown settlement amount goes to the plaintiff. Did the plaintiffs fight the good battle until they ran out of money and finally succumb?

A jury will never get to hear this case and a settlement agreement will likely silence the parties involved. It's the public that's left scratching their head as they wonder why such greed flourishes in a business touted as the "best business in the world". If Amway Quixtar is such a good opportunity, why all the fuss over these "tools"?

*Maybe Dateline NBC got it right? It's a "dirty little secret" and once again, it's the public that's left in the dark. ( Source:* http://www.msnbc.msn.com/id/4375477/ )

Related resources, commentary and news:

AmQuix Info

http://www.amquix.info/amway.html

Quixtar BLOG

http://www.webraw.com/quixtar/

LawBlawg

http://mlmlaw.blogspot.com/

MLM Survivor

http://www.mlmsurvivor.com/

Pyramid Scheme Alert

http://www.pyramidschemealert.org/PSAMain/action/bww.html

U.S. District Court of Arizona

http://www.azd.uscourts.gov/azd/courtinfo.nsf/court/records?opendocument

http://www.azd.uscourts.gov/azd/courtinfo.nsf/court/pacer?OpenDocument

# # #

### Contact Information

**Eric Scheibeler**
Merchants of Deception
http://www.merchantsofdeception.com
570-368-2008

**Disclaimer:** If you have any questions regarding information in these press releases please contact the company listed in the press release. Please do not contact PRWeb®. We will be unable to assist you with your inquiry. PRWeb® disclaims any content contained in these releases. Our complete disclaimer appears here.

© Copyright 1997-2007, Vocus PRW Holdings, LLC.
Vocus, PRWeb and Publicity Wire are trademarks or registered trademarks of Vocus, Inc. or Vocus PRW Holdings, LLC.

Terms of Service | Privacy Policy