# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(EASTERN DIVISION)

| | |
|---|---|
| TS Merchandising Ltd., a British Virgin Islands corporation, and TS Production LLC, a Hungarian limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>Dan and Loretta Hollings, Arizona residents, and Web Services, LLC, an Arizona limited liability company,<br><br>Defendants. | Case No. 07 C 6518<br><br>Hon. Ronald A. Guzman |

## DECLARATION OF CHRISTOPHER I. CEDILLO, IN SUPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

I, Christopher I. Cedillo, hereby submit this declaration in support of the Plaintiffs' Motion for Protective Order, and declare as follows:

1. I am an adult over the age of 18 and am counsel to the Plaintiffs TS Production LLC and TS Merchandising Ltd. I have personal knowledge of the facts contained in this declaration and, if called to testify, could and would competently testify thereto.

2. Exhibit C attached to the Motion for Protective Order is a true and correct copy of an email sent by Defendant Dan Hollings on March 22, 2007.

3. Exhibit D attached to the Motion for Protective Order is a true and correct printout of an April 26, 2008 New York Times article discussing the subject matter of this litigation.

4. Exhibit E attached to the Motion for Protective Order is a true and correct printout of the Web page at <www.know-more-secrets.com> on November 1, 2007.

5. Exhibit F attached to the Motion for Protective Order is a true and correct printout of the Web page at <www.know-more-secrets.com> on April 30, 2008.

6. Exhibit G attached to the Motion for Protective Order is a true and correct printout of the Web posting at <www.webraw.com/quixtar/dan.html> on August 29, 2007.

7. Exhibit H attached to the Motion for Protective Order is a true and correct printout of the press release posted at <www.prweb.com/printer.php?prid=222106>.

I declare under penalty of perjury, that to the best of my knowledge and recollection, the foregoing is true and correct.

6/20/08
Date

s/Christopher I. Cedillo
Christopher I. Cedillo