# EXHIBIT C

**From:**      Robert Rainone [rrainone@thesecret.tv]
**It:**        Thursday, March 22, 2007 5:42 PM
**To:**        Gardiner, Michael B.; Cabianca, Brian A.
**Cc:**        Ketler, Suzanne K.; 'Rhonda Byrne'
**Subject:**   FW: Dan Hollings Terminated by The Secret

-----Original Message-----
From: Mike Dooley [mailto:med@tut.com]
Sent: Thursday, March 22, 2007 7:26 PM
To: rrainone@thesecret.tv
Subject: FW: Dan Hollings Terminated by The Secret

-----Original Message-----
From: Dan Hollings www.DanHollings.com [mailto:dhollings@mac.com]
Sent: 03/22/2007 7:13 PM
To: Dan Hollings
Subject: Dan Hollings Terminated by The Secret

Hello,

I doubt you'll be seeing this story on the cover of Newsweek or in
the NY Times, but with the way things have been going, who's to say:

        "Dan Hollings, the internet strategist
        behind The Secret ... terminated ...
        what lies behind The Secret?"

I apologize for the off-humor, but things are so positive in my life,
I find it curious that the makers of "The Secret" now seem determined
to amplify this sort of thing.

It's been official for several weeks that I'm no longer serving as a
consultant to "The Secret" and I'm no longer overseeing any of their
internet service, support, development or marketing.   My
communication today is in confidence and intended to clarify why I've
distanced myself from the makers of "The Secret" and how this may or
may not effect you.

1

Yes, litigation is underway, thus it is prudent that I be succinct. With great respect for my client base, my other projects, and my relationships; I'm compelled to communicate the minimum I feel you should know.  I have significant respect for each teacher who has ntributed credibility, content, databases, and relationships to .e Secret" project.  But foremost, my compassion goes out for all those that have invested time, money and good will in the intentions of this project; not the least of whom are the public.

I need not justify my contributions to "The Secret" project, that part is rather well known; instead, I'll explain from my perspective why I'm initiating legal actions against the makers or creators of "The Secret."  At the core of my departure is a philosophical difference in professional business practices and very specifically, a breech of contactual payment obligations set forth in writing between myself and "The Secret" that were never fully met.

My services were successfully rendered during an 18 month tenure; I was paid a modest monthly consulting fee with an agreement for a percentage of revenues after launch. I've made resolution attempts regularly for the past year yet despite significant sales revenues, "The Secret" ultimately (and recently) now claims their gross margins are so small, that they owe me nothing.  The solution?  They terminate me.

I fully recognize the impact my departure may have and the resulting publicity that may be spawned. Media requests have started finding their way to me - I'm engaging a media consultant to help me control this - but thus far, I've not entertained any such requests.  I shall continue my endeavor to navigate a resolution that steers clear of tarnishing the larger intent of the project.  However at this point, having tried all reasonable avenues and I'm left with few options.

now move forward understanding the makers seemingly have no intent meet their written obligations or will insist on using accounting practices which skew margins to obfuscate payment obligations. These type practices typically attract an energy quite different from that expressed and encouraged in "The Secret" movie or book; I'm frankly baffled.

In any event, I thank those teachers and my many relations that have made galliant attempts to intervene toward a positive resolution thus far.  The disappointing news is, "The Secret" isn't listening and no one seems to be able to mitigate this in the best interest of all involved.

I'm now compelled to apologize in advance should any steps I need to take effect you or your business as it might relate to your association with "The Secret" or the makers behind the project. This was never my intent.

I literally mortgaged my home to stay in this project, leveraged many of my good contacts to provide talent, services & manpower on the come, and orchestrated to the best of my ability a successful internet strategy while supporting personally every need and request that crossed my desk.

I'm requesting no action from you as a result of this email.  It is merely a private communication so you know a little about my side of the story.  Certainly, there is another side, but perhaps that will be revealed in the sequel?

door (or should I say email and phone) is open, as always.

Enjoy!
Dan Hollings
520-233-5626

2