# EXHIBIT E

### Know More Secrets

Not affiliated with
"The Secret" movie, The Secret LLC, TS Merchandising Ltd, TS Production LLC, Prime Time Productions, TheSecret.tv, or any entity owned or controlled by Rhonda Byrne, Bob Rainone or Don Zyck.



## What's going on now?

## It's no longer a Secret :-)

### Hi folks!

Big bad Dan here, the guy that tried to bamboozle the universe and make off with hundreds of millions of dollars by writing my own original music and marketing it online.

If you've read the New York Times Article: *The Word Is Out on Legal Tussles Among Creators of 'The Secret'* and are curious about all the fuss over my music, why not hop over to my music site Danmando.com and see (or hear) for yourself this terrible secret thing I've been accused of.

Oh and this site, this one page site you're looking at now (*know-more-secrets.com*)... great design heh? Does it remind you of any other popular look-alike sites you've seen?

This page and domain was set-up on 04-Mar-07 AFTER 17 months as an independent internet marketing consultant on The Secret and AFTER promised compensation for my services never materialized.

I'm pretty good at internet marketing, but I'm still trying to figure out how I drove traffic to this page (and domain) which didn't even exist during my tenure with The Secret. If anyone knows how I did this, please HELP; that would be a powerful strategy worth millions.

I guess there are still some secrets the universe has yet to reveal; a few of which might be flushed out on May 6 in Los Angeles or the many secret hearings that follow. I'm pretty sure that all this secret stuff will be rather public; and in my opinion, the more public the better. That is, unless there are some secrets some people don't want the public to know... hmmm?

Yes, yes, there's a little sarcasm here, but when the universe delivers weird stuff on your doorstep... well, what's a mere mortal to do?

Case 1:07-cv-06518   Document 54-6   Filed 06/27/2008   Page 3 of 3

**Comments?**

Comments are appreciated...

Your Primary E-Mail Address:

Your Name:

Submit

Your email will be kept secret - promise.