# EXHIBIT G

My response to "Speaking of Scoundrels..."
Dan Hollings

---

There are many ways people can spam. One is by sending unsolicited emails to recipients by email, another is to flood a blog with unrelated, bogus, or advertisement-like comments; and yet another is to flood the web with non-sense or duplicate content with the intent to skew search results (Google Bombing). However, the most insidious of all forms of spam is when false or misleading content is posted purposely to suggest or assume falsely, information about a person or their business without an attempt to seek out the truth. Such is the case here.

Eric, you have my email (in fact, you've posted it here without my permission), I've extended many kind emails to you in the past, and yet you made no attempt to address this 'concern' you have with me in a direct business manner. I'm ok with your post and your comments because my track record speaks for itself and your derogative comments are more funny than truthful, but none-the-less, your approach is that of spamming; and it's my reputation you've targeted.

Over the years, a few other blogs or sites have attempted to spam the reputation of Dan Hollings and his web development or consulting services, and without exception all such attempts have fallen short. Most such posts were retracted or an apology made public. We'll all see what Mr. Janssen decides to do; but for now, let's take a look at some facts...

First. Multi-blogging is a new phenomena that allows people, entrepreneurs, businesses and organizations to manage multiple blogs each targeted or personalized to a specific readership. The idea was not invented by me, but he has created software to assist legitimate publishers and bloggers multi-blog. It follows the identical logic that a personalized newsletter follows. It is rules based and has capabilities much like common mail merge programs.

The idea grew from my personal challenge in consulting, training, and helping the many people that learn internet marketing strategies from my trainings, conference calls, eBooks, and articles. I started a blog (as it was the "thing" to do - everybody loves blogs) with the intent to post free tips and ideas to help people attempting to make a buck online. I expected to make very little off the blog itself (except the pocket change from ads - just as Eric Janssen's blog does). Rather, it would serve to introduce people to my style of training, in the hopes those that if people learned something from my blog they might later attend one of my seminars, university classes, or use one of the several web-based services I offer. Training and web development is my profession, pure and simple.

I quickly realized that my audiences were often not attracted to my "one-size-fits-all-stretch-pants" blog. Why? Well, I consult and train many diverse audiences: some are entrepreneurs, some are network marketers, some are woman, some men, some site owners, some bloggers etc etc. All different, but ALL seeking internet marketing strategies like I teach.

An Avon consultant would not read my blog if it talked about MLM, a guy would not read my blog if it was focusing on woman in business, and a representative with Shaklee would not read a blog offering tips for Natures Sunshine reps. It was all a challenge of "personalizing" and targeting my training content to my audience.

The solution proved to be a web-based publishing software I created and developed to meet the challenge. I figured if newsletter programs can "personalize" and target a newsletter to the recipient, why not provide similar capability to my blog audience?

To equate this with what Quixtar did in their blatant Google Bombing example is unfounded. Especially from you Eric, you know the details of this better than most. You know my content is not garbage. You know (or should know) it offers value. It educates and entertains by blog audience in a very personalized way.

http://www.webraw.com/quixtar/dan.html

TS 00153

8/29/2007

In fact, I feel that what I've created with Blog-zilla improves my content. It is rather insulting to a blog reader to address them in a 'generic, global, or no-name' fashion when with a bit of effort and creativity on the publisher part, I can be personal, direct and relative. You see Eric, I 'bothered' to be a better blog publisher than the guy next door. That's innovation and it's what has made the web a better place.

You point to a few of my blogs (thank you, by-the-way) as examples of blogs with "similar" content. Well yes, it's somewhat similar, but an analysis with a duplicate content checker shows that my blogs range from 25% to 60% DIFFERENT when compared one against another. That means that I'm teaching similar concepts to different people and that I'm doing a great deal of personalization and targeting at the same time. I invite anyone to read the tips offered, I even provide different tips to each audience, each week I post. Different examples, different pictures, even different bullet points. And I address the blog reader by their named affiliation or profession.

Eric, please, this is NOT what Quixtar did, you know it, I know it, and anyone that bothers to compare will know it.

Next, you seem to have a problem with me earning a living practicing my profession? What gives? Can I not sell software I create and develop to other legitimate publishers, bloggers, writers, entrepreneurs and businesses? Please explain why you feel I should not?

I invite anyone interested to READ the description of Blog-zilla again and note the ANTI-SPAM notice "Spammers Beware" clearly published on the site.

In addition, please review our strict ANTI-DUPLICATION, ANTI-SCRAPE, ANTI-CONTENT STEALING policy. Blog-zilla is NOT a spam or thieving tool. Blog-zilla has ZERO cabability to "harvesting content from various sites"... that is absolutely the OPOSITE of Blog-zilla's philosophy (and capability). Blog-zilla also can NOT be used to create wastelands of blog-farms. Blog-zilla can add an RSS feed to original content to enhance that content, but Blog-zilla users can NOT post RSS only as a substitute for original content. There are systems out there that do all this "evil" stuff. Blog-zilla is not one of them.

All Blog-zilla users go through a qualification survey to eliminate potential spammers. Blog-zilla takes only original content and personalizes that original content for target audiences. Much like a quality email management system personalizes each email to its targeted reader. Blog-zilla hates spammers. All users are also taught how to use the system for honest high quality content purposes. System abusers will be terminated if discovered abusing Blogizilla's capabilities.

Please read Blog-zilla's policy and philosophy in our license agreement and rules.

http://blog-zilla.com/blog-zilla_policy.html

Every user is screened, spammers are eliminated, and Blog-zilla users are taught proper blogging concepts. Original and authorized content only.

A few highlights of the Blog-zilla user policy:

*** You may not use Blog-zilla in any manner which jeopardizes it's functionality or reflects negatively upon it's reputation as a legitimate multi-blogging tool for ORIGINAL or AUTHORIZED content. If someone else holds the content copyright, do not use Blog-zilla to post or manipulate that content without permission.

*** Blog-zilla is not a content scraper, content duplicator, or content stealing system. If any attempt to use Blog-zilla as such is detected, you're history.

*** Blog-zilla may be used in conjunction with contextual ads (like Adsense), paid ads, banners, affiliate programs and other e-commerce endeavors, but only if you follow strictly the policies of the ad

http://www.webraw.com/quixtar/dan.html                TS 00154

8/29/2007

or affiliate provider.

*** Blog-zilla can be used to post RSS feeds to multiple blogs, but if you are not also posting other quality content, your account can be terminated.

If you would like to look at the quality of content Blog-zilla is capable of posting, go to: 100 Blogs by Blog-zilla Multi-blogger Dan Hollings

These are quality articles written to sincerely help their target audience:

http://www.blog-zilla.com/100_marketing_tip_blogs.html

Blog-zilla in the news:

http://www.prweb.com/releases/2005/7/prweb260055.php

Blog-zilla has a long waiting list currently and is screening all subscribers. Screening consists of an indepth survey on what the potential subscriber plans to use Blog-zilla for and where their content is from. Next, if accepted, each subscriber goes into a trial period (cost is $1) and while users evaluate Blog-zilla, Blog-zilla evaluates the subscriber by monitoring their posts and observing their participation in weekly conference call training classes. The classes are key so as to teach people how to use Blog-zilla constructively and how be "good internet citizens" that is, how to give true value and quality targeted content to your audience.

Sorry for such a long post. I only want readers to know, Blog-zilla wears a white hat :-) Spammers, cheats and bottom feeders are NOT welcomed at Blog-zilla.com

Eric? I'd love to hear from you.

Readers? Let Eric and I know what you think? Who's doing the spamming?

Two final notes.

1) I'm under a strict non-disclosure regarding the BWW settlement which ensued after I filed charges of copyright infringement and several other counts several years ago and fought a long hard battle. The story is out there and it takes little effort to do some searches and click some links. You can read it as it is, or read into it like many do. I can say this. I did the honorable thing and I fought for many people that got hurt in that situation. Eric Scheibeler released info about that story back in March of 2005. I cannot say any more.

BWW settlement story: http://prweb.com/releases/2005/3/prweb222106.htm

2) I built LGTWO for a client (Eric Scheibeler) and grew to know and respect Mr Scheibeler a lot. I built the word sponsor system for free in an attempt to help raise funds for victims in similar situations as Eric Scheibeler and his family found themselves after years with Amway/Quixtar. LGTWO

Eric Scheibeler was greatly disappointed that other similar topic sites and like minded people (including Eric Janssen) did not do more to offer support for this effort. Instead, support was lacluster and criticle. In fact, Eric Janssen was given the unique sponsorship of word #1 in Scheibeler's LGTWO "Merchants of Deception" online book, yet not even a thanks was ever received. Guess it was just too "link-laden" as Janssen states. Go figure.

Janssen's #1 word:

http://www.webraw.com/quixtar/dan.html                    TS 00155

8/29/2007

http://letsgetthewordout.com/quixtar-amway-ebook/1-theft-by-deception/1-1.html

Mr. Jannssen, I'm sorry about your rising blood pressure, sincerely. But "there's a simple, four-letter word that describes your posted comments ~ DUMB!

You're spamming my reputation for the benefit of a bit of negative 'spin' and notoriety. You attempt to link my reputation and activities to those like the Google bombing by Quixtar and to porn sites. Give us all a break Mr. Eric; the only garbage I see is the garbage in your post. Who's spamming who?

Dan Hollings

http://www.webraw.com/quixtar/dan.html

TS 00156

8/29/2007