# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(EASTERN DIVISION)

| | |
|---|---|
| TS Merchandising Ltd., a British Virgin Islands corporation, and TS Production LLC, a Hungarian limited liability company,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>Dan Hollings, an Arizona resident, and Web Services, LLC, an Arizona limited liability company,<br><br>　　　　　Defendants. | Case No. 07 C 6518<br><br>Hon. Ronald A. Guzman |

### DECLARATION OF CHRISTOPHER I. CEDILLO, IN SUPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

I, Christopher I. Cedillo, hereby submit this declaration in support of the Plaintiffs' Motion for Protective Order, and declare as follows:

1. I am an adult over the age of 18 and am counsel to the Plaintiffs TS Production LLC and TS Merchandising Ltd. I have personal knowledge of the facts contained in this declaration and, if called to testify, could and would competently testify thereto.

2. Exhibit I attached to the Reply in Support of Motion for Protective Order is a true and correct copy of an email sent by Christopher Parker on May 3, 2008 in response to correspondence from Brian Cabianca.

I declare under penalty of perjury, that to the best of my knowledge and recollection, the foregoing is true and correct.

| | |
|---|---|
| 7/2/08<br>　　　Date | s/Christopher I. Cedillo<br>Christopher I. Cedillo |