# EXHIBIT J

# Cedillo, Christopher I.

| | |
|---|---|
| From: | Christopher E. Parker [CParker@mfllaw.com] |
| Sent: | Saturday, May 03, 2008 4:11 AM |
| To: | Miller, Kristi A. |
| Cc: | Cedillo, Christopher I.; Cabianca, Brian A. |
| Subject: | Re: TS Merchandising Ltd. et al. v. Dan & Loretta Hollings, Web: |

Mr. Bianca,
I am not going to waste my energy responding to the comments in your letter. As I told Mr. Cedillo, quite promptly after it was first requested, we are amenable to a reasonable mutual protective order. The order you have proposed is fine with the exception that I will need the right to retain a copy of all case-related documents at the end of the case. That retention will remain subject to the terms of the order. The first two "Whereas" paragraphs of the stipulation must be removed, it is otherwise acceptable as well. I will not be in a position to sign a print copy of the order until we meet at the deposition, however, due to my absence from my office. I am happy to sign at that time, subject to the above limitations and will consider myself bound by these obligations in the interim upon receipt of your consent to these modifications.
Christopher E. Parker
Mozley Finlayson & Loggins
-------------------------
Sent using BlackBerry


----- Original Message -----
From: Miller, Kristi A. <KAMiller@ssd.com>
To: Christopher E. Parker
Cc: Cedillo, Christopher I. <CCedillo@ssd.com>; Cabianca, Brian A. <BCabianca@ssd.com>
Sent: Fri May 02 20:28:23 2008
Subject: TS Merchandising Ltd. et al. v. Dan & Loretta Hollings, Web:

Mr. Parker,

Attached please find documents sent on behalf of Brian Cabianca.

Thank you.

Kristi A. Miller
Executive Legal Secretary
Squire, Sanders & Dempsey L.L.P.
Two Renaissance Square, Suite 2700
40 North Central Avenue
Phoenix, Arizona 85004-4498
(602) 528-4000 (General)
(602) 528-4837 (Direct)
(602) 253-8129 (Fax)
kamiller@ssd.com
www.ssd.com

AN INTERNATIONAL FIRM WITH OFFICES LOCATED IN:

Beijing   Bratislava   Brussels   Budapest   Caracas   Cincinnati   Cleveland   Columbus   Frankfurt   Hong Kong   Houston   London   Los Angeles   Miami   Moscow   New York   Palo Alto   Phoenix   Prague   Rio de Janeiro   San Francisco   Santo Domingo   Shanghai   Tallahassee   Tampa   Tokyo   Tysons Corner   Warsaw   Washington DC   West Palm Beach

Associated Offices:   Bucharest   Buenos Aires   Dublin   Kyiv   Santiago
This message (including attachments) is for the designated recipient only and may contain privileged, proprietary, or otherwise confidential information. If you are not the intended recipient or have received this message in error, please notify the sender immediately and delete the original. Any other use of this e-mail is prohibited.