

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME:           ROBERT B. GROHOLSKI

FIRM:           DYKEMA GOSSETT, PLLC

STREET ADDRESS: 180 NORTH LaSALLE STREET, #2700

CITY/STATE/ZIP:    CHICAGO, IL  60601

PHONE NUMBER:    (312) 627-4600

E-MAIL ADDRESS: rgroholski@dykema.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):   6272317

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:07-cv-01544 | U.S. Bank Natl Assoc. v. Cook | Judge Charles Kocoras |
| 1:07-cv-05514 | Parking Security Sys. Corp. v. City of Chicago, et al. | Judge James B. Moran |
| 1:07-cv-06518 | TS Merchandising, Ltd. v. Hollings, et al. | Judge Ronald A. Guzman |

         /s/ Robert B. Groholski                              July 11, 2008
           Attorney's Signature                                   Date

490632.1 099990-09999