# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)

| | |
|---|---|
| TS Merchandising Ltd., a British Virgin Islands corporation, and TS Production LLC, a Hungarian limited liability company,<br><br>  Plaintiffs,<br><br>  vs.<br><br>Dan Hollings, an Arizona resident, and Web Services, LLC, an Arizona limited liability company,<br><br>  Defendants. | Case No.  07 C 6518<br><br>**DEFENDANTS' MOTION FOR SUBSTITUTION OF COUNSEL**<br><br>(Assigned to the Hon. Ronald A. Guzman) |

## DEFENDANTS' MOTION FOR SUBSTITUTION OF COUNSEL

Defendants Dan Hollings and Web Services, LLC (collectively, "Defendants"), by their attorneys, hereby move to substitute Ungaretti & Harris LLP ("Ungaretti") for Dykema, as local counsel for Defendants. In support hereof, Defendants state as follows.

1. Plaintiffs filed this action on November 16, 2007, alleging claims against these Defendants. Robert B. Groholski of the law firm of Dykema filed an appearance as local counsel on behalf of Defendants.

2. On August 4, 2008, Defendants retained Ungaretti to represent them in this action and have asked that Ungaretti substitute for Dykema as local counsel for

Defendants. If this motion is granted, John T. Ruskusky will file an appearance on behalf of Defendants.

3. Defendants believe that there will be no prejudice or delay to either party if this motion is granted.

WHEREFORE, Defendants Dan Hollings and Web Services LLC request that the Court enter an order:

(a) Granting John T. Ruskusky of Ungaretti & Harris LLP leave to substitute as counsel for Defendants Hollings and WebServices, in lieu of Robert B. Groholski of Dykema; and

(b) For any further and additional relief the Court deems appropriate.

A proposed order is submitted to the Court in accordance with its Case Management Order.

DATED: August 11, 2008

<div style="text-align:right">

Respectfully submitted,

/s/ Jessica Lawrence
Christopher E. Parker
Georgia Bar No. 562152 (admitted pro hac vice)
Jessica C. Lawrence
Georgia Bar No. 141275 (admitted pro hac vice)
MOZLEY FINLAYSON & LOGGINS
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342
404.256.0700 (telephone)
404.250.9355 (facsimile)

</div>

<div style="margin-left: 50%;">

/s/ Robert B. Groholski
Robert B. Groholski
Illinois State Bar No. 6272317
Dykema Gossett PLLC
180 North LaSalle Street
Suite 2700
Chicago, IL 60601

</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)

| | |
|---|---|
| TS Merchandising Ltd., a British Virgin Islands corporation, and TS Production LLC, a Hungarian limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>Dan and Loretta Hollings, Arizona residents, and Web Services, LLC, an Arizona limited liability company,<br><br>Defendants. | Case No. 07 C 6518<br><br>**CERTIFICATE OF SERVICE**<br><br>(Assigned to the Hon. Ronald A. Guzman) |

I hereby certify that on August 11, 2008 I electronically filed the aforementioned **DEFENDANTS' MOTION FOR SUBSTITUTION OF COUNSEL** Complaint using the clerk's ECF System, which system will automatically notify the following counsel of record in this case.

| | |
|---|---|
| Jessica E. DeMonte<br>jdemonte@ssd.com<br>Squire, Sanders & Dempsey, LLP<br>Three First National Plaza<br>70 W. Madison, Suite 2015<br>Chicago, IL 60602<br>Telephone: (312) 781-1123 | Brian A. Cabianca<br>bcabianca@ssd.com<br>Teresita T. Mercado<br>tmercado@ssd.com<br>Christopher I. Cedillo<br>ccedillo@ssd.com<br>Squire, Sanders & Dempsey LLP<br>Two Renaissance Square<br>40 North Central Avenue, Suite 2700<br>Phoenix, Arizona 85004-4498 |

Respectfully submitted this 11th day of August, 2008.

       ___/s  Jessica C. Lawrence_____
       Jessica C. Lawrence
       Georgia State Bar No. 141275
       Admitted Pro Hac Vice