IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TS Merchandising Ltd., a British Virgin Islands corporation, and TS Production LLC, a Hungarian limited liability company, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 07 C 6518 |
| vs. | ) ) | Judge Guzman |
| Dan and Loretta Hollings, Arizona residents, and Web Services, LLC, an Arizona limited liability company, | ) ) ) ) ) | Magistrate Judge Valdez |
| Defendants. | ) | |

## NOTICE OF MOTION

To: Brian A. Cabianca  
Teresita T. Mercado  
Christopher I Cedillo  
Squire, Sanders & Dempsey, LLP  
Two Renaissance Square  
40 North Central Avenue, Suite 2700  
Phoenix, Arizona 85004-4498  

Jessica E. DeMonte  
Squire, Sanders & Dempsey, LLP  
Three First National Plaza  
70 W. Madison, Suite 2015  
Chicago, Illinois 60602  

**PLEASE TAKE NOTICE** that on August 21, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before The Honorable Ronald A. Guzman, or any other judge who may be sitting in his place and stead, in Room 1219 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, and shall then and there present **Defendants' Motion for Substitution of Counsel** a copy of which is hereby served upon you.

468884.1 054535-41225

Dated: August 11, 2008

Respectfully submitted,

Dan Hollings, Loretta Hollings and WebServices, LLC

By: s/Jessica C. Lawrence
One of their attorneys

Robert B. Groholski
Illinois State Bar No. 6272317
Schwartz Cooper Chartered
180 North LaSalle Street
Suite 2700
Chicago, IL 60601
312.346.1300
-and-
Christopher E. Parker *(admitted pro hac vice)*
Georgia Bar No. 512152
Jessica B. Couch *(admitted pro hac vice)*
Georgia Bar No. 141275
Mozley, Finlayson & Loggins LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342
404.256.0700