UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

TS Merchandising Ltd., et al.
                        Plaintiff,
v.                                          Case No.: 1:07−cv−06518
                                            Honorable Ronald A. Guzman
Dan Hollings, et al.
                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 11, 2008:

    MINUTE entry before the Honorable Ronald A. Guzman: Status hearing set for 8/13/08 is reset to 8/29/2008 at 09:30 AM. on request of parties. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.