UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

TS Merchandising Ltd., et al.
                            Plaintiff,

v.                                           Case No.: 1:07−cv−06518
                                           Honorable Ronald A. Guzman

Dan Hollings, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Motion by Defendants Dan Hollings, Web Services, LLC to substitute attorney John T. Ruskusky of Ungaretti & Harris LLP as local counsel and to allow Robert B. Groholski of Dykema to withdraw [59] is granted. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.