## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TS Merchandising Ltd., a British Virgin Islands corporation, and TS Production LLC, a Hungarian limited liability company, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 07 C 6518 |
| vs. | ) ) | Judge Guzman |
| Dan and Loretta Hollings, Arizona residents, and Web Services, LLC, an Arizona limited liability company, | ) ) ) ) ) | Magistrate Judge Valdez |
| Defendants. | ) | |

### NOTICE OF MOTION

To:  Brian A. Cabianca           Jessica E. DeMonte
     Teresita T. Mercado         Squire, Sanders & Dempsey, LLP
     Christopher I Cedillo       Three First National Plaza
     Squire, Sanders & Dempsey, LLP   70 W. Madison, Suite 2015
     Two Renaissance Square      Chicago, Illinois 60602
     40 North Central Avenue, Suite 2700
     Phoenix, Arizona 85004-4498

**PLEASE TAKE NOTICE** that on August 29, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before The Honorable Ronald A. Guzman, or any other judge who may be sitting in his place and stead, in Room 1219 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, and shall then and there present **Agreed Upon Motion for Reassignment of Related Actions** a copy of which is hereby served upon you.

468884.1 054535-41225

|  |  |
|---|---|
| Dated: August 22, 2008 | Respectfully submitted, |

Dan Hollings, Loretta Hollings and WebServices, LLC

By: s/Jessica C. Lawrence
One of their attorneys

John Ruskusky
ARDC 6256605
Ungaretti & Harris LLP
3500 Three First National Plaza
70 West Madison
Chicago, IL 60602
-and-
Christopher E. Parker *(admitted pro hac vice)*
Georgia Bar No. 512152
Jessica B. Couch *(admitted pro hac vice)*
Georgia Bar No. 141275
Mozley, Finlayson & Loggins LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia 30342
404.256.0700