**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

TS Merchandising Ltd., et al.
                            Plaintiff,

v.                                                Case No.: 1:07−cv−06518
                                                    Honorable Ronald A. Guzman

Dan Hollings, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 29, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Motion by Defendants Dan Hollings, Web Services, LLC, Plaintiffs TS Merchandising Ltd., TS Production LLC to reassign case based upon relatedness [63] is taken under advisement. Status hearing held on 8/29/2008. Initial disclosures by 9/29/08. Fact discovery ordered closed by 2/25/2009. Expert reports by 3/18/09. Rebuttal reports by 4/18/09. Depositions by 4/29/09. Dispositive motions due by 5/20/2009. Status hearing set for 3/4/2009 at 09:30 AM. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.